**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Colorado

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Dennis<br>First name<br>Dwight<br>Middle name<br>Anderson<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Anne-Marie<br>First name<br>_____<br>Middle name<br>Anderson<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 8 6 0<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 5 5 3 0<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101                   **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 1

|   | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN |
| **5. Where you live** | 406 6th Street<br>Number    Street<br><br>Apt. E<br><br>Georgetown         CO    80444<br>City                 State  ZIP Code<br><br>Clear Creek County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                 State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                 State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                 State  ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>   (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>   (See 28 U.S.C. § 1408.) |

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 2

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.   District _____ When _____ Case number _____
         District _____ When _____ Case number _____
         District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

**Part 3:  Report About Any Businesses You Own as a Sole Proprietor**

12. **Are you a sole proprietor of any full- or part-time business?**

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    ☐ No. Go to Part 4.

    ☑ Yes. Name and location of business

    Jeremiah Johnson Log Homes, LLC
    Name of business, if any

    1501 CR 308
    Number    Street

    Dumont                                                CO        80436
    City                                                  State     ZIP Code

    *Check the appropriate box to describe your business:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☑ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ No.  I am not filing under Chapter 11.

    ☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No

    ☐ Yes.  What is the hazard?

    If immediate attention is needed, why is it needed?

    Where is the property?

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 4

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

  [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

  [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|
| **16. What kind of debts do you have?** | **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." <br> ☐ No. Go to line 16b. <br> ☑ Yes. Go to line 17. <br><br> **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. <br> ☐ No. Go to line 16c. <br> ☐ Yes. Go to line 17. <br><br> 16c. State the type of debts you owe that are not consumer debts or business debts. <br> _____ |
| **17. Are you filing under Chapter 7?** <br><br> **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☑ No. I am not filing under Chapter 7. Go to line 18. <br><br> ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? <br> ☐ No <br> ☐ Yes |
| **18. How many creditors do you estimate that you owe?** | ☐ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000 <br> ☑ 50-99   ☐ 5,001-10,000   ☐ 50,001-100,000 <br> ☐ 100-199   ☐ 10,001-25,000   ☐ More than 100,000 <br> ☐ 200-999 |
| **19. How much do you estimate your assets to be worth?** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion <br> ☑ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |
| **20. How much do you estimate your liabilities to be?** | ☐ $0-$50,000   ☑ $1,000,001-$10 million   ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|
| **For you** | I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. <br><br> If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7. <br><br> If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571. <br><br> ✗ /s/ Dennis Dwight Anderson    ✗ /s/ Anne-Marie Anderson <br> Signature of Debtor 1    Signature of Debtor 2 <br><br> Executed on  03/16/2018    Executed on  03/16/2018 <br> MM / DD / YYYY    MM / DD / YYYY |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Stephen Berken                           Date  03/16/2018
Signature of Attorney for Debtor                     MM  /  DD  / YYYY

Stephen Berken
Printed name

Berken Cloyes, PC
Firm name

1159 Delaware Street
Number   Street

Denver                                          CO       80204
City                                            State    ZIP Code

Contact phone  303-623-4357       Email address  stephenberkenlaw@gmail.com

14926                                           CO
Bar number                                      State

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 7

United States Bankruptcy Court

District of Colorado

In re: Dennis Dwight Anderson & Anne-Marie Anderson

Debtor(s)

Case No.

Chapter 13

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/16/2018

/s/ Dennis Dwight Anderson
Signature of Debtor

/s/ Anne-Marie Anderson
Signature of Joint Debtor

Aerocare
3325 Bartlett Boulevard
Orlando, FL 32811

Agency Credit Control
2014 S Pontiac Way
Denver, CO 80224

Alchemy Worldwide, LLC
15250 Ventura Boulevard, Suite 300
Sherman Oaks, CA 91403

Allied Collection Services
8550 Balboa Boulevard
Suite 232
Northridge, CA 91325

Alpine Credit, Inc
12191 West 64th Avenue
Suite 210
Arvada, CO 80004

American Accounts & Advisors
7460 80th Street South
Cottage Grove, MN 55016

American Credit Bureau
1200 N Federal Hwy Ste 200
Boca Raton, FL 33432

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329

American Family Care
3700 Cahaba Beach Road
Birmingham, AL 35242

Amsher Collection Services
4524 Southlake Pkwy Ste
Hoover, AL 35244

Apex ER Physicians
11600 W 2nd Place
Lakewood, CO 80228

BC Services Inc
550 Disc Dr
Longmont, CO 80503

Bank of America
450 American Street
Simi Valley, CA 93065

Bank of America
1800 Tapo Canyon Ca6 914 01 91
Simi Valley, CA 93063

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583

Bank of the West
180 Montgomery St, 25th Floor
San Francisco, CA 94104

Bank of the West
13505 California Street
Omaha, NE 68154

Bank of the West
Default Management - Recovery Department
P.0. Box 5172
San Ramon, CA 94583-5172

Bank of the West
180 Montgomery Street
25th Floor
San Francisco, CA 94104

Barclays Bank Delaware
Po Box 26182
Wilmington, DE 19899

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899

Berken Cloyes
1159 Delaware Street
Denver, CO 80204

Buildblock Building Systems LLC
101 West Hefner Road
Suite 102
Oklahoma City, OK 73114

CBNA
P.O. Box 6003
Hagerstown, MD 21747

CR BUR USA
P .O. Box 942
Fresno, CA 93721

Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124

Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285

Carepoint P.C.
5600 South Quebec Street
Suite 312A
Greenwood Village, CO 80111

Cavalry Portfolio Services
4050 East Cotton Center Boulevard
Phoenix, AZ 85040

Central Credit Service
550 N Regency Square Boulevard
Jacksonville, FL 32225

Century LInk
PO Box 91155
Seattle, WA 98111

Chapman Financial Services
P.O. Box 14693
Spokane, WA 99214

Chase Card
P.O. Box 15298
Wilmington, DE 19850

Childrens Hospital Colorado
13123 East 16th Avenue
Aurora, CO 80045

Clear Creek County Treasurer
405 Argentine Street
Georgetown, CO 80444

Colorado Department of Revenue
1375 Sherman St.
Room 504
Denver, CO 80261

Colorado Department of Revenue
1375 Sherman St., Room 504
Attn: Bankruptcy Unit
Denver, CO 80261

Colorado Department of Revenue
Collections Section - Room 101
P.O. Box 17087
Denver, CO 80217-0087

Colorado Dept. of Labor and Employment
633 17th St.
Suite 201
Denver, CO 80202-3624

Colorado Imaging
14062 Denver West Parkway
Suite 180
Golden, CO 80401

Colorado Imaging
490 West 26th Avenue
Suite 220A
Denver, CO 80211

Colorado Laboratory Services
300 Union Boulevard, Suite 510
Denver, CO 80228

Columbia Sanitary
4265 Kendrick Street
Golden, CO 80403

Concord Mortgage
6560 North Scottsdale Road
Suite G10
Scottsdale, AZ 85253

Continental Service Group, Inc.
200 Crosskeys Office Park
Fairport, NY 14450

Cr Bur Usa
757 L Street
Fresno, CA 93721

Credit Service Co.
Po Box 1120
Colorado Springs, CO 80901

Danny J. Shaw
1417 Ponce de Leon Drive
Fort Lauderdale, FL 33316-1366

Denver County District Court
RE: Case No. 2017 CV 30013
1437 Bannock Street
Denver, CO 80202

Department of Labor and Employmnet
PO Box 8789
Denver, CO 80201-8789

Dept Of Education / Navient
Po Box 9635
Wilkes Barre, PA 18773

DirecTV
PO Box 6414
Carol Stream, IL 60197-6414

Discover Financial Services LLC
P.O. Box 15316
Wilmington, DE 19850

Dish Network  
9601 South Meridian Boulevard  
Englewood, CO 80112

Ditech  
PO Box 6172  
Rapid City, SD 57709

Diversified Consultants  
P.O. Box 551268  
Jacksonville, FL 32255

Emergency Physicians at Porter  
P.O. Box 5006  
Denver, CO 80217-5006

Emergency Service Physicians, P.C.  
P.O. Box 808  
Grand Rapids, MI 49518

Enhanced Recovery Co.  
8014 Bayberry Road  
Jacksonville, FL 32256

Evergreen National Bank  
P.O. Box 2020  
Evergreen, CO 80437

Evergreen National Bank  
P.O. Box 2020  
Evergreen, CO 80437-2020

Evergreen Pediatrics  
30960 Stagecoach Boulevard  
Evergreen, CO 80439

Farmers and Merchants Bank  
P.O. Box 1010  
Stuttgart, AR 72160

Frontier Communication  
19 John St  
Middletown, NY 10940

Garys Crane Service Inc.  
1440 Stockyard Road  
Pueblo, CO 81001

Great River Federal Credit Union  
1532 South Germain  
St Cloud, MN 56302

Greenberg & Sada, PC  
770 W. Hampden Ave #227  
Englewood, CO 80110

Guardian Tax Co, LLC  
c/o Matthew J. Roth  
1600 Stout Street, Suite 1100  
Denver, CO 60202

HUD/FHA  
1670 Broadway  
Denver, CO 80202-4801

Independent Propane  
67302 US Hwy 285  
Pine, CO 80470

Internal Revenue Service  
1999 Broadway M/S 5012  
Denver, CO 80202-3025

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jefferson County Board of County
Commissioner
100 Jefferson County Parkway,
Suite 5550
Golden, CO 80419


Jefferson County Public Library
10200 W. 20th Ave.
Lakewood, CO 80215


Jefferson County Treasurer
100 Jefferson County Parkway
Suite 2520
Golden, CO 80419-2520


Jefferson County Treasurer
100 Jefferson County Pkwy
Suite 2520
Golden, CO 80419


Jeremiah Johnson Log Homes
1501 County Road 308
Dumont, CO 80436


LCA Collections
P.O. Box 2240
Burlington, NC 27216


Laboratory Corp. of America
4500 East 9th Avenue
Suite 430
Denver, CO 80220


MRS BPO
1930 Olney Avenue
Cherry Hill, NJ 08003


Machol & Johannes, LLC
700 17th Street
Denver, CO 80202-3502


Mark Jeske
7203 West 68th Avenue
Arvada, CO 80003


Medicredit Inc.
P.O. Box 1629
Maryland Heights, MO 63043


Montessori School of Evergreen
6979 County Highway 73
Evergreen, CO 80439


Morgan & Associates, P.C.
2601 NW Expressway, Suite 205E
Oklahoma City, OK 73112


Mountain States Adjusment
123 West 1st Street
Suite 430
Casper, WY 82601


Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019


Nelnet
3015 S Parker Rd #400
Aurora, CO 80014


North American Recovery, Inc.
1600 West 2200 Street
Suite 410
West Valley City, UT 84119

Northland Group
P.O. Box 390846
Minneapolis, MN 55439

Park County Treasurer
P.O. Box 638
Fairplay, CO 80440

Portfolio Recovery Associates
120 Corporate Blvd, Ste 1
Norfolk, VA 23502

Professional Affiliates
P.O. Box 21529
Denver, CO 80221

Professional Finance Company
Po Box 1728
Greeley, CO 80632

RMB Services
6464 14th Avenue
Lakewood, CO 80214

Radiology Imaging Associates
10700 East Geddes Avenue
Suite 200
Englewood, CO 80112

Receivable Recovery
1600 S Franklin Road
Indianapolis, IN 46239

Receivables Performance
20816 44th Avenue West
Lynnwood, WA 98036

Recovery Management Services
240 Emery Street
Bethlehem, PA 18015

Revenue Enterprises LLC
3131 South Vaughn Way
Suite 42
Aurora, CO 80014

SCL Health System - Lutheran Medical Center
P.O. Box 912587
Denver, CO 80291-2587

Saint Anthony's Hospital
11600 West 2nd Place
Lakewood, CO 80228

Sheffield Financial
6010 Golding Center Drive
Winston-Salem, NC 27103

Sound Hospitalists of Centuria
1123 Pacific Ave.
Tacoma, WA 98402-4303

Stellar Recovery Inc.
1327 Highway 2 W, Suite 100
Kalispell, MT 59901

Still Foot Ankle Care Services
3555 North Lutheran Parkway
Suite 150
Wheat Ridge, CO 80033

Teller County Treasurer
P.O. Box 367
Cripple Creek, CO 80813

| | |
|---|---|
| The Advantage Group<br>500 East 84th Avenue<br>Denver, CO 80229 | Verizon Wireless<br>P.O. Box 26055<br>Minneapolis, MN 55426 |
| Touchstone Imaging<br>14062 Denver West Parkway<br>Suite 180<br>Golden, CO 80401 | Veterans Administration<br>1055 Clermont ST.<br>Denver, CO 80220-3808 |
| U.S. Dept. of Treasury, Fiscal Service - SBA<br>DMS CON<br>P.O. Box 979111<br>Saint Louis, MO 63197-9000 | Wakefield & Associates<br>3091 S Jamaica Ct Ste 20<br>Aurora, CO 80014 |
| US Attorney<br>1225 17th St.<br>Suite 700<br>Denver, CO 80202-5598 | Wells Fargo Home Mortgage<br>7495 New Horizon Way<br>Frederick, MD 21703 |
| US Attorney - District Counsel<br>1244 Speer Blvd<br>Suite 500<br>Denver, CO 80204 | Western Control Services<br>P.O. Box 1352<br>Englewood, CO 80150-1352 |
| US Atty. Gen., DOJ / Tax Division<br>PO Box 683<br>Washington, DC 20044 | Westlake Financial Services<br>4751 Wilshire Boulevard, Suite 100<br>Los Angeles, CA 90010 |
| Unique National Collection<br>119 East Maple Street<br>Jeffersonville, IN 47130 | Westlake Financial Services<br>P.O. Box 54807<br>Los Angeles, CA 90054-0807 |
| United Resource Systems<br>10075 West Colfax Avenue<br>Denver, CO 80215 | |
| University Physicians Inc.<br>13199 East Montview Boulevard<br>Aurora, CO 80045-7202 | |