# United States Bankruptcy Court
## For the District of Colorado

In re: )
Dennis Dwight Anderson )   Bankruptcy Case No. 18-11998-MER
and Anne-Marie Anderson )   Chapter 13
)
Debtor(s). )

## DEFICIENCY NOTICE: DOCUMENTS DUE    3/30/2018

The following missing documents are required for your case:

- Statement of Financial Affairs
- Summary of Assets and Liabilities and Certain Statistical Information
- All Schedules: A/B, C, D, E/F, G, H, I, J
- Employee Income Records and/or Statement Concerning Payment Advices (L.B.F. 1007-6.1)
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Official Form 122C-1
- Chapter 13 Means Test Calculation Form 122C-2
- Chapter 13 Plan (L.B.F. 3015-1.1)
- Proof of legally sufficient service and notice of the plan, the deadline to file objections thereto, and the hearing on confirmation, to the U.S. Trustee, Chapter 13 Trustee, and all creditors and parties in interest

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 3/20/2018                     Kenneth S. Gardner, Clerk
                                    U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/credentry/splash_creditor_entry.asp
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.