(COB Form NtcCredCounsJnt #272SJnt 2/2017)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

In re:  
Dennis Dwight Anderson and Anne−Marie Anderson

Bankruptcy Case No . 18−11998−MER  
Chapter 13

## NOTICE TO FILE CREDIT COUNSELING CERTIFICATION

In Part 5, Question 15 on the voluntary petition filed in this bankruptcy case, the Debtors indicate they each received a briefing from an approved credit counseling agency within the 180 days before this bankruptcy case was filed. However, the Debtors have not provided the required certificate of completion. Accordingly,

NOTICE IS HEREBY GIVEN that on or before **3/30/18** the Debtors must file with the Court credit counseling certifications demonstrating that each Debtor completed, within the 180−day period *before this case was filed*, a briefing from an approved nonprofit budget and counseling agency.

NOTICE IS FURTHER GIVEN that **if the Debtors fail to timely file the certifications, the case may be dismissed by the Court without further notice to the Debtors** for failure to establish eligibility to be debtors under 11 U.S.C. § 109(h)(1).

Date:  3/20/18

FOR THE COURT:  
Kenneth S. Gardner , Clerk  
US Bankruptcy Court  
US Custom House  
721 19th St.  
Denver, CO 80202−2508