```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                    Case No. 18-11998-MER
Dennis Dwight Anderson                                    Chapter 13
Anne-Marie Anderson
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1         User: myhaverk              Page 1 of 1                 Date Rcvd: Mar 20, 2018
                             Form ID: 272Jnt             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db/db          Dennis Dwight Anderson,    Anne-Marie Anderson,    406 6th Street,   Apt. E,
                 Georgetown, CO  80444
aty           +Stephen E. Berken,    1159 Delaware St,   Denver, CO 80204-3607
tr            +Adam M Goodman,   Chapter 13 Trustee,    P.O. Box 1169,   Denver, CO 80201-1169
ust           +US Trustee,   Byron G. Rogers Federal Building,    1961 Stout St.,   Ste. 12-200,
                 Denver, CO 80294-6004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

(COB Form NtcCredCounsJnt #272SJnt 2/2017)

# UNITED STATES BANKRUPTCY COURT
**District of Colorado**

| | |
|---|---|
| In re: | Bankruptcy Case No. 18−11998−MER |
| Dennis Dwight Anderson and Anne−Marie Anderson | Chapter 13 |

## NOTICE TO FILE CREDIT COUNSELING CERTIFICATION

In Part 5, Question 15 on the voluntary petition filed in this bankruptcy case, the Debtors indicate they each received a briefing from an approved credit counseling agency within the 180 days before this bankruptcy case was filed. However, the Debtors have not provided the required certificate of completion. Accordingly,

NOTICE IS HEREBY GIVEN that on or before **3/30/18** the Debtors must file with the Court credit counseling certifications demonstrating that each Debtor completed, within the 180−day period *before this case was filed*, a briefing from an approved nonprofit budget and counseling agency.

NOTICE IS FURTHER GIVEN that **if the Debtors fail to timely file the certifications, the case may be dismissed by the Court without further notice to the Debtors** for failure to establish eligibility to be debtors under 11 U.S.C. § 109(h)(1).

Date:  3/20/18

FOR THE COURT:

Kenneth S. Gardner , Clerk

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202−2508