United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 18-11998-MER
Dennis Dwight Anderson                                          Chapter 13
Anne-Marie Anderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: myhaverk        Page 1 of 4        Date Rcvd: Mar 20, 2018
                           Form ID: 822           Total Noticed: 118


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
```
db/db       Dennis Dwight Anderson,   Anne-Marie Anderson,   406 6th Street,   Apt. E,
             Georgetown, CO  80444
tr          +Adam M Goodman,   Chapter 13 Trustee,   P.O. Box 1169,   Denver, CO 80201-1169
17928228    ++ALCHEMY WORLDWIDE LLC,   PO BOX 16699,   ENCINO CA 91416-6699
             (address filed with court: Alchemy Worldwide, LLC,   15250 Ventura Boulevard, Suite 300,
             Sherman Oaks, CA 91403)
17928226    +Aerocare,   3325 Bartlett Boulevard,   Orlando, FL 32811-6428
17928230    +Alpine Credit, Inc,   12191 West 64th Avenue,   Suite 210,   Arvada, CO 80004-4030
17928231    +American Accounts & Advisors,   7460 80th Street South,   Cottage Grove, MN 55016-3007
17928234    +American Family Care,   3700 Cahaba Beach Road,   Birmingham, AL 35242-5225
17928236    +Apex ER Physicians,   11600 W 2nd Place,   Lakewood, CO 80228-1527
17928243     Bank of the West,   Default Management - Recovery Department,   P.O. Box 5172,
             San Ramon, CA 94583-5172
17928247    +Berken Cloyes,   1159 Delaware Street,   Denver, CO 80204-3607
17928248    +Buildblock Building Systems LLC,   101 West Hefner Road,   Suite 102,
             Oklahoma City, OK 73114-6631
17928249     CBNA,   P.O. Box 6003,   Hagerstown, MD 21747
17928257    ++CHAPMAN FINANCIAL SERVICES,   PO BOX 7100,   COEUR D ALENE ID 83816-1940
             (address filed with court: Chapman Financial Services,   P.O. Box 14693,   Spokane, WA 99214)
17928259    ++CHILDREN S HOSPITAL COLORADO,   13123 EAST 16TH AVENUE,   B545,   AURORA CO 80045-7106
             (address filed with court: Childrens Hospital Colorado,   13123 East 16th Avenue,
             Aurora, CO 80045)
17928250    +CR BUR USA,   P .O. Box 942,   Fresno, CA 93714-0942
17928251    +Caliber Home Loans, Inc.,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
17928253    +Carepoint P.C.,   5600 South Quebec Street,   Suite 312A,   Greenwood Village, CO 80111-2208
17928255     Central Credit Service,   550 N Regency Square Boulevard,   Jacksonville, FL 32225
17928263     Colorado Department of Revenue,   Collections Section - Room 101,   P.O. Box 17087,
             Denver, CO 80217-0087
17928264     Colorado Dept. of Labor and Employment,   633 17th St.,   Suite 201,   Denver, CO 80202-3624
17928265    +Colorado Imaging,   14062 Denver West Parkway,   Suite 180,   Golden, CO 80401-3170
17928266     Colorado Imaging,   490 West 26th Avenue,   Suite 220A,   Denver, CO 80211
17928267    +Colorado Laboratory Services,   300 Union Boulevard, Suite 510,   Denver, CO 80228-1540
17928268    +Columbia Sanitary,   4265 Kendrick Street,   Golden, CO 80403-7200
17928269    +Concord Mortgage,   6560 North Scottsdale Road,   Suite G10,   Scottsdale, AZ 85253-4412
17928270    +Continental Service Group, Inc.,   200 Crosskeys Office Park,   Fairport, NY 14450-3510
17928271    +Cr Bur Usa,   757 L Street,   Fresno, CA 93721-2904
17928273     Danny J. Shaw,   1417 Ponce de Leon Drive,   Fort Lauderdale, FL 33316-1366
17928274    +Denver County District Court,   RE: Case No. 2017 CV 30013,   1437 Bannock Street,
             Denver, CO 80202-5390
17928275     Department of Labor and Employmnet,   PO Box 8789,   Denver, CO 80201-8789
17928283    +Emergency Service Physicians, P.C.,   P.O. Box 808,   Grand Rapids, MI 49518-0808
17928288    +Farmers and Merchants Bank,   P.O. Box 1010,   Stuttgart, AR 72160-1016
17928290    #+Garys Crane Service Inc.,   1440 Stockyard Road,   Pueblo, CO 81001-4536
17928291     Great River Federal Credit Union,   1532 South Germain,   St Cloud, MN 56302
17928292    +Greenberg & Sada, PC,   770 W. Hampden Ave #227,   Englewood, CO 80110-2152
17928293    +Guardian Tax Co, LLC,   c/o Matthew J. Roth,   1600 Stout Street, Suite 1100,
             Denver, CO 80202-3160
17928294    +HUD/FHA,   1670 Broadway,   Denver, CO 80202-3690
17928295     Independent Propane,   67302 US Hwy 285,   Pine, CO 80470
17928298    +Jefferson County Board of County Commissioner,   100 Jefferson County Parkway,,   Suite 5550,
             Golden, CO 80419-0001
17928299    +Jefferson County Public Library,   10200 W. 20th Ave.,   Lakewood, CO 80215-1402
17928302     Jeremiah Johnson Log Homes,   1501 County Road 308,   Dumont, CO 80436
17928303    +LCA Collections,   P.O. Box 2240,   Burlington, NC 27216-2240
17928304    +Laboratory Corp. of America,   4500 East 9th Avenue,   Suite 430,   Denver, CO 80220-3931
17928305    +MRS BPO,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
17928306    +Machol & Johannes, LLC,   700 17th Street,   Denver, CO 80202-3558
17928307    +Mark Jeske,   7203 West 68th Avenue,   Arvada, CO 80003-3927
17928308    +Medicredit Inc.,   P.O. Box 1629,   Maryland Heights, MO 63043-0629
17928309     Montessori School of Evergreen,   6979 County Highway 73,   Evergreen, CO 80439
17928310    +Morgan & Associates, P.C.,   2601 NW Expressway, Suite 205E,   Oklahoma City, OK 73112-7265
17928311    +Mountain States Adjustment,   123 West 1st Street,   Suite 430,   Casper, WY 82601-7502
17928312    +Mr. Cooper,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
17928315    +Northland Group,   P.O. Box 390846,   Minneapolis, MN 55439-0846
17928319     Professional Finance Company,   Po Box 1728,   Greeley, CO 80632
17928320    +RMB Services,   6464 14th Avenue,   Lakewood, CO 80214-2064
17928321    +Radiology Imaging Associates,   10700 East Geddes Avenue,   Suite 200,
             Englewood, CO 80112-3861
17928322    +Receivable Recovery,   1600 S Franklin Road,   Indianapolis, IN 46239-1196
17928324    +Recovery Management Services,   240 Emery Street,   Bethlehem, PA 18015-1980
17928325    +Revenue Enterprises LLC,   3131 South Vaughn Way,   Suite 42,   Aurora, CO 80014-3508
17928326     SCL Health System - Lutheran Medical Center,   P.O. Box 912587,   Denver, CO 80291-2587
```

```
District/off: 1082-1          User: myhaverk          Page 2 of 4          Date Rcvd: Mar 20, 2018
                              Form ID: 822            Total Noticed: 118

17928330      ++STELLAR RECOVERY INC,   PO BOX 48370,   JACKSONVILLE FL 32247-8370
                (address filed with court: Stellar Recovery Inc.,   1327 Highway 2 W, Suite 100,
                Kalispell, MT 59901)
17928327      +Saint Anthony's Hospital,   11600 West 2nd Place,   Lakewood, CO 80228-1527
17928329       Sound Hospitalists of Centuria,   1123 Pacific Ave.,   Tacoma, WA 98402-4303
17928331      +Still Foot Ankle Care Services,   3555 North Lutheran Parkway,   Suite 150,
                Wheat Ridge, CO 80033-6036
17928334      +Touchstone Imaging,   14062 Denver West Parkway,   Suite 180,   Golden, CO 80401-3170
17928335       U.S. Dept. of Treasury, Fiscal Service - SBA,   DMS CON,   P.O. Box 979111,
                Saint Louis, MO 63197-9000
17928336       US Attorney,   1225 17th St.,   Suite 700,   Denver, CO 80202-5598
17928337      +US Attorney - District Counsel,   1244 Speer Blvd,   Suite 500,   Denver, CO 80204-3518
17928338      +US Atty. Gen., DOJ / Tax Division,   PO Box 683,   Washington, DC 20044-0683
17928282      ++USACS OF COLORADO INC,   PO BOX 18350,   BELFAST ME 04915-4078
                (address filed with court: Emergency Physicians at Porter,   P.O. Box 5006,
                Denver, CO 80217-5006)
17928343      +Veterans Administration,   1055 Clermont St.,   Denver, CO 80220-3873
17928344      +Wakefield & Associates,   3091 S Jamaica Ct Ste 20,   Aurora, CO 80014-2657
17928346       Western Control Services,   P.O. Box 1352,   Englewood, CO 80150-1352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: admin@berkenlegal.com Mar 20 2018 23:42:54     Stephen E. Berken,
                1159 Delaware St,   Denver, CO  80204
17928227      +E-mail/Text: admin@getitpaid.com Mar 20 2018 23:43:18     Agency Credit Control,
                2014 S Pontiac Way,   Denver, CO 80224-2412
17928232      +E-mail/Text: bankruptcy@acbhq.com Mar 20 2018 23:43:06     American Credit Bureau,
                1200 N Federal Hwy Ste 200,   Boca Raton, FL 33432-2813
17928233      +EDI: AMEREXPR.COM Mar 21 2018 16:23:00     American Express,   P.O. Box 297871,
                Fort Lauderdale, FL 33329-7871
17928235      +EDI: AMSHER.COM Mar 21 2018 16:19:00     Amsher Collection Services,   4524 Southlake Pkwy Ste,
                Hoover, AL 35244-3271
17928237      +EDI: BCSERVICES.COM Mar 21 2018 16:13:00     BC Services Inc,   550 Disc Dr,
                Longmont, CO 80503-9343
17928238      +EDI: BANKAMER.COM Mar 21 2018 16:24:00     Bank of America,   450 American Street,
                Simi Valley, CA 93065-6285
17928239       EDI: BANKAMER.COM Mar 21 2018 16:24:00     Bank of America,   1800 Tapo Canyon Ca6 914 01 91,
                Simi Valley, CA 93063
17928242      +E-mail/Text: bknotices@bankofthewest.com Mar 20 2018 23:43:24     Bank of the West,
                13505 California Street,   Omaha, NE 68154-5247
17928240      +E-mail/Text: bknotices@bankofthewest.com Mar 20 2018 23:43:25     Bank of the West,
                2527 Camino Ramon,   San Ramon, CA 94583-4213
17928241      +E-mail/Text: bknotices@bankofthewest.com Mar 20 2018 23:43:25     Bank of the West,
                180 Montgomery St, 25th Floor,   San Francisco, CA 94104-4206
17928245      +EDI: TSYS2.COM Mar 21 2018 16:18:00     Barclays Bank Delaware,   Po Box 26182,
                Wilmington, DE 19899-6182
17928246      +EDI: TSYS2.COM Mar 21 2018 16:18:00     Barclays Bank Delaware,   P.O. Box 8803,
                Wilmington, DE 19899-8803
17928252       EDI: CAPITALONE.COM Mar 21 2018 16:24:00     Capital One Bank (USA), N.A.,   P.O. Box 85520,
                Richmond, VA 23285
17928254       E-mail/Text: bankruptcy@cavps.com Mar 20 2018 23:43:26     Cavalry Portfolio Services,
                4050 East Cotton Center Boulevard,   Phoenix, AZ 85040
17928256      +E-mail/Text: bmg.bankruptcy@centurylink.com Mar 20 2018 23:43:21     Century LInk,
                PO Box 91155,   Seattle, WA 98111-9255
17928258      +EDI: CHASE.COM Mar 21 2018 16:22:00     Chase Card,   P.O. Box 15298,
                Wilmington, DE 19850-5298
17928260       E-mail/Text: IKINCADE@CO.CLEAR-CREEK.CO.US Mar 20 2018 23:43:11
                Clear Creek County Treasurer,   405 Argentine Street,   Georgetown, CO 80444
17928261      +EDI: CODEPREV.COM Mar 21 2018 16:26:00     Colorado Department of Revenue,   1375 Sherman St.,
                Room 504,   Denver, CO 80261-2200
17928262      +EDI: CODEPREV.COM Mar 21 2018 16:26:00     Colorado Department of Revenue,
                1375 Sherman St., Room 504,   Attn: Bankruptcy Unit,   Denver, CO 80261-2200
17928272      +E-mail/Text: cscbk@creditservicecompany.com Mar 20 2018 23:43:09     Credit Service Co.,
                Po Box 1120,   Colorado Springs, CO 80901-1120
17928277       EDI: DIRECTV.COM Mar 21 2018 16:27:00     DirecTV,   PO Box 6414,   Carol Stream, IL 60197-6414
17928278       EDI: DISCOVER.COM Mar 21 2018 16:19:00     Discover Financial Services LLC,   P.O. Box 15316,
                Wilmington, DE 19850
17928276      +EDI: NAVIENTFKASMDOH.COM Mar 21 2018 16:27:00     Dept of Education / Navient,   Po Box 9635,
                Wilkes Barre, PA 18773-9635
17928279      +EDI: ESSL.COM Mar 21 2018 16:15:00     Dish Network,   9601 South Meridian Boulevard,
                Englewood, CO 80112-5905
17928280      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 20 2018 23:43:06     Ditech,   PO Box 6172,
                Rapid City, SD 57709-6172
17928281      +EDI: DCI.COM Mar 21 2018 16:25:00     Diversified Consultants,   P.O. Box 551268,
                Jacksonville, FL 32255-1268
17928284      +E-mail/Text: bknotice@ercbpo.com Mar 20 2018 23:43:21     Enhanced Recovery Co.,
                8014 Bayberry Road,   Jacksonville, FL 32256-7412
17928285      +E-mail/Text: gpaulus@enhcolorado.com Mar 20 2018 23:43:14     Evergreen National Bank,
                P.O. Box 2020,   Evergreen, CO 80437-2020
17928287      +E-mail/Text: dareverpeds@gmail.com Mar 20 2018 23:43:40     Evergreen Pediatrics,
                30960 Stagecoach Boulevard,   Evergreen, CO 80439-7902
```

District/off: 1082-1          User: myhaverk          Page 3 of 4          Date Rcvd: Mar 20, 2018
                              Form ID: 822            Total Noticed: 118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17928289          E-mail/Text: bankruptcynotification@ftr.com Mar 20 2018 23:43:42          Frontier Communication,
                  19 John St,   Middletown, NY 10940
17928296          EDI: IRS.COM Mar 21 2018 16:25:00          Internal Revenue Service,   1999 Broadway M/S 5012,
                  Denver, CO 80202-3025
17928300          E-mail/Text: dvillano@jeffco.us Mar 20 2018 23:43:13          Jefferson County Treasurer,
                  100 Jefferson County Parkway,   Suite 2520,   Golden, CO 80419-2520
17928313          +E-mail/Text: electronicbkydocs@nelnet.net Mar 20 2018 23:43:20          Nelnet,
                  3015 S Parker Rd #400,   Aurora, CO 80014-2904
17928314          +E-mail/Text: bkclerk@north-american-recovery.com Mar 20 2018 23:43:23
                  North American Recovery, Inc.,   1600 West 2200 Street,   Suite 410,
                  West Valley City, UT 84119-7240
17928317          EDI: PRA.COM Mar 21 2018 16:14:00          Portfolio Recovery Associates,
                  120 Corporate Blvd, Ste 1,   Norfolk, VA 23502
17928316          +E-mail/Text: csmith@parkco.us Mar 20 2018 23:43:12          Park County Treasurer,   P.O. Box 638,
                  Fairplay, CO 80440-0638
17928323          +E-mail/Text: Supportservices@receivablesperformance.com Mar 20 2018 23:43:38
                  Receivables Performance,   20816 44th Avenue West,   Lynnwood, WA 98036-7744
17928328          +E-mail/Text: bankruptcy@bbandt.com Mar 20 2018 23:43:13          Sheffield Financial,
                  6010 Golding Center Drive,   Winston-Salem, NC 27103-9815
17928332          +E-mail/Text: kints@co.teller.co.us Mar 20 2018 23:43:22          Teller County Treasurer,
                  P.O. Box 367,   Cripple Creek, CO 80813-0367
17928339          +E-mail/Text: ebn@unique-mgmt.com Mar 20 2018 23:43:32          Unique National Collection,
                  119 East Maple Street,   Jeffersonville, IN 47130-3439
17928341          E-mail/Text: psd@upicolo.org Mar 20 2018 23:43:31          University Physicians Inc.,
                  13199 East Montview Boulevard,   Aurora, CO 80045-7202
17928342          +EDI: VERIZONWIRE.COM Mar 21 2018 16:20:00          Verizon Wireless,   P.O. Box 26055,
                  Minneapolis, MN 55426-0055
17928345          +EDI: WFFC.COM Mar 21 2018 16:21:00          Wells Fargo Home Mortgage,   7495 New Horizon Way,
                  Frederick, MD 21703-8388
17928347          +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 20 2018 23:43:19
                  Westlake Financial Services,   4751 Wilshire Boulevard, Suite 100,
                  Los Angeles, CA 90010-3847
17928348          E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 20 2018 23:43:19
                  Westlake Financial Services,   P.O. Box 54807,   Los Angeles, CA 90054-0807
                                                                                              TOTAL: 46


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17928244*         +Bank of the West,   180 Montgomery Street,   25th Floor,   San Francisco, CA 94104-4206
17928286*         Evergreen National Bank,   P.O. Box 2020,   Evergreen, CO 80437-2020
17928297*         Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
17928301*         +Jefferson County Treasurer,   100 Jefferson County Pkwy,   Suite 2520,   Golden, CO 80419-0001
17928229          ##+Allied Collection Services,   8550 Balboa Boulevard,   Suite 232,   Northridge, CA 91325-5806
17928318          ##+Professional Affiliates,   P.O. Box 21529,   Denver, CO 80221-0529
17928333          ##+The Advantage Group,   500 East 84th Avenue,   Denver, CO 80229-5338
17928340          ##+United Resource Systems,   10075 West Colfax Avenue,   Denver, CO 80215-3907
                                                                                    TOTALS: 0, * 4, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 1082-1        User: myhaverk          Page 4 of 4           Date Rcvd: Mar 20, 2018
                            Form ID: 822            Total Noticed: 118
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Adam M Goodman    mail@ch13colorado.com,  agoodman13@ecf.epiqsystems.com
              Stephen E. Berken   on behalf of Debtor Dennis Dwight Anderson admin@berkenlegal.com,
              berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              Stephen E. Berken   on behalf of Debtor Anne-Marie  Anderson admin@berkenlegal.com,
              berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                       TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dennis Dwight Anderson** | Social Security number or ITIN   **xxx–xx–5860** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Anne–Marie Anderson** | Social Security number or ITIN   **xxx–xx–5530** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Colorado** | | Date case filed for chapter  **13   3/16/18** |
| Case number:   **18–11998–MER** | | |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                                                   12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Dennis Dwight Anderson | Anne–Marie Anderson |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 406 6th Street Apt. E Georgetown, CO 80444 | 406 6th Street Apt. E Georgetown, CO 80444 |
| **4.** | **Debtor's attorney** Name and address | Stephen E. Berken 1159 Delaware St Denver, CO 80204 | Contact phone 303–623–4357 Email _____ |
| **5.** | **Bankruptcy trustee** Name and address | Adam M Goodman Chapter 13 Trustee P.O. Box 1169 Denver, CO 80201 | Contact phone 303–830–1971 Email _____ |
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | US Bankruptcy Court US Custom House 721 19th St. Denver, CO 80202–2508 | Hours open: Monday – Friday 8:00 – 4:30 PM Contact phone 720–904–7300 Date: 3/20/18 |

**For more information, see page 2**

Debtor **Dennis Dwight Anderson** and **Anne-Marie Anderson**                                           Case number **18–11998–MER**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 1, 2018 at 08:30 AM**<br><br> **The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.**<br><br>**Under Bankruptcy Rule 4002(b)(1)–(2), an individual debtor shall bring the following to the meeting of creditors:**<br><br>**1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such documentation does not exist; and**<br><br>**2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank. credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and**<br><br>**3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B).** | **Location:**<br>**Byron G. Rogers Federal Building, 1961 Stout Street, Suite 16–200, Room B, Denver, CO 80294** |
| **8.** **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/2/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/25/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/12/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| The case trustee must receive these documents by the following deadlines | **Deadline to provide documents:**<br>You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See 11 U.S.C. § 521(e)2) and Fed. R. Bankr. P. 4002(b). You shall also file with the appropriate tax authorities tax returns that were to previously submitted and were required to be submitted under application law. 11 U.S.C. § 1308. The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. See L.B.R. 1017–2. | **Filing deadline:** 7 days *before* the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan will be sent separately. **The hearing on confirmation will be held on:**<br>**5/21/18** at **01:30 PM**, Location: **U.S. Custom House, 721 19th St., Courtroom C, Denver, CO 80202** | |

| | |
|---|---|
| | Unless a written objection is filed, the plan may be confirmed as unopposed upon the filing of Verification of Confirmable Plan pursuant to Local Bankruptcy Rule (L.B.R.) 3015–1.<br><br>The last day to file an objection to the plan is seven days after the date of the first scheduled meeting of creditors, pursuant to Bankruptcy Rule 2002(b) and L.B.R. 3015–1. Objections to the plan must comply with L.B.R. 3015–1 and shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the Court. Objecting parties and the debtor should check the calendar of the Judge assigned to this case on the court's website to ascertain whether the hearing on confirmation will be conducted in person or by telephone and to obtain the necessary instructions for connecting by telephone.<br><br>Parties objecting to confirmation and the debtor are obligated to meet and confer no later than ten days prior to the hearing on confirmation pursuant to L.B.R. 3015–1. The debtor must timely file a Confirmation Status Report using L.B.F. 3015–1.4. |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |