**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:  DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>Debtor(s). | Chapter 13<br>Case No.: 18-11998 MER |

**STATEMENT UNDER PENALTY OF PERJURY**
**CONCERNING PAYMENT ADVICES**
**L.B.F. 1007-6.1**

I, Dennis Dwight Anderson, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ x ]  I was not employed during the period immediately preceding the filing of the above-referenced case, _;

[ ]  I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ x ]  I am self-employed/a self-employed independent contractor and do not receive any evidence of payment from an employer;

[ ]  Other (please provide explanation):

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: 3/29/18                                By:  __/s/   Dennis Dwight Anderson_____
                                                                Signature of debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:  DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>Debtor(s). | Chapter 13<br>Case No.: 18-11998 MER |

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES
## L.B.F. 1007-6.1

I, Anne-Marie Anderson, state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[ x ]  I was not employed during the period immediately preceding the filing of the above-referenced case, _;

[  ]  I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[  ]  I am self-employed/a self-employed independent contractor and do not receive any evidence of payment from an employer;

[  ]  Other (please provide explanation):

I declare under penalty of perjury that the foregoing statement is true and correct.


Dated: 3/29/18                                      By: __/s/   Anne-Marie Anderson___
                                                           Signature of debtor