UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DENNIS DWIGHT ANDERSON, and. | ) | Bankruptcy No. 18-11998 MER |
| ANNE-MARIE ANDERSON, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

**PLEASE TAKE NOTICE** that _____Evergreen National Bank_____, a party-in-interest and creditor herein, appears by counsel, JAMES L. AAB, Esq., and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Sections 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be served in this case, be given to and served upon the following:

> James L. Aab, Esq.
>  5950 S. Willow Drive, Suite 304
> Greenwood Village, CO  80111-2906

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders on and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, email, telephone, telegraph, facsimile or otherwise: (1) which affect or seek to affect in any way any rights or interests of _Evergreen National Bank_ with respect to (a) the Debtor(s) or (b) property or proceeds in which the Debtor(s) may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by _Evergreen National Bank_ .

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) the above mentioned creditor's rights to have final orders in non-core matters entered only after *de novo* reviewed by a District Judge; (ii) the creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related thereto; (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or, (iv) any other rights, claims, actions, defenses, set-offs or recoupments to which this creditor is, or may be, entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments this creditor expressly reserves.

Respectfully submitted this ____19th____ day of _April_____, 2018.

> */s/ James L. Aab*_____
> James L. Aab, #5177
> Counsel for Evergreen National Bank
> 5950 S. Willow Drive, Suite 304
> Greenwood Village, CO  80111-2906
> Telephone  (303) 756-7550
> Facsimile    (303) 756-6711
> jlaab@aol.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing and attached **ENTRY OF APPEARANCE AND REQUEST TO RECEIVE NOTICES** mailed this 18th day of May, 2011, by placing the same in a postage prepaid envelope and depositing it into the United States mail to:

Stephen Berken, Esq.
1159 Delaware Street
Denver, CO  80204
*Counsel for Debtors*

Adam M. Goodman
Chapter 13 Trustee
P. O. Box 1169
Denver, CO  80201

Kenneth J. Buechler, Esq.
Buechler & Garber, LLC
999 Eighteenth Street, suite 1230-S
Denver, CO  80202

*/s/ Brenda Ishida*