UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

DENNIS DWIGHT ANDERSON,
ANNE MARIE ANDERSON,

    Debtors.

Case No. 18-11998-MER

CHAPTER 13

## LIMITED OBJECTION TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN DATED MARCH 29, 2018

CLEAR CREEK COUNTY, COLORADO ("County"), through its undersigned counsel, respectfully submits its Limited Objection to Confirmation of the Debtors' Chapter 13 Plan dated March 16, 2018, and states as follows:

1. Dennis D. Anderson and Anne-Marie Anderson (collectively the "Debtors") filed for relief under Chapter 13 of the Bankruptcy Code on or about March 16, 2018 ("Petition Date").

2. Adam M. Goodman is the standing Chapter 13 Trustee in the Debtors' case.

3. At the time the Debtors filed for relief, they were the owners of real property located in Clear Creek County, Colorado known by street and number as 1501 County Road 308, Dumont, Colorado 80436 (the "Property").

4. Prior to filing for relief, the Debtors failed to pay the annual real estate taxes on the Property. *See* C.R.S. § 39-5-101, *et seq.* As of the Petition Date, the Debtors owed $33,961.85 in delinquent and past due taxes. Such amounts continue to accrue interest at the rate of 10% per annum. C.R.S. § 39-12-103(3). The taxes assessed are a lien upon the Property. C.R.S. §§ 39-1-105, 107.

5. The County filed a secured proof of claim in this bankruptcy case. *See* Claims Register, Claim No. 1-1, Proof of Claim, filed by Clear Creek County Treasurer on March 26, 2018. Such Claim constitutes prima facie evidence of the debt to the County. Fed.R.Bankr.P. 3001(f).

6. The County filed an amended secured proof of claim in this bankruptcy case. *See* Claims Register, Claim No. 1-2, Proof of Claim, filed by Clear Creek County Treasurer on April 6, 2018. Such Claim constitutes prima facie evidence of the debt to the County. Fed.R.Bankr.P. 3001(f).

7. The Debtors filed their Chapter 13 Plan on March 29, 2018. *See* Docket No. 15.

8. The Debtors' Plan does provide for the claim of the County. *See* Docket No. 15, p.5. However, the Plan only provides for interest on the Claim at the rate of 4% per annum. Such interest rate is less than required by Colorado law. The interest rate is 10% per annum for this

property tax delinquency, pursuant to C.R.S. § 39-12-103(3).

9. The County is the proper creditor to be paid under any confirmed plan. 11 U.S.C. §1322(b)(2). As a first priority perfected lien, the County's Claim must be provided in full. 11 U.S.C. §§506, 511.

10. The Debtors' Plan does not comply with the applicable provisions of the Bankruptcy Code. 11 U.S.C. §1325(a)(l). This claimant was not asked to, and does not, accept the plan, as required by 11 U.S.C.§1325(a)(5)(A). For that reason, the Debtors' Plan does not comply with 11 U.S.C. § 1325(a)(3). Therefore, the Debtors' Plan cannot be confirmed.

11. If the Debtors amend their Plan to reflect the proper interest rate, this Objection will be moot.

WHEREFORE, the County respectfully submits this Limited Objection to the Debtors' Chapter 13 Plan dated March 29, 2018, and for such other and further relief as this Court deems appropriate.

Dated: April 26, 2018.

Respectfully submitted,
CLEAR CREEK COUNTY

/s/ Robert W. Loeffler
Robert W. Loeffler
Office of the County Attorney
Clear Creek County
P.O. Box 2000
Georgetown, CO  80444

## CERTIFICATE OF SERVICE

I certify that on April 26, 2018, I served a complete copy of **LIMITED OBJECTION TO CHAPTER 13 PLAN DATED MARCH 16, 2018,** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail:**

Debtors:
Dennis Dwight Anderson
Ann-Marie Anderson
406 6th Street, Apt. E
Georgetown, CO 80444

Debtor's Attorney:
Stephen E. Berken
Berken Cloyes, PC
1159 Delaware Street
Denver, CO 80204

US Trustee:
Adam M. Goodman
Chapter 13 Trustee
U. S. Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, CO 80202-2508

_Nanette Reimer_
Nanette Reimer