IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                             CHAPTER 13
DENNIS DWIGHT ANDERSON           CASE: 18-11998MER

ANNE-MARIE ANDERSON

DEBTORS

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of the proposed chapter 13 Plan and states:

1. The original voluntary petition discloses an incorrect Social Security Number for the Debtor-Wife. Trustee notes that the petition has been amended, but he is unable to see the document filed and is without knowledge as to whether this amendment has been served upon all creditors and credit reporting agencies.

2. As Debtors are self-employed and/or operate a business, the Trustee requests that the Debtors provide monthly cash flows reports and all business and personal bank statements for the three (3) months prior to filing the petition and provide the same documentation for all post-petition months from filing to present. In addition, according to the Debtors' testimony, January through April are less prosperous months for their business, so they should also provide the aforementioned documents for the months in which their business generates greater income. Trustee reserves the right to request that said information be updated. 11 U.S.C. §§ 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B), and Bankruptcy Rule 1007.

3. Debtors' plan underfunds the claims filed by Clear Creek County Treasurer, Internal Revenue Service. 11 U.S.C. §§ 1322(d), 1325(a)(5). In addition, it appears that Debtor underlists the interest owed to Park County and Clear Creek County, as stated in the respective claims.

4. Pursuant to information received from the Internal Revenue Service and Colorado Department of Revenue, 2017 tax returns have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. §§ 1308(a), 1325(a)(1), and 1325(a)(9).

5. The Debtors should provide a copy of the 2017 federal income tax return. 11 U.S.C. §§ 521(e)(2)(A)(i), 1308, 1325(a)(9).

6. The Chapter 13 Plan fails to treat the scheduled secured claim of Continental Service Group, in violation of 11 U.S.C. § 1325(a)(5).

7. The Trustee requests proof of funds being escrow to pay self-employment and property taxes in order to determine whether the Plan complies with 11 U.S.C. §§ 1325(a)(3), 1325(a)(6), and 1325(b)(1)(B). Trustee notes that Clear Creek County's claim lists that the property taxes are delinquent for the years 2009-2017 and Park County's claim shows delinquent property taxes for 2014-2017. Without having seen the business income and expenses (and the schedules as filed only show the purported net income to the Debtors after the business expenses are presumably paid), Trustee questions the need to retain both the office location property and the vacant land used mainly to accommodate the subcontractors doing the work generated by the Debtors.

8. The plan does not fund the required 10% Trustee's fees. 28 U.S.C. § 586(e), 11 U.S.C. §§ 1322(a)(1), 1322(d), and 1325(a)(1).

9. The Debtors' plan proposes to value a tax lien of the Colorado Department of Revenue. Determining the secured amount of a governmental unit's claim requires a either a separate motion or objection to claim, the plan provides for same, but no motion has been filed to date. Fed.R.Bankr.P. 3012(a) and (c). Trustee does note that despite the plan provision, said creditor has not listed a secured portion of its claim.

10. The Trustee reserves the right to amend his objection after the meeting of creditors and to report on the payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

May 2, 2018

Respectfully submitted,

s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201-1169
(303) 830-1971
FAX (303) 830-1973
agoodman@ch13colorado.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Objection to Confirmation was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on May 2, 2018 addressed as follows:

DENNIS DWIGHT and ANNE-MARIE ANDERSON
406 6TH STREET
APT. E
GEORGETOWN, CO 80444

BERKEN CLOYES, PC
VIA CM/ECF


\s\_kmp____
Chapter 13 Trustee Staff Member