THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                        CHAPTER 13
DENNIS DWIGHT ANDERSON           CASE NO.: 18-11998 MER
ANNE-MARIE ANDERSON
DEBTOR(S).

## NOTICE OF CONTINUED 341 MEETING OF CREDITORS

COMES NOW, the Standing Chapter 13 Trustee, and hereby files this Notice rescheduling the 341 Meeting of Creditors from May 1, 2018 to May 8, 2018 at 10:30 a.m. The Meeting will be held at Bryon G. Rogers Federal Building, 1961 Stout Street, Suite 16-200, Room B, Denver, CO 80294.

May 3, 2018

                                             Respectfully submitted,

                                             /s/ Aimee Grimsley
                                             Aimee Grimsley  #39723
                                             Attorney for Chapter 13 Trustee,
                                             Adam M. Goodman
                                             P.O. Box 1169
                                             Denver, CO  80201-1169
                                             (303) 830-1971
                                             FAX (303) 830-1973
                                             agrimsley@ch13colorado.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Continued 341 Meeting of Creditors was placed in the U.S. Mail, postage prepaid or delivered electronically via CM/ECF on May 3, 2018 addressed as follows:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON
406 6TH STREET APT. E
GEORGETOWN, CO  80444

BERKEN CLOYES, PC
VIA CM/ECF

                                             \s\   kmp
                                             Chapter 13 Trustee Staff Member