UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:   (Debtors' names)                                    CHAPTER 13
*Dennis D. Anderson*                                         CASE NO: *18-11998 MER*
*Anne-Marie Anderson*

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

**Name of person or persons whose address is changing (Please print LEGIBLY or type):**

Dennis and AnnMarie Anderson

**OLD ADDRESS** (Street, Rural Route, P.O. Box, City, State, & ZIP):

406 6th St Apt E
beorgetown 80444 is our Physical Address
But do Not have mailboxes so our PO Box in Dumont
is where we Recieve mail

**NEW ADDRESS** (Street, Rural Route, P.O. Box, City, State, & ZIP) – Please print LEGIBLY or type:

PO Box 141   Dumont Col 80436

| This change applies to (check the line which applies): | Signature of person submitting change of address |
|---|---|
| _____Debtor only <br> _____Co-debtor only <br> __✓_Both debtors | <br><br> Date: 5-3-18 |

## INSTRUCTIONS:

Fill out and mail or deliver one form to the address below:

**U.S. BANKRUPTCY COURT, U.S. CUSTOMS HOUSE, 721 19TH STREET, DENVER, CO 80202-2508**
PHONE 720-904-7300

PLEASE ALSO MAIL OR DELIVER A COPY TO:
CHAPTER 13 TRUSTEE, 1888 SHERMAN STREET, #750, DENVER, CO 80203-1169; PHONE 303-830-1971

You must also notify your attorney of any change in your address.