UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)  Case No. 18-11998 -MER
DENNIS DWIGHT ANDERSON, )
ANNE MARIE ANDERSON, )  CHAPTER 13
)
Debtors. )

FILED
CLERK OF COURT
MAY 3 2018
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the LIMITED OBJECTION TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN DATED MARCH 29, 2018, was served by regular U.S. Mail, first class, postage prepaid, on May 1, 2018, to the following parties:

Park County's Attorney:
Kenneth J. Buechler, #30906
999 18th Street, Suite 1230-S
Denver, Colorado 80202

Evergreen National Bank:
James L. Aab, Esq.
5950 S. Willow Drive, Suite 304
Greenwood Village, CO 80111-2906

**DATED:** May 1, 2018

Robert W. Loeffler
Office of the County Attorney
Clear Creek County
P.O. Box 2000
Georgetown, CO 80444

| | | |
|---|---|---|
| **ROBERT W. LOEFFLER**<br>**COUNTY ATTORNEY**<br>(303) 679-2326<br><br>**NANETTE REIMER**<br>**PARALEGAL**<br>(303) 679-2314 |  # Clear Creek County<br>POST OFFICE BOX 2000<br>GEORGETOWN, COLORADO 80444<br>TELEPHONE: (303) 679-2300 | **KERRY SIMPSON**<br>**ASSISTANT ATTORNEY**<br>(303) 679-2326<br><br><br>Fax: (303) 679-2444 |



May 1, 2018

Clerk of the Court
U.S. Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, CO   80202-2508

Re:   United States Bankruptcy Court, District of Colorado
      Case No. 18-11998-MER, In Re: Dennis Dwight Anderson and Anne Marie Anderson

Dear Clerk of the Court:

Please find enclosed the following document for filing in the above mentioned case:

1. Certificate of Service, plus a copy of the first page.

Please date stamp the copy of the first page "filed", and return it to me in the enclosed, self-addressed stamped envelope for our records.   Thank you for your assistance in filing this document with the United States Bankruptcy Court for the District of Colorado.   We can be reached at 303-679-2314 if you have any questions.

Sincerely,

Nanette Reimer

Nanette A. Reimer
Paralegal Specialist
Office of the County Attorney

enclosures

*"Honoring Our Past, While Designing Our Future"*