UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-11998 -MER |
| DENNIS DWIGHT ANDERSON, | ) | |
| ANNE MARIE ANDERSON, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

FILED
CLERK OF COURT
MAY - 4 2018
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the LIMITED OBJECTION TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN DATED MARCH 29, 2018, was served by regular U.S. Mail, first class, postage prepaid, on May 2, 2018, to the following parties:

**Debtors:**
Dennis Dwight Anderson
Anne Marie Anderson
P.O. Box 141
Dumont, CO  80436-0141


**DATED:**   May 2, 2018

/s/ Robert W. Loeffler
Robert W. Loeffler
Office of the County Attorney
Clear Creek County
P.O. Box 2000
Georgetown, CO  80444

**ROBERT W. LOEFFLER**
COUNTY ATTORNEY
(303) 679-2326

**NANETTE REIMER**
PARALEGAL
(303) 679-2314



# Clear Creek County

POST OFFICE BOX 2000
GEORGETOWN, COLORADO 80444
TELEPHONE: (303) 679-2300

**KERRY SIMPSON**
ASSISTANT ATTORNEY
(303) 679-2326

Fax: (303) 679-2444

May 2, 2018

Clerk of the Court
U.S. Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, CO   80202-2508

Re:   United States Bankruptcy Court, District of Colorado
      Case No. 18-11998-MER, In Re: Dennis Dwight Anderson and Anne Marie Anderson

Dear Clerk of the Court:

Please find enclosed the following document for filing in the above mentioned case:

1. Certificate of Service, plus a copy of the first page.

Please date stamp the copy of the first page "filed", and return it to me in the enclosed, self-addressed stamped envelope for our records.   Thank you for your assistance in filing this document with the United States Bankruptcy Court for the District of Colorado.   We can be reached at 303-679-2314 if you have any questions.

Sincerely,

*Nanette Reimer*

Nanette A. Reimer
Paralegal Specialist
Office of the County Attorney

enclosures

*"Honoring Our Past, While Designing Our Future"*