| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | DENNIS<br>First Name | DWIGHT<br>Middle Name | ANDERSON<br>Last Name | Case #: | 18-11998 MER |
| Debtor 2: | ANNE-MARIE<br>First Name | <br>Middle Name | ANDERSON<br>Last Name | Chapter: | 13 |

# Confirmation Status Report

### Part 1  Report

Debtors submit the following status report pursuant to L.B.R. 3015-1 and state as follows:

Debtors filed for Chapter 13 relief on March 6, 2018 and attended their 11 U.S.C. § 341(a) Meeting of Creditors on May 1, 2018.

### Part 2  Notice and Service Date

The last plan to be noticed and served was filed march 29, 2018 at docket no. 15.

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Chapter 13 Plan | March 29, 2018 | 15 |

### Part 3  Objections

☐ No objections have been filed to the last plan.

☒ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Park County | 19 |
| Clear Creek County | 21 |
| Chapter 13 Trustee | 23 |
| IRS | 24 |

AND

☒ Debtors have complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

| Objection--IRS | Debtor's response |
|---|---|
| IRS objects on the basis that the debtors have not filed a 2017 return and thus, owe an estimated priority claim of $47,892.01. | Debtors have filed their 2017 personal and corporate returns. Debtors owe nothing for 2017. Contemporaneous with the submission of the status report, counsel for the debtors is contacting Special Procedures for the IRS requesting an amendment to the proof of claim. |
| **Objection--Chapter 13 trustee** | **Debtor's response** |
| The trustee objects on the basis that debtors' voluntary petition for Mrs. Anderson reflected an inaccurate social security number. That debtors should provide "cash flows reports" [sic} and business and personal bank statements for three months prepetition and three months post-petition. The plan does not provide sufficient funds to Clear Creek County Treas. and the IRS. The tax returns for 2017 have not been filed. That the plan does not provide for a secured claim filed by Continental Service Group. That the debtors must provide their escrow in self-employment in property taxes prospectively. That the 10 percent trustee fee is underfunded. That a "strip off" of a tax lien of two Colorado Department of Revenue requires a separate motion or objection to the proof of claim. | Regarding the errant SS number for Mrs. Anderson, Debtors filed an Amended Statement of Social Security Number on April 3, 2018 at docket number 17. Notice of that pleading was sent to parties, all creditors, the Chapter 13 Trustee and all three major credit reporting agencies (i.e., Trans Union, Equifax and Experian). The court suppresses that record as it contains personally identifiable information. 2017 personal and business tax returns for IRS and CDR were filed on May 14, 2018. Additionally, copy of IRS 2017 returns were also mailed to IRS Special Procedures with a request to amend and update the proof of claim. A copy of a cash flow report and requested bank statements were sent to the trustee via email on May 14 2018. Debtors propose to amend their chapter 13 plan to accurately reflect monies owed to Clear Creek County Treas.'s office and the Internal Revenue Service. The claim held by Continental Service Group is already provided for in the plan, identified as "ConServ" in paragraph 10.1. Debtors have a loss carry forward which will have positive implications as to future withholding of taxes. Debtors are evaluating whether the trustee's request for additional fees is correct. Debtors will review the proof of claim filed by CDR and the necessity for a separate "strip off" action. Debtors question the Trustee's assertion that his fee is under-provided for and will research same. |
| **Objection—Park County** | **Debtor's response** |
| Park County objects on the basis that the tax arrears set forth in the plan as to property located on 176 Jackson Rd., does not provide for the claim of $5,569.73, and that the claim should be paid at 12 percent per annum. Creditor relies upon C.R.S. §39 – 10 – 104.5. | An amended plan will provide for the accurate amount and interest rate. That interest rate is to be determined. |
| **Objection—Clear Creek County** | **Debtor's Response** |
| That the plan provides for curing of her tax arrears as to property located 1501 CR 308, Dumont, CO. That the debtors owe $33,961.85 delinquent taxes. That the interest rate procuring said arrears should be 10 percent per annum. Creditor relies on C.R.S. §§ 39 – 1– 105, 107. | An amended plan will provide for the accurate amount of tax arrears. That interest rate is to be determined. |

| Part 5 | **Resolution of Objections by Amended Plan** |
|---|---|

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

    a.  Filing of Amended Plan.

        ☐ The debtors already has filed a amended plan, dated _____.

        ☒ Debtors intend to file an amended plan on or before June 6, 2018.

    b.  Treatment of Objections by Amended Plan.

        ☐ The amended plan is intended to resolve all of the objections filed;
        ☒ The amended plan is intended to resolve only certain objections as described:

        All objections except the applicable interest rate for real property taxes and the trustee's fee.

        ☐ Notice to all creditors: the debtor contends notice of the amended plan must be served on the chapter 13 trustee and all creditors and parties in interest.
        ☒ Request to limit notice: Debtors request notice of the Amended Plan be limited for the following reasons:

        No expected adverse impact on Class four. Notice to parties and affected creditors is requested.

        ☐ Request to waive notice: the debtor requests notice of the amended plan be waived for the following reasons: _____.

    c.  Objection Time Period for Amended Plan:

        ☐ Objection deadline pursuant to Fed. R. Bankr. P. 2002(b): the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(b).
        ☒ Request to shorten objection time period: the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to 21 days.
        _____.

| Part 6 | **Resolution of Objections by Judicial Determination** |
|---|---|

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

    ☐ The debtor requests judicial determination of all outstanding objections;

    ☒ The debtor requests judicial determination of only certain objections raising the following outstanding issues:

        1.  Proper rate of interest as to pre-petition tax arrears and cure thereof.

        2.  Proper calculation of trustee's compensation.

    ☐ The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter will be _____ **[#]** hours. The debtor anticipates _____ **[#]** witnesses will be called to testify.

☒ The hearing will require legal argument only.

**Part 7** **Other Information of Status of Case**

**n/a**

_____

**Part 8** **Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: May 14, 2018 By: /s/ Stephen E. Berken
Stephen Berken, Esq. - #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Confirmation Status Report was served by placing the same in the United States Mail, first class postage pre-paid, or via the court's electronic filing system/ecf, on May 14, 2018 to the following:

Dennis Dwight Anderson &
Anne-Marie Anderson
PO Box 141
Dumont, CO 80436

Kenneth J. Buechler
999 18th St.
Ste. 1230S
Denver, CO 80202

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

Adam M. Goodman
Ch. 13 Trustee
PO Box 1169
Denver, CO 80201

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert Loeffler
P.O. Box 2000
Geoergetown, CO 80444

US Trustee
Byron G. Rogers Fed. Bldg.
1961 Stout St.
Ste. 12-200
Denver, CO 80294

*/s/ Anthony Camera*