UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                 CASE NO:  18-11998MER
DENNIS DWIGHT ANDERSON            CHAPTER 13

ANNE-MARIE ANDERSON

DEBTORS

### WITHDRAWAL OF TRUSTEE'S REPORT OF DEBTOR'S FAILURE TO PROVIDE TAX RETURNS

       The Standing Chapter 13 Trustee hereby withdraws his Report in the above-captioned proceeding because the Debtors have substantially complied with the requirements of 11 U.S.C. § 521(e)(2), I.B.R. 4002 by providing the Trustee with their federal income tax returns or a verified statement that no tax return was required to be filed.

Dated:  May 15, 2018

                                           Respectfully submitted,

                                           _/s/ Adam M. Goodman_____
                                           Adam M. Goodman
                                           Standing Chapter 13 Trustee
                                           P.O. Box 1169
                                           Denver, CO 80201-1169
                                           (303) 830-1971
                                           FAX (303) 830-1973
                                           agoodman@ch13colorado.com