**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

Case No. 18-11998 MER

Chapter 13

Debtors.

**ORDER**

THIS MATTER comes before the Court on Debtor's Confirmation Status Report, filed with the Court on May 14, 2018. The Court, being advised in the premises, ORDERS that:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED. All pending objections are deemed moot. Any party desiring to object to a future plan must file a new objection.

2. The confirmation hearing currently scheduled for May 21, 2018 is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on **Monday, July 09, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. Absent the entry of the order confirming the plan or rescheduling the hearing, Debtors' counsel is required to appear at the confirmation hearing. If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information.

3. On or before **June 6, 2018,** the Debtors are ordered to file an amended Chapter 13 plan with a notice in substantial conformity with L.B.F. 3015-1.2 to the Chapter 13 Trustee, previous objectors, parties requesting notice, and any adversely affected parties, which notice establishes the deadline of **June 22, 2018,** for the filing of objections to confirmation. Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.

4. If the confirmation involves a contested factual issue regarding presentation of evidence, the hearing will be used as a status and scheduling conference wherein the Court will set the appropriate dates and deadlines for an evidentiary hearing. If objections are filed to the amended plan, the Debtors shall file a Confirmation Status Report, pursuant to L.B.R. 3015(e). If no objections are received to the amended plan, the Debtor shall file a verification in compliance with L.B.R. 3015(e). **Either a verification or a confirmation status report must be filed on or before July 2, 2018.**

Dated May 17, 2018

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court