```
                           United States Bankruptcy Court
                                District of Colorado
In re:                                                      Case No. 18-11998-MER
Dennis Dwight Anderson                                      Chapter 13
Anne-Marie Anderson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1         User: myhaverk              Page 1 of 1           Date Rcvd: May 17, 2018
                             Form ID: pdf904             Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db/db         +Dennis Dwight Anderson,    Anne-Marie Anderson,    PO Box 141,    Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: rloeffler@co.clear-creek.co.us May 17 2018 23:26:06     Robert W. Loeffler,
               PO Box 2000,   Georgetown, CO 80444-2000
cr            +E-mail/Text: gpaulus@enbcolorado.com May 17 2018 23:25:39     Evergreen National Bank,
               P. O. Box 2020,   Evergreen, CO 80437-2020
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman   on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia   on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab   on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

Case No. 18-11998 MER

Chapter 13

Debtors.

**ORDER**

THIS MATTER comes before the Court on Debtor's Confirmation Status Report, filed with the Court on May 14, 2018. The Court, being advised in the premises, ORDERS that:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED. All pending objections are deemed moot. Any party desiring to object to a future plan must file a new objection.

2. The confirmation hearing currently scheduled for May 21, 2018 is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on **Monday, July 09, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado. Absent the entry of the order confirming the plan or rescheduling the hearing, Debtors' counsel is required to appear at the confirmation hearing. If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information.

3. On or before **June 6, 2018,** the Debtors are ordered to file an amended Chapter 13 plan with a notice in substantial conformity with L.B.F. 3015-1.2 to the Chapter 13 Trustee, previous objectors, parties requesting notice, and any adversely affected parties, which notice establishes the deadline of **June 22, 2018,** for the filing of objections to confirmation. Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.

4. If the confirmation involves a contested factual issue regarding presentation of evidence, the hearing will be used as a status and scheduling conference wherein the Court will set the appropriate dates and deadlines for an evidentiary hearing. If objections are filed to the amended plan, the Debtors shall file a Confirmation Status Report, pursuant to L.B.R. 3015(e). If no objections are received to the amended plan, the Debtor shall file a verification in compliance with L.B.R. 3015(e). **Either a verification or a confirmation status report must be filed on or before July 2, 2018.**

Dated May 17, 2018

BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court