UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE: (Debtors' names)
Dennis D. Anderson
Anne-Marie Anderson

CHAPTER 13
CASE NO: 18-11998 MER

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

**Name of person or persons whose address is changing (Please print LEGIBLY or type):**

Dennis and AnnMarie Anderson

**OLD ADDRESS (Street, Rural Route, P.O. Box, City, State, & ZIP):**

406 6th St Apt E
Georgetown 80444 is our physical Address But do Not have mailboxes so our PO Box in Dumont is where we Recieve mail

**NEW ADDRESS (Street, Rural Route, P.O. Box, City, State, & ZIP)** – Please print LEGIBLY or type:

PO Box 141 Dumont Col 80436

This change applies to (check the line which applies):

____ Debtor only
____ Co-debtor only
✓ Both debtors

Signature of person submitting change of address:

[signature]

Date: 5-3-18

**INSTRUCTIONS:**

Fill out and mail or deliver one form to the address below:

**U.S. BANKRUPTCY COURT, U.S. CUSTOMS HOUSE, 721 19TH STREET, DENVER, CO 80202-2508**
PHONE 720-904-7300

PLEASE ALSO MAIL OR DELIVER A COPY TO:
CHAPTER 13 TRUSTEE, 1888 SHERMAN STREET, #750, DENVER, CO 80203-1169; PHONE 303-830-1971

You must also notify your attorney of any change in your address.

FILED
2018 JUN -1 P 2:48
KENNETH S. GARDNER, CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO