United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 18-11998-MER
Dennis Dwight Anderson                                          Chapter 13
Anne-Marie Anderson
       Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: admin             Page 1 of 1              Date Rcvd: Jun 12, 2018
                              Form ID: 218ch13        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2018.
db/db          +Dennis Dwight Anderson,   Anne-Marie Anderson,   PO Box 141,   Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
              Adam M Goodman     mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 8

(COB #218ch13 voNORStmtPFM_ch13)(12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Michael E. Romero

In re:

    Dennis Dwight Anderson
    Anne−Marie Anderson

Debtor(s)

Case No.: 18−11998−MER
Chapter: 13

SSN/TID Nos. xxx−xx−5860
xxx−xx−5930

## NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT

    Notice is hereby given that, subject to extremely limited exceptions, each debtor must complete an instructional course in personal financial management and file Official Form 423, "Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management," *as evidence of course completion before a discharge can enter* under chapter 13 (11 U.S.C. §1328) . This course is *different from* and *in addition to* the credit counseling course that the debtor(s) must complete prior to filing for bankruptcy relief. Official Form 423 is available on the U.S. Court's website at www.uscourts.gov/bkforms/bankruptcy_forms.html on the Form's page or may be picked up from the Clerk's Office at 721 19th St., Denver, Colorado.

    Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) should have filed Official Form 423 within 60 days after the first date set for the meeting of creditors under Section 341. In a chapter 13 case, the form should be filed no later than the last payment made by the debtor as required by the plan under §1328(b) of the Code. In the event the certification is not filed, the case will be closed *without an entry of discharge*.

    If the case is closed because of failing to file Official Form 423, *the case cannot be reopened without full payment of the reopening fee*. If the debtor(s) want a discharge, they must first ask the Court to reopen the case by filing a Motion to Reopen the case accompanied by the payment of the filing fee which is *$235* for motions to reopen filed on and after January 1, 2007. After the case is reopened, the debtor(s) must then file Official Form 423 evidencing completion of an instructional course concerning personal financial management in order to receive a discharge. If the debtor(s) fail(s) to file Official Form 423 within 30 days after the case is reopened, then the case will again be closed without the entry of a discharge.

Dated: 6/11/18

FOR THE COURT:
KENNETH S. GARDNER, Clerk

United States Bankruptcy Court
U.S. Custom House
721 Nineteenth Street
Denver, CO 80202−2508