## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-11998 -MER |
| DENNIS DWIGHT ANDERSON, | ) | |
| ANNE MARIE ANDERSON, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |

---

### LIMITED OBJECTION TO CONFIRMATION OF THE DEBTORS' AMENDED CHAPTER 13 PLAN DATED JUNE 7, 2018

---

CLEAR CREEK COUNTY, COLORADO for the benefit of the Clear Creek County Treasurer ("County"), through its undersigned counsel, respectfully submits its Objection to Confirmation of the Debtors' Amended Chapter 13 Plan dated June 7, 2018, and states as follows:

1.  Dennis D. Anderson and Anne-Marie Anderson (collectively the "Debtors") filed for relief under Chapter 13 of the Bankruptcy Code on or about March 16, 2018 ("Petition Date").

2.  Adam M. Goodman is the standing Chapter 13 Trustee in the Debtors' case.

3.  At the time the Debtors filed for relief, they were the owners of real property located in Clear Creek County, Colorado known by street and number as 1501 County Road 308, Dumont, Colorado 80436 (the "Property").

4.  Prior to filing for relief, the Debtors failed to pay the annual real estate taxes on the Property. *See* C.R.S. § 39-5-101, *et seq.* As of the Petition Date, the Debtors owed $33,961.85 in delinquent and past due taxes. Such amounts continue to accrue interest at the rate of 10% per annum. C.R.S. § 39-12-103(3). The taxes assessed are a lien upon the Property. C.R.S. §§ 39-1-105, 107.

5.  The County filed a secured proof of claim in this bankruptcy case. *See* Claims Register, Claim No. 1-1, Proof of Claim, filed by Clear Creek County Treasurer on March 26, 2018. Such Claim constitutes prima facie evidence of the debt to the County. Fed.R.Bankr.P. 3001(f).

6.  The County filed an amended secured proof of claim in this bankruptcy case. *See* Claims Register, Claim No. 1-2, Proof of Claim, filed by Clear Creek County Treasurer on April 6, 2018. Such Claim constitutes prima facie evidence of the debt to the County. Fed.R.Bankr.P. 3001(f).

7.  The Debtors filed their Chapter 13 Plan on March 29, 2018. *See* Docket No. 15.

8.  On May 17, 2018, the Bankruptcy Court denied confirmation of the Debtor's Chapter 13 Plan, and ordered the Debtors to file an amended Chapter 13 Plan and ordered that a new plan be filed by June 6, 2018. *See* Docket No. 31.

9.  The Debtors filed their Amended Chapter 13 Plan on June 7, 2018. *See* Docket No. 33.

10.  The Debtors' Amended Plan repeats the same inadequate provision as appeared in the original Plan. *See* Docket No. 33, p.5. The Amended Plan only provides for interest on the Claim at the rate of 4% per annum. Such interest rate is less than required by Colorado law. The interest rate is 10% per annum for this property tax delinquency, pursuant to C.R.S. § 39-12-103(3).

11.  C.R.S. § 39-12-103(3) (a copy of which is attached hereto as Exhibit 1), establishes the legal rate of interest for redemption of a tax lien annually. The tax lien originally was sold in 2010, representing a lien for tax year 2009 taxes payable in 2010. The lien was sold on November 5, 2010, and a copy of the certificate is attached hereto as Exhibit 2. The rate of interest was fixed by the Colorado Commissioner of Banking effective October 1, 2010, at 10 percent per year. See Exhibit 3 attached hereto, the Commissioner of Banking's redemption interest determination. That, ten percent, is the fixed, legal rate of interest to redeem the tax certificate.

12.  As a first priority perfected lien, the County's Claim must be provided for in full. 11 U.S.C. §§506, 511, 1322(a)(2).

13.  The Debtors received a tax bill for the 2017 property taxes payable in 2018 in January 2018 while this matter was pending, a true copy of which is attached hereto as Exhibit 4. The taxes were payable in installments, the last due June 15, 2018, or by single payment due April 30, 2018. Nothing has been paid and the taxes are delinquent.

14.  The County is entitled to be paid the 2017 property taxes payable in 2018 as priority administrative expenses. 11 USC §1322(a)(2); 11 USC §503(b)(1)(B). The Debtor's Amended Plan ignores the administrative expenses of the 2017 property taxes payable in 2018.

15.  The Debtors' Amended Plan does not comply with the applicable provisions of the Bankruptcy Code in that it fails to provide for paying the legal rate of interest for the delinquent taxes, and fails to provide for payment of the priority administrative expenses. 11 U.S.C. §1325(a)(l). This claimant was not asked to, and does not, accept the plan, as required by 11 U.S.C.§1325(a)(5)(A). For that reason, the Debtors' Amended Plan does not comply with 11 U.S.C. § 1325(a)(3). Therefore, the Debtors' Amended Plan cannot be confirmed.

16.  If the Debtors amend their Plan to reflect the proper interest rate, and to pay the priority administrative claim, this Objection will be moot.

///remainder of page intentionally left blank///

WHEREFORE, the County respectfully submits this Limited Objection to the Debtors' Amended Chapter 13 Plan dated June 7, 2018, and for such other and further relief as this Court deems appropriate.

Dated: June 20, 2018.

Respectfully submitted,
CLEAR CREEK COUNTY

Robert W. Loeffler
Office of the County Attorney
Clear Creek County
P.O. Box 2000
Georgetown, CO  80444

## CERTIFICATE OF SERVICE

I certify that on June 20, 2018, I served a complete copy of **LIMITED OBJECTION TO AMENDED CHAPTER 13 PLAN DATED JUNE 7, 2018,** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail:**

Debtors:
Dennis Dwight Anderson
Anne Marie Anderson
P.O. Box 141
Dumont, CO  80436-0141

Debtor's Attorney:
Stephen E. Berken
Berken Cloyes, PC
1159 Delaware Street
Denver, CO  80204

US Trustee:
Adam M. Goodman
Chapter 13 Trustee
U. S. Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, CO  80202-2508

Park County's Attorney:
Kenneth J. Buechler, #30906
999 18th Street, Suite 1230-S
Denver, Colorado 80202

Evergreen National Bank:
James L. Aab, Esq.
5950 S. Willow Drive, Suite 304
Greenwood Village, CO  80111-2906


Nanette Reimer

# EXHIBIT 1

West's Colorado Revised Statutes Annotated
Title 39. Taxation
Property Tax
Collection and Redemption
Article 12. Redemption (Refs & Annos)

C.R.S.A. § 39-12-103

§ 39-12-103. Redemption made--interest

Currentness

(1) Real property for which a tax lien was sold under the provisions of article 11 of this title as a result of delinquent taxes may be redeemed by the owner thereof or his agent, assignee, or attorney, or by any person having a legal or equitable claim therein, or by a holder of a tax sale certificate; except that such holder may redeem such real property from any sale of a tax lien thereof made subsequent to the time of the issuance of the tax sale certificate upon which he is relying, and the amount paid for the redemption of the subsequent certificate of purchase shall be endorsed as subsequent taxes paid on the certificate upon which he is relying.

(2) An undivided interest may be redeemed upon payment of a ratable share of the sum required to redeem the whole even though a tax lien for the whole has been sold. In case a tax lien on any tract of land sold for delinquent taxes under the provisions of article 11 of this title belongs to two or more separate and distinct parties in severalty, the treasurer, when satisfied of the fact and upon application of any one of the parties or his agent, assignee, or attorney and upon payment of the proper proportional amount, shall issue a certificate of redemption for such party's interest in said land.

(3) The redemption may be made at any time before the execution of a treasurer's deed to the purchaser or his heirs or assigns upon payment to the treasurer, to be held by him subject to the order of the purchaser, of the amount of taxes, delinquent interest, and costs for which the tax lien on the property was sold, with redemption interest thereon from the date of sale at the rate which is determined as provided in this subsection (3), together with the amount of all taxes accruing on such real property after the sale, paid by the purchaser and endorsed on his certificate of purchase, with redemption interest at the rate which is determined as provided in this subsection (3) on such taxes so endorsed on the certificate of purchase. Any payment under this section shall be deemed received by the treasurer on the date that it is actually received in the treasurer's office. The annual rate of redemption interest shall be nine percentage points above the discount rate, which discount rate shall be the rate of interest a commercial bank pays to the federal reserve bank of Kansas City using a government bond or other eligible paper as security, and shall be rounded to the nearest full percent. The commissioner of banking shall establish the annual rate of redemption interest based upon the computation specified immediately above.

Such annual rate of redemption interest shall be so established as of September 1, 1981, to become effective October 1, 1981. Thereafter, on September 1 of each year, the annual rate of redemption interest shall be established in the same manner, to become effective on October 1 of the same year.

(4) If subsequent taxes are paid before the time when they would become delinquent, interest shall be computed only from the time of their delinquency. Such taxes shall bear interest at the annual rate set forth in subsection (3) of this section, and no more, from the time when the purchaser becomes entitled to a deed up to the time of issuance of such deed.

(5) All statutory fees paid by the purchaser in connection with such certificate shall bear the same rate of interest as the original amount for which the tax lien on the property was sold, the same to be prorated among the several tracts described in said certificates.

(6) In computing the amount of interest due, portions of months shall be counted as whole months.

[Emphasis added.]

**Credits**

Amended by Laws 1979, H.B.1227, § 3; Laws 1981, H.B.1183, § 1; Laws 1985, H.B.1304, § 34; Laws 1989, H.B.1288, § 34; Laws 1992, H.B.92-1068, § 24, eff. April 9, 1992.

Notes of Decisions (48)

C. R. S. A. § 39-12-103, CO ST § 39-12-103
Current with immediately effective legislation through Ch. 256 of the Second Regular Session of the 71st General Assembly (2018)

**End of Document**                                        © 2018 Thomson Reuters. No claim to original U.S. Government Works.

# EXHIBIT 2

BUYER # 88

TREASURER'S OFFICE CLEAR CREEK COUNTY STATE OF COLORADO

# Tax Lien Sale Certificate of Purchase

I HEREBY CERTIFY, That a Tax Lien Sale of Real Estate, situate in the County of CLEAR CREEK COUNTY State of Colorado for Delinquent Taxes for the year 2009 at the County Treasurer's office in the County aforesaid, on NOVEMBER 5, 2010 in accordance with the law, HOLBERG WILLIAM W was the Purchaser(s) of the Tract hereinafter described, as having been sold, for which the Purchaser(s) paid the sum of money set opposite the caption "Total paid" for Certificate, being the amount of Taxes on the whole of said estate for which the purchaser(s) is to receive interest until redemption at the maximum statutory rate".

| YEAR | SCHEDULE NUMBER | NAME OF OWNER WHEN KNOWN |
|------|-----------------|-------------------------|
| 2009 | R017453 | ANDERSON DENNIS & ANNE MARIE |

DESCRIPTION OF PROPERTY

SUB: DRURY DIVISION PARCEL 2
MAP #:183725201002

ASSESSED VALUE 17430

**Tax Lien Sale Certificate of Purchase**

No. 20090103 Book 2009

IRENE KINCADE
**COUNTY TREASURER**
TO
HOLBERG WILLIAM W
1019 OLD SQUAW PASS RD
EVERGREEN CO 80439

ISSUED NOVEMBER 05, A.D. 2010

_____, A.D. 20 _____

FOR VALUE RECEIVED, I hereby assign the within Certificate, and all my right, title and interest to the property therein described, to

_____

_____

This Certificate surrendered and

$ _____ redemption money paid to

_____, A.D. 20 _____

By _____
County Treasurer

_____ Deputy

_____, A.D. 20 _____

This Certificate surrendered and deed made

to _____

By _____
County Treasurer

_____ Deputy

## COSTS

| | |
|---|---|
| TAXES | 1153.58 |
| INTEREST | 80.75 |
| ADVERTISING | 20.00 |
| CTF. FEE | 4.00 |
| TOTAL | 1258.33 |
| PREMIUM BID | 20.00 |

This Certificate shall bear interest, until redeemed, at the statutory rate as indicated below. Subsequent taxes paid by the Certificate holder, and endorsed hereon, shall bear interest at the same rate until the date a deed could issue, which date is three years from the date of this Sale. Thereafter, subsequent taxes shall accrue interest at the rate as indicated below.

10.0 % per annum on Certificate amount.
10.0 % on all subsequent taxes paid and endorsed hereon except subsequent taxes shall, after the date a deed could issue, draw interest at
10.0 % per annum

### RECORD OF SUBSEQUENT TAXES PAID AND ENDORSED

| YEAR | DATE OF PAYMENT | TAX | INT. | FEES | AMOUNT PAID |
|------|-----------------|-----|------|------|-------------|
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |

In Witness Whereof, I have Hereunto set my Hand and Seal, this

5TH DAY OF NOVEMBER A.D. 201

IRENE KINCADE
COUNTY TREASURER

By _____ Deputy

Certificate No. 20090103 Book 2009

# EXHIBIT 3



**Division of Banking**
Steven A. Strunk
State Bank Commissioner

Bill Ritter, Jr.
Governor

Barbara J. Kelley
Executive
Director

# MEMORANDUM

To:         Barbara J. Kelley, Executive Director
            Department of Regulatory Agencies

From:       Steven A. Strunk
            State Bank Commissioner

Date:       September 2, 2010

Re:         C.R.S. 39-12-103 - Tax Delinquencies


The interest rate established pursuant to C. R. S. 39-12-103 for the period beginning October 1, 2010, is 10%. This rate is established by adding nine percentage points to the federal discount rate, .75%, as of September 1, 2010, and rounding to the nearest full percent.


cc:    Colorado State Treasurer
       Colorado Department of Revenue
       Division of Local Government
       County Treasurers' Association

1560 Broadway, Suite 975    Denver, Colorado 80202    Phone 303.894.7575
Fax  303.894.7570          www.dora.state.co.us      PDPA  303.894.7588



Consumer Protection

# EXHIBIT 4

| ACCOUNT NUMBER | R017453 |
| PARCEL NUMBER | 183725201002 |
| TAX DISTRICT | 010 |

(303) 679-2353
www.co.clear-creek.co.us/treasurer
Email: treasurer@co.clear-creek.co.us

**Clear Creek County**
P.O. BOX 2000
405 ARGENTINE STREET
GEORGTOWN CO 80444

## 2017 Property Taxes Due 2018

| TAX AUTHORITY | TAX LEVY | TEMP TAX CREDIT | GENERAL TAX | VALUATION | ACTUAL | ASSSESED |
|---|---|---|---|---|---|---|
| CCC LIBRARY DISTRICT | 2.00000 | 0.00000 | $104.46 | LAND | $59,410 | $17,230 |
| CCC GENERAL | 27.51600 | 0.00000 | $1,437.16 | BUILDINGS/IMPROVE | $120,700 | $35,000 |
| CLEAR CREEK SCHOOL RE-1 | 16.44700 | 0.00000 | $859.03 | PERSONAL | $0 | $0 |
| CCC ROAD & BRIDGE | 5.75000 | 0.00000 | $300.32 | TOTAL | $180,110 | $52,230 |
| CCC OPEN SPACE | 1.00000 | 0.00000 | $52.23 | SR EXEMPTION | $0 | $0 |
| CCC PUBLIC WELFARE | 0.89000 | 0.00000 | $46.48 | NET TOTAL | $180,110 | $52,230 |
| CCC ROAD PROJECT | 0.00000 | 0.00000 | $0.00 | | | |
| CLEAR CREEK METRO REC | 2.00100 | 0.00000 | $104.51 | | | |
| SCHOOL DIST RE1 BOND | 4.04500 | 0.00000 | $211.27 | | | |
| CCC EMERGENCY SERVICE | 4.56900 | 0.00000 | $238.64 | | | |
| CLEAR CREEK METRO REC BOND | 3.76100 | 0.00000 | $196.44 | | | |
| TOTALS | 67.9790000 | | $3,550.54 | | | |

**SPECIAL MESSAGES**
Senior & Disabled Veteran exemption.
See reverse side for more information.
Pay On-Line. www.co.clear-creek.co.us

| | |
|---|---|
| ADMIN FEE | $0.00 |
| SPECIAL ASSESSMENT | $0.00 |
| SENIOR HOMESTEAD EXEMP | $0.00 |
| PREPAYMENT | $0.00 |
| GRAND TOTAL | $3,550.54 |

SB 25 - In absence of State Legislative Funding, your school mill levy would have been 15.5030000

**Unpaid Prior Year Taxes**
Yes - Contact Office
Late payments without applicable interest will be returned.

### PROPERTY ADDRESS AND LEGAL DESCRIPTION OF PROPERTY (may be incomplete)

1501 COUNTY ROAD 308

Subdivision: DRURY DIVISION PARCEL 2    -
369/671-672 579/222 675/674 - DIV #220905

---

**2017 Taxes Due 2018  2nd Half Payment Due June 15**

Return this Coupon with Payment to:
Clear Creek County Treasurer
PO Box 2000
405 Argentine Street
Georgetown, CO 80444

Account Number
R017453

CURRENT BILLING ADDRESS
ANDERSON DENNIS & ANNE MARIE
PO BOX 141
DUMONT, CO 80436-0141

For a receipt provide SAS envelope with payment
Phone/Email:

SECOND HALF DUE BY JUNE 15, 2018    $1,775.27

---

**2017 Taxes Due 2018 1st Half Due Feb 28th OR FULL PAYMENT DUE April 30th**

Return this Coupon with Payment to:
Clear Creek County Treasurer
PO Box 2000
405 Argentine Street
Georgetown, CO 80444

Account Number
R017453

CURRENT BILLING ADDRESS
ANDERSON DENNIS & ANNE MARIE
PO BOX 141
DUMONT, CO 80436-0141

For a receipt provide SAS envelope with payment
Phone/Email:

FULL PAYMENT DUE BY APRIL 30, 2018    $3,550.54
FIRST HALF DUE BY FEBRUARY 28, 2018    $1,775.27

Office of the Clear Creek County Treasurer - Carol Lee                    TREASURER 303.679.2353 OR www.co.clear-creek.co.us/treasurer for the following:

- Real and Personal Property Tax Information    • Transaction Detail (Payment History)    • Verify My Email
- Pay Property Taxes Online    • Web Tax Notice (Online Tax Statement)    • And More

A property exemption is available to **senior citizens** and **disabled veterans** exempting 50 percent of the first $200,000 in actual value of their primary residence. The senior exemption is available to applicants who as of January 1: a) are 65 years or older; and b) have owned and occupied their home for at least 10 years. Senior exemption applications must be filed no later than July 15th of the first tax year the exemption is claimed.  For more information please visit the Clear Creek County Assessor's website at www.co.clear-creek.co.us/assessor

In even numbered calendar years, this tax bill serves as your Notice of Value. In odd numbered calendar years, you will receive a Notice of Value from the Assessor. Please visit www.co.clear-creek.co.us/assessor

To preserve your right to appeal the current assessment, your mailed appeal must be postmarked no later than June 1 or you must appear in the Clear Creek County Assessor's Office between May 1 and June 1.  After these dates, your right to appeal to the Assessor is waived, and lost. We recommend all correspondence be mailed with proof of mailing to preserve your appeal rights.  **Tax bills are mailed to the most current address on the County Assessor's Tax Roll as of December 31.**
**The Clear Creek County Treasurer shall not be held liable for any errors or omissions.**
**We do NOT** send a bill to your Mortgage Lender. If in doubt; please check with your mortgage lender to determine who is responsible for the tax payment. Failure to do so could result in delinquent taxes and/or delayed processing of your account; which could incur additional fees.
(C.R.S. 39-10-103(4)) Failure of a taxpayer to receive the **electronic statement** shall not preclude collection by the treasurer of the amount of taxes due from and payable by the taxpayer.  If the payment due dates fall on a Saturday, Sunday or legal holiday, it shall be deemed to have been timely received on the next business day.

When paying your property taxes please:

- Make Check Payable to: **Clear Creek County Treasurer**. Please be aware that your tax payment check may be converted to a one-time electronic payment. Your checking account may be debited the same day we receive your payment. Payments must be in US Funds payable to Clear Creek County Treasurer.
- Include appropriate coupon(s) with your payment. Please do not staple or tape the coupon to your payment.
- Applicable delinquent interest and other charges shall apply to delinquent payments. (C.R.S. 39-10-104.5)
- Installment options as outlined below are not available on taxes less than $25. Tax amounts less than $25 must be paid in full by April 30.
- A $10 administrative charge may be added to any delinquent tax statement less than $50. (C.R.S. 39-10-104.5)
- Returned payments subject to collection. Bank Service charges and a fee of $20 will be charged for all returned payments. (C.R.S. 13-21-109)
- Partial payments will not be processed. If a payment is received which does not include all amounts due, including any interest and penalties, the remitted payment will be returned to the sender. Installment schedule is outlined below.

**If paid in installments:**
**1st half** payments are due the last day of **February**. Interest charges will begin to accrue on March 1 at a rate of 1% per month.
**2nd half** payments are due **June 15**. Interest charges will begin to accrue on June 16, for the full month of June, at a rate of 1% per month.

**If paid in full:**  Full payment is due **April 30**. Interest charges will begin to accrue May 1 at a rate of 1% per month.

### To learn more about your tax dollars at work for you, please visit www.co.clear-creek.co.us/treasurer

---

Pay at www.co.clear-creek.co.us/onlineservices

Current year property taxes may be paid online by credit card. A third party convenience fee of 2.25% +.75 cents will be charged in addition to the tax amount. Clear Creek County does not retain any portion of the convenience fee.
By phone call 303.679-2353

Only Current year taxes may be paid by credit card online or in person at the Treasurer's office. The same convenience fees and rules as above will apply.

Prior year's taxes require Certified Funds accompanied by a completed Tax Lien Redemption Form. Postmarks are not valid for Redemptions. Please call.

---

Pay at www.co.clear-creek.co.us/onlineservices

Current year property taxes may be paid online by credit card. A third party convenience fee of 2.25% +.75 cents will be charged in addition to the tax amount. Clear Creek County does not retain any portion of the convenience fee.
By phone call 303.679-2353

Only Current year taxes may be paid by credit card online or in person at the Treasurer's office. The same convenience fees and rules as above will apply.

Prior year's taxes require Certified Funds accompanied by a completed Tax Lien Redemption Form. Postmarks are not valid for Redemptions. Please call.