UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DENNIS DWIGHT ANDERSON, and | ) | Bankruptcy No. 18-11998 MER |
| ANNE-MARIE ANDERSON, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

**LIMITED OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

COMES NOW Evergreen National Bank ("ENB"), through counsel, James L. Aab, and files the following Limited Objection to Confirmation of Debtors' Amended Chapter 13 Plan dated June 7, 2018:

1. Debtors commenced this case by filing their Voluntary Petition on March 16, 2018, seeking relief under Chapter 13 of Title 11, U.S.C.

2. On March 29, 2018, Debtors filed their original Chapter 13 Plan (*docket No. 15*). The Chapter 13 Trustee and certain creditors filed Objections or Limited Objections to confirmation of Debtors' original Chapter 13 Plan.

3. On May 17, 2018, the Bankruptcy Court entered its Order denying confirmation of Debtors' original Chapter 13 Plan and ordered an Amended Plan to be filed on or before June 6, 2018 (*docket No. 31*).

4. On June 7, 2018, Debtors filed their Amended Chapter 13 Plan (*docket No. 33*).

5. Evergreen National Bank currently holds a Note executed by Debtors secured by a 3rd deed of trust lien against Debtors' property at 1501 County Road 308.

6. Paragraph 3 of Part 12 of Debtors' Amended Chapter 13 Plan provides:

"Debtors proposes (sic.) no monthly payment for the 3rd mortgage secured by the property on 1501 County Road 308. The secured creditor (through counsel) has consented to this treatment".

Although there were communications between counsel for ENB and Debtors and although ENB is willing to provide some accommodation as to payment, counsel for Evergreen National Bank did not agree, or have authority to agree, that "no monthly payments" on the third DOT would be required for the duration of Debtors' Chapter 13 Plan.

7. Accordingly, in view of the above, Evergreen National Bank objects to confirmation of Debtors' Amended Chapter 13 Plan on the basis that the existing language of paragraph 3 in Part 12 can be construed as an agreement that ENB intends to waive and not enforce its rights to any payment on the Note secured by the third deed of trust for the duration of Debtors' Chapter 13 Plan.

      WHEREFORE, for the reasons above stated, Evergreen National Bank files its Limited Objection to Confirmation of Debtors' Amended Chapter 13 Plan dated June 7, 2018.

Dated   June 25, 2018                          */s/ James L. Aab*
                                                JAMES L. AAB, #5177
                                                Counsel for Evergreen National Bank
                                                5950 S. Willow Drive, Suite 304
                                                Greenwood Village, Colorado  80111-2906
                                                Telephone (303) 756-7550
                                                Facsimile  (303) 756-6711
                                                jlaab@aol.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing and attached **LIMITED OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN** mailed this 25th day of June, 2018, by placing the same in a postage prepaid envelope and depositing it into the United States mail to:

Dennis Dwight Anderson
Anne-Marie Anderson
P.O. Box 141
Dumont, CO  80436-0141

Stephen E. Berken, Esq.
Berken Cloyes P.C.
1159 Delaware Street
Denver, CO  80204
*Counsel for Debtors*

Adam M. Goodman, Esq.
Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201-1169

Kenneth J. Buechler, Esq.
Buechler & Garber, LLC
999 Eighteenth Street, Suite 1230-S
Denver, CO  80202
*Counsel for Park County*

Robert W. Loeffler, Esq.
Office of County Attorney
P.O. Box 2000
Georgetown, CO  80444
*Counsel for Clear Creek County*

J. Benedict Garcia, Esq.
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
*Counsel for IRS*

                                                      */s/ Brenda Ishida*