UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Proceeding**

| July 9, 2018 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>Debtors | Case No. 18-11998 MER<br><br>Chapter 13 |

Appearances:

| Trustee | Chapter 13 Trustee | Counsel | Aimee Grimsley |
|---|---|---|---|
| Debtor | | Counsel | Stephen Berken |
| Creditor | Evergreen National Bank | Counsel | James Aab |
| Creditor | Clear Creek County | Counsel | Robert Loeffler |

Proceedings:   Confirmation Hearing                                                                    [X] Evidentiary

[X] Offer of Proof

Orders:

[X]   Confirmation of all previously filed plans is DENIED.  All pending objections are deemed moot.  Any party desiring to object to a future plan must file a new objection.

[X]   The Debtors are ordered to file, on or before **July 23, 2018**, an amended Chapter 13 plan with a notice in substantial conformity to L.B.R. 3015-1.2 to the Chapter 13 Trustee, previous objectors, parties requesting notice, and any adversely affected parties, that (a) establishes the deadline of **August 22, 2018**, for the filing of objections to confirmation; and (b) schedules a hearing regarding plan confirmation for **Monday, September 10, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

 [X]   Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.  **No further amended plans will be allowed**.  If objections are filed to the Debtors' amended plan, the Debtors shall file a confirmation status report, pursuant to Local Bankruptcy Rule 3015(e), and the hearing will be used to set an evidentiary confirmation hearing, at which hearing the plan will be confirmed or the case will be dismissed.  If no objections are received to the Debtors' amended Chapter 13 Plan, the Debtors shall file a verification in compliance with Local Bankruptcy Rule 3015(d).  <u>Either a verification or a confirmation status report must be filed on or before **September 4, 2018**</u>.  Absent the entry of the order confirming the plan, Debtors' counsel is required to appear at the confirmation hearing.  If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information. This Minutes of Proceeding shall constitute the order of the Court and no further order shall enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
Deputy Clerk