United States Bankruptcy Court
District of Colorado

In re:                                                    Case No. 18-11998-MER
Dennis Dwight Anderson                                    Chapter 13
Anne-Marie Anderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: myhaverk          Page 1 of 1            Date Rcvd: Jul 10, 2018
                              Form ID: pdf904         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db/db           +Dennis Dwight Anderson,   Anne-Marie Anderson,   PO Box 141,   Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: rloeffler@co.clear-creek.co.us Jul 11 2018 00:24:04     Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
cr              +E-mail/Text: gpaulus@enbcolorado.com Jul 11 2018 00:23:34     Evergreen National Bank,
                 P. O. Box 2020,   Evergreen, CO 80437-2020
                                                                                            TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com,  agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Adam M Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia   on behalf of Creditor   IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab   on behalf of Creditor   Evergreen National Bank JLAAB@AOL.com
              Kenneth J. Buechler    on behalf of Creditor   Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken   on behalf of Debtor Anne-Marie  Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              Stephen E. Berken   on behalf of Debtor Dennis Dwight Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                            TOTAL: 9

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| July 9, 2018 | Honorable Michael E. Romero, Presiding<br>Courtroom C |
|---|---|
| In re:<br><br>DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>Debtors | Case No. 18-11998 MER<br><br>Chapter 13 |

Appearances:

| Trustee | Chapter 13 Trustee | Counsel | Aimee Grimsley |
|---|---|---|---|
| Debtor | | Counsel | Stephen Berken |
| Creditor | Evergreen National Bank | Counsel | James Aab |
| Creditor | Clear Creek County | Counsel | Robert Loeffler |

Proceedings:  Confirmation Hearing                                                              [X] Evidentiary

[X] Offer of Proof

Orders:

[X]     Confirmation of all previously filed plans is DENIED.  All pending objections are deemed moot.  Any party desiring to object to a future plan must file a new objection.

[X]     The Debtors are ordered to file, on or before **July 23, 2018**, an amended Chapter 13 plan with a notice in substantial conformity to L.B.R. 3015-1.2 to the Chapter 13 Trustee, previous objectors, parties requesting notice, and any adversely affected parties, that (a) establishes the deadline of **August 22, 2018**, for the filing of objections to confirmation; and (b) schedules a hearing regarding plan confirmation for **Monday, September 10, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

 [X]     Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.  **No further amended plans will be allowed**.  If objections are filed to the Debtors' amended plan, the Debtors shall file a confirmation status report, pursuant to Local Bankruptcy Rule 3015(e), and the hearing will be used to set an evidentiary confirmation hearing, at which hearing the plan will be confirmed or the case will be dismissed.  If no objections are received to the Debtors' amended Chapter 13 Plan, the Debtors shall file a verification in compliance with Local Bankruptcy Rule 3015(d).  Either a verification or a confirmation status report must be filed on or before **September 4, 2018**.  Absent the entry of the order confirming the plan, Debtors' counsel is required to appear at the confirmation hearing.  If a telephonic appearance is allowed, the docket posted on the Court's website will include the call-in information. This Minutes of Proceeding shall constitute the order of the Court and no further order shall enter.

BY THE COURT:
KENNETH S. GARDNER, CLERK


By:_____
      Deputy Clerk