**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br>DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>DEBTORS | Chapter 13<br>Case No.:18-11998 MER |

**MOTION FOR EXTENSION**

**COMES NOW Debtors**, through their undersigned counsel, and hereby move the Court for an extension of time to file an Amended Chapter Plan, and as grounds therefore, state as follows:

1. Debtors' June 7, 2018, Amended Chapter 13 Plan drew objections from the Chapter 13 Trustee, Evergreen National Bank and Clear Creek County.   The Court on July 9, 2018, Ordered an Amended Plan be filed on or before July 23, 2018.

2. The Objections to confirmation with Evergreen National Bank and Clear Creek County are believed to be resolved.   Debtors continue to work the Chapter 13 Trustee regarding his objection.   A substantial amount of documentation has been provided, as requested, to the Trustee.   What is believed to be the last of the requested documents has been provided as of July 23, 2018 (the prior email containing said information is believed to have bounced due to size limitations).   Counsel for Trustee has acknowledged receipt of the info, and has suggested it will require at least until the end of the week of July 23, 2018, to review the provided documentation.

3. As such, it seems less than prudent to file another amended plan prior to allowing the Trustee time to review the last of the provided documentation.   Debtors request a two week extension to file an Amended Chapter 13 Plan.   Counsel for the Trustee has indicated the request is unopposed, with the qualification that the delay is not due to the Trustee's lack of diligence.   Debtors agree the last of the documentation was acknowledged as received was the due date of the Amended Plan.   Debtors would likewise suggest to the Court, again, that the documentation requested, and provided to, the Trustee in this case was voluminous.

**WHERFORE**, Debtors pray for a two week extension to file an Amended Chapter 13 Plan.

Respectfully submitted this 23rd day of July, 2018.

By: <u>*/s/ Stephen E. Berken*</u>
Stephen E. Berken #8106
Berken Cloyes PC
1159 Delaware Street
Denver, CO 80204
(303) 623-4357
stephenberkenlaw@gmail.com