**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:
DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

DEBTORS

Chapter 13
Case No.:18-11998 MER

---

**ORDER GRANTING MOTION FOR EXTENSION**

**THE COURT,** having reviewed Debtors' Motion for Extension, and being fully advised of same, hereby **ORDERS:**

1. Debtors' Motion for Extension is granted.  On or before **August 6, 2018,** the Debtor are ordered to file an Amended Chapter 13 plan with a notice in substantial conformity with L.B.R. 3015-1.2, to be served upon the Chapter 13 Trustee, secured creditors, previous objectors, parties requesting notice, and any adversely affected parties, which notice establishes the deadline of September 5**, 2018,** for the filing of objections to confirmation. Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.

2. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on  Monday  ,  October 1          , **2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

3. If objections are filed to the amended plan, the Debtor shall file a certificate and motion to determine notice, pursuant to L.B.R. 3015(g). If no objections are received to the amended plan, the Debtor shall file a verification in compliance with L.B.R. 3015(f). **Either a verification or a certificate and motion to determine notice must be filed on or before**  September 24      , **2018.**

Dated:   July 25 , 2018.

_____
THE HONORABLE MICHAEL E. ROMERO