United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 18-11998-MER
Dennis Dwight Anderson                                          Chapter 13
Anne-Marie Anderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: myhaverk          Page 1 of 1          Date Rcvd: Jul 25, 2018
                             Form ID: pdf904          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db/db          +Dennis Dwight Anderson,    Anne-Marie Anderson,    PO Box 141,    Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rloeffler@co.clear-creek.co.us Jul 25 2018 23:57:21      Robert W. Loeffler,
                 PO Box 2000,    Georgetown, CO 80444-2000
cr             +E-mail/Text: gpaulus@enbcolorado.com Jul 25 2018 23:56:56      Evergreen National Bank,
                 P. O. Box 2020,    Evergreen, CO 80437-2020
                                                                                          TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Denver    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson admin@berkenlegal.com,
               berkenecf@gmail.com;G16853@notify.cincompass.com;calley@ecf.courtdrive.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                          TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

DEBTORS

Chapter 13
Case No.:18-11998 MER

---

### ORDER GRANTING MOTION FOR EXTENSION

THE COURT, having reviewed Debtors' Motion for Extension, and being fully advised of same, hereby ORDERS:

1.   Debtors' Motion for Extension is granted.   On or before **August 6, 2018,** the Debtor are ordered to file an Amended Chapter 13 plan with a notice in substantial conformity with L.B.R. 3015-1.2, to be served upon the Chapter 13 Trustee, secured creditors, previous objectors, parties requesting notice, and any adversely affected parties, which notice establishes the deadline of September 5**, 2018,** for the filing of objections to confirmation. Failing to file the amended plan, notice and a certificate of service by the above date shall establish cause for dismissal of the within case.

2.   The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on _Monday_ , _October 1_ **, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.

3.   If objections are filed to the amended plan, the Debtor shall file a certificate and motion to determine notice, pursuant to L.B.R. 3015(g). If no objections are received to the amended plan, the Debtor shall file a verification in compliance with L.B.R. 3015(f). **Either a verification or a certificate and motion to determine notice must be filed on or before** _September 24_ **, 2018.**

Dated:   July _25_ , 2018.

THE HONORABLE MICHAEL E. ROMERO