| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | DENNIS | DWIGHT | ANDERSON | Case #: | 18-11998 MER |
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | ANNE-MARIE | | ANDERSON | Chapter: | 13 |
| | First Name | Middle Name | Last Name | | |

# Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation

### Part 1  Objection Deadline

Objection deadline: **September 5, 2018**

### Part 2  Notice

NOTICE IS HEREBY GIVEN that the Debtors filed a Chapter 13 Plan on August 6, 2018.  A copy of the Chapter 13 Plan is attached.  A confirmation hearing on the debtor's plan has been set for October 1, 2018 at 1:30 pm at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom C, Fifth Floor, Denver, Colorado 80202.

The last day to file an Objection to the Plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.  General objections will not be considered by the Court.  Parties wishing to appear via phone shall call the Court at 1-888-684-8852 immediately prior to the time of the scheduled hearing. The meeting ID number is 928 8499, followed by the # sign.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the Debtors' filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This Notice pertains only to the Chapter 13 Plan.  Creditors should also review the Notice of Chapter 13 Case, at docket no. 8, for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

### Part 3  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: 8/6/2018

By: /s/   Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Chapter 13 Plan and 3015-1.2 Notice were served by placing the same in the United States Mail, first class postage pre-paid, or electronically via the Courts CM/ECF filing system, this 6th day of August, 2018, to the following:

Dennis & Anne-Marie Anderson
PO Box 141
Dumont, CO 80436

Adam M. Goodman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

Kenneth J. Buechler
999 18th St.
Ste., 1230 S
Denver, CO 80202

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert W. Loeffler
PO Box 2000
Georgetown, CO 80444

Guardian Tax Co LLC
c/o Matthew J. Roth
1600 Stout Street, Suite 1100
Denver, CO 60202

    /s/   Anthony Camera