## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Amended Schedules A/B and C were served by placing the same in the United States Mail, first class postage pre-paid, or electronically via the Courts CM/ECF filing system, this 8th day of August, 2018, to the following:

Dennis & Anne-Marie Anderson
PO Box 141
Dumont, CO 80436

Adam M. Goodman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

Kenneth J. Buechler
999 18th St.
Ste., 1230 S
Denver, CO 80202

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert W. Loeffler
PO Box 2000
Georgetown, CO 80444

Guardian Tax Co LLC
c/o Matthew J. Roth
1600 Stout Street, Suite 1100
Denver, CO 60202

   /s/   *Anthony Camera*