UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>Dennis Dwight Anderson and<br>Anne-marie Anderson<br>Debtor(s) | Case No. 18-11998-MER<br><br>Chapter 13<br><br>Judge Michael E. Romero |

**Order on Motion for Relief from Stay**

Westlake Financial Services ("Movant"), has filed herein a motion for relief from stay.

1. ☒ to foreclose on and/or take possession and control of property described as follows: 2002 FORD TRUCK F350 Super Duty-V8 Crew Cab Lariat 4WD, VIN# 1FTSW31F02ED21036.

2. ☐ to proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in: _____

3. ☒ Other: to waive the 14-day stay under Rule 4001(a)(3) for the order granting relief from the automatic stay.

The Court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant, is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property). If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

BY THE COURT:

Dated: _____                     _____
                                             United States Bankruptcy Judge