UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DENNIS DWIGHT ANDERSON, and | ) | Bankruptcy No. 18-11998 MER |
| ANNE-MARIE ANDERSON, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

**LIMITED OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN**

COMES NOW Evergreen National Bank ("ENB"), through counsel, James L. Aab, and files the following Limited Objection to Confirmation of Debtors' Amended Chapter 13 Plan dated August 6, 2018 (*docket no. 47*):

1. Debtors commenced this case by filing their Voluntary Petition on March 16, 2018, seeking relief under Chapter 13 of Title 11, U.S.C.

2. On March 29, 2018, Debtors filed their original Chapter 13 Plan (*docket No. 15*). The Chapter 13 Trustee and certain creditors filed Objections or Limited Objections to confirmation of Debtors' original Chapter 13 Plan.

3. On May 17, 2018, the Bankruptcy Court entered its Order denying confirmation of Debtors' original Chapter 13 Plan and ordered an Amended Plan to be filed on or before June 6, 2018 (*docket No. 31*).

4. On June 7, 2018, Debtors filed their Amended Chapter 13 Plan (*docket No. 33*). Objections or Limited Objections to confirmation of the Amended Plan were filed by the Chapter 13 Trustee and certain creditors.

5. On July 9, 2018, the Court entered it Order allowing Debtors' to file a second amended Plan. This Plan, Debtors' Amended Chapter 13 Plan dated August 6, 2018 (*docket no. 47*), was filed on August 6, 2018.

6. Evergreen National Bank holds a Note executed by Debtors secured by a 3rd deed of trust lien against Debtors' property at 1501 County Road 308. Subsequent to July 9, 2018, Evergreen National Bank and the Debtors reached an agreement regarding forbearance of payment of the Note.

7. Paragraph 3 of Part 12 of Debtors' Amended Chapter 13 Plan dated August 6, 2018, does not cover the payment forbearance and provides:

> "Debtors propose no monthly payment for the 3rd mortgage secured by the property on 1501 County Road 308. The secured creditor (through counsel) has consented to this treatment".

The statement concerning consent of counsel is inaccurate.

8. Accordingly, Evergreen National Bank files the instant Limited Objection to confirmation of Debtors' Amended Chapter 13 Plan dated August 6, 2018 (*docket no. 47*).

WHEREFORE, for the reasons above stated, Evergreen National Bank files its Limited Objection to Confirmation of Debtors' Amended Chapter 13 Plan dated August 6, 2018.

Dated   September 5, 2018                            */s/ James L. Aab*
                                                     JAMES L. AAB, #5177
                                                     Counsel for Evergreen National Bank
                                                     5950 S. Willow Drive, Suite 304
                                                     Greenwood Village, Colorado  80111-2906
                                                     Telephone (303) 756-7550
                                                     Facsimile  (303) 756-6711
                                                     jlaab@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing and attached **LIMITED OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN** mailed this 5th day of September, 2018, by placing the same in a postage prepaid envelope and depositing it into the United States mail to:

Dennis Dwight Anderson
Anne-Marie Anderson
P.O. Box 141
Dumont, CO 80436-0141

Stephen E. Berken, Esq.
Berken Cloyes P.C.
1159 Delaware Street
Denver, CO 80204
*Counsel for Debtors*

Adam M. Goodman, Esq.
Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201-1169

Kenneth J. Buechler, Esq.
Buechler & Garber, LLC
999 Eighteenth Street, Suite 1230-S
Denver, CO 80202
*Counsel for Park County*

Robert W. Loeffler, Esq.
Office of County Attorney
P.O. Box 2000
Georgetown, CO 80444
*Counsel for Clear Creek County*

J. Benedict Garcia, Esq.
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Counsel for IRS*

                                                                    */s/ Brenda Ishida*