# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS DWIGHT ANDERSON, ) | Case No. 18-11998 MER |
| ANNE-MARIE ANDERSON, ) | Chapter 13 |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OBJECTION TO CONFIRMATION OF THE DEBTORS' CHAPTER 13 PLAN DATED AUGUST 6, 2018

PARK COUNTY, COLORADO ("County"), through its undersigned counsel, respectfully submits its Notice of Withdrawal of Objection to Confirmation of the Debtors' Chapter 13 Plan dated August 6, 2018, and states as follows:

1. Dennis D. Anderson and Anne-Marie Anderson (collectively the "Debtors") filed their Amended Chapter 13 Plan on August 6, 2018. The County filed their objection thereto on September 6, 2018 (see Docket No. 52).

2. On September 13, 2018, the Debtors filed another Amended Plan (docket no. 55). That plan resolves the objection previously raised by the County.

3. Accordingly, the County's objection has been resolved, and the County hereby withdraws the same.

WHEREFORE, the County respectfully withdraws their Objection to the Debtors' Chapter 13 Plan dated August 6, 2018, and for such other and further relief as this Court deems appropriate.

Dated: September 13, 2018.

Respectfully submitted,
BUECHLER & GARBER, LLC

*/s/ Kenneth J. Buechler*
_____
Kenneth J. Buechler, #30906
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@BandGlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on September 13, 2018, I served a complete copy of **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO CHAPTER 13 PLAN DATED AUGUST 6, 2018,** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail**:

Ann-Marie Anderson
Dennis Dwight Anderson
406 6th Street, Apt. E
Georgetown, CO 80444

**Via CM/ECF**:

| | |
|---|---|
| Stephen E. Berken | Adam M. Goodman |
| | Chapter 13 Trustee |
| US Trustee | |

                                                */s/ Celina Worley*
                                                For Buechler & Garber, LLC