# United States Bankruptcy Court
### District of Colorado

| | |
|---|---|
| IN RE:<br>**Dennis Dwight Anderson and**<br>**Anne-Marie Anderson**<br>SSN: xxx-xx-5860/5930<br><br>Debtor(s) | Case No. 18-11998<br><br>Chapter 13<br><br>Judge Michael E. Romero |

## **WESTLAKE FINANCIAL SERVICES' WITHDRAWAL OF DOCUMENT (DOC. 50)**

COMES NOW, Westlake Financial Services ("Creditor"), a secured creditor in the above captioned proceeding, to file this Withdrawal of Document (Doc. 50) and states the following:

1. On March 16, 2018, Dennis Dwight Anderson and Anne-Marie Anderson ("Debtors") filed a voluntary bankruptcy petition under Chapter 13 of Title 11 of the United States Code.

2. On September 4, 2018, Creditor filed a Motion for Relief from Automatic Stay (Doc. 50) ("Motion") related to a 2002 FORD TRUCK F350 Super Duty-V8 Crew Cab Lariat 4WD, VIN: 1FTSW31F02ED21036 ("Collateral").

3. Debtors have made sufficient payments to Creditor to cure Debtors' default on the loan related to the Collateral.

4. Creditor has no further need to proceed with its Motion.

WHEREFORE, Creditor hereby withdraws its Motion without prejudice to refiling the same.

1

Dated: September 14, 2018　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua M. DeVard*
　　　　　　　　　　　　　　　　　　　　　Joshua M DeVard
　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24101319
　　　　　　　　　　　　　　　　　　　　　1212 Corporate Drive Ste 400
　　　　　　　　　　　　　　　　　　　　　Irving, TEXAS 75038
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 347-9006
　　　　　　　　　　　　　　　　　　　　　Fax: (214) 602-5642
　　　　　　　　　　　　　　　　　　　　　josh@bretallen.com