UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DENNIS DWIGHT ANDERSON, and | ) | Bankruptcy No. 18-11998 MER |
| ANNE-MARIE ANDERSON, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

**NOTICE OF EVERGREEN NATIONAL BANK'S WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW Evergreen National Bank ("Evergreen"), through undersigned counsel, and hereby gives notice of the withdrawal of its previously-filed Objection to Confirmation of the Debtors' Chapter 13 Plan. As grounds therefor, it is stated as follows:

1. On August 6, 2018, Debtors filed their Amended Chapter 13 Plan bearing same date (*docket no. 47*).

2. On September 5, 2018, Evergreen filed its Limited Objection to Confirmation of Debtors' Amended Chapter 13 Plan (*docket no. 53*).

3. On September 13, 2018, Debtors filed their Amended Chapter 13 Plan dated September 12, 2018 (*docket no. 55*). This Amended Plan resolves Evergreen's objection to confirmation.

4. In view of the above, Evergreen has no objection to confirmation of Debtors' Amended Chapter 13 Plan dated September 12, 2018 (*docket no. 55*).

WHEREFORE, Evergreen withdraws its previously filed Objection to Confirmation dated September 5, 2018 (*docket no. 53*).

Dated   September 14, 2018        */s/ James L. Aab*
                                   JAMES L. AAB, #5177
                                   Counsel for Evergreen National Bank
                                   5950 S. Willow Drive, Suite 304
                                   Greenwood Village, Colorado  80111-2906
                                   Telephone (303) 756-7550
                                   Facsimile  (303) 756-6711
                                   jlaab@aol.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing and attached **EVERGREEN NATIONAL BANK'S WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** was mailed this 14th day of September, 2018, by placing the same in a postage prepaid envelope and depositing it into the United States mail to:

Stephen E. Berken, Esq.
Berken Cloyes P.C.
1159 Delaware Street
Denver, CO  80204
*Counsel for Debtors*

Adam M. Goodman, Esq.
Chapter 13 Trustee
P.O. Box 1169
Denver, CO  80201-1169

Kenneth J. Buechler, Esq.
Buechler & Garber, LLC
999 Eighteenth Street, Suite 1230-S
Denver, CO  80202
*Counsel for Park County*


                                                */s/ Brenda Ishida*