| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | DENNIS | DWIGHT | ANDERSON | Case #: | 18-11998 MER |
| | First Name | Middle Name | Last Name | | |
| Debtor 2: | ANNE-MARIE | | ANDERSON | Chapter: | 13 |
| | First Name | Middle Name | Last Name | | |

# Confirmation Status Report

### Part 1  Report

Debtors submit the following status report pursuant to L.B.R. 3015-1 and state as follows:

Debtors filed for Chapter 13 relief on March 16, 2018 and attended their 11 U.S.C. § 341(a) Meeting of Creditors on May 1, 2018.

### Part 2  Notice and Service Date

The last plan to be noticed and served was filed August 6, 2018 at docket no. 47.

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Chapter 13 Plan | March 29, 2018 | 15 |
| Amended Chapter 13 Plan | June 7, 2018 | 33 |
| Amended Chapter 13 Plan | August 6, 2018 | 47 |
| Amended Chapter 13 Plan | September 13, 2018 | 55 |

### Part 3  Objections

☐ No objections have been filed to the last plan.

☒ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Park County | 52 |
| Evergreen National Bank | 53 |
| | |

AND

☒ Debtors have complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

| Objection—Park County | Debtor's response |
|---|---|
| Park County objects on the basis that the tax arrears set forth in the plan as to property located on 176 Jackson Rd., does not provide for the claim of $5,569.73, and that the claim should be paid at 12 percent per annum. Creditor relies upon C.R.S. §39 – 10 – 104.5. | An amended plan has been filed to provide for the correct amount and interest rate. The plan satisfies the objection, per the withdrawal filed at Docket No. 56. |
| **Evergreen National Bank** | **Debtor's Response** |
| Per the objection, "Paragraph 3 of Part 12 of Debtors' Amended Chapter 13 Plan dated August 6, 2018, does not cover the payment forbearance and provides: "Debtors propose no monthly payment for the 3rd mortgage secured by the property on 1501 County Road 308. The secured creditor (through counsel) has consented to this treatment". The statement concerning consent of counsel is inaccurate. | An amended plan has been filed with language that satisfies the objection, per the withdrawal filed at Docket No. 58. |
| | |

### Part 5  Resolution of Objections by Amended Plan

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

    a.  Filing of Amended Plan.

        ☒ The debtors already has filed a amended plan, dated September 13, 2018, at Docket No. 55.

        ☐ Debtors intend to file an amended plan on or before _____.

    b.  Treatment of Objections by Amended Plan.

        ☒ The amended plan is intended to resolve all of the objections filed;
        ☐ The amended plan is intended to resolve only certain objections as described:

All objections except the applicable interest rate for real property taxes and the trustee's fee.

        ☐ Notice to all creditors: the debtor contends notice of the amended plan must be served on the chapter 13 trustee and all creditors and parties in interest.
        ☐ Request to limit notice: Debtors request notice of the Amended Plan be limited for the following reasons:

No expected adverse impact on Class four. Notice to parties and affected creditors is requested.

        ☒ Request to waive notice: the debtor requests notice of the amended plan be waived for the following reasons: There were limited objections to the plan filed at Docket No. 47. The Amended Plan at Docket No. 55 has satisfied the objections, per the respective withdrawals. The Amended Plan does not impact any class of creditor. Debtors humbly submit the Amended Plan at Docket No. 55 may be confirmed without further notice.

    c.  Objection Time Period for Amended Plan:

☐ Objection deadline pursuant to Fed. R. Bankr. P. 2002(b): the debtor contends notice of the amended plan should be for the full objection period set forth in Fed. R. Bankr. P. 2002(b).

☐ Request to shorten objection time period: the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to _____ days.
_____.

| Part 6 | **Resolution of Objections by Judicial Determination** |

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

☐ The debtor requests judicial determination of all outstanding objections;

☐ The debtor requests judicial determination of only certain objections raising the following outstanding issues:

1. Proper rate of interest as to pre-petition tax arrears and cure thereof.

2. Proper calculation of trustee's compensation.

☐ The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter will be _____ **[#]** hours. The debtor anticipates _____ **[#]** witnesses will be called to testify.
☐ The hearing will require legal argument only.

| Part 7 | **Other Information of Status of Case** |

**n/a**

_____

| Part 8 | **Signature of Debtor's Attorney or Debtor (if unrepresented)** |

Dated: September 17, 2018

By:  /s/  Stephen E. Berken
Stephen Berken, Esq. - #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Confirmation Status Report was served by placing the same in the United States Mail, first class postage pre-paid, or via the court's electronic filing system/ecf, on September 17, 2018 to the following:

Dennis Dwight Anderson &
Anne-Marie Anderson
PO Box 141
Dumont, CO 80436

Kenneth J. Buechler
999 18th St.
Ste. 1230S
Denver, CO 80202

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

Adam M. Goodman
Ch. 13 Trustee
PO Box 1169
Denver, CO 80201

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert Loeffler
P.O. Box 2000
Geoergetown, CO 80444

US Trustee
Byron G. Rogers Fed. Bldg.
1961 Stout St.
Ste. 12-200
Denver, CO 80294

/s/ Anthony Camera