# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

Debtors.

Case No. 18-11998 MER

Chapter 13

## ORDER

This matter comes before the Court on Debtors' Amended Chapter 13 Plan filed September 13, 2018, and Confirmation Status Report filed with the Court on September 17, 2018. The outstanding objections have been withdrawn and it appears that no further notice is necessary. The Court, being advised in the premises

ORDERS that:

1. Confirmation of Debtors' previous chapter 13 plans is DENIED.

2. The hearing on confirmation currently scheduled for October 1, 2018, at 1:30 p.m. is VACATED.

3. The Debtors shall file a Verification of Confirmable Plan within 14 days of the date of this Order.

4. In the event Debtors fail to timely file the subject documents as ordered herein confirmation of the plan may be DENIED and the case may be dismissed without further notice or hearing.

DATED September 25, 2018

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court