| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | DENNIS<br>First Name | DWIGHT<br>Middle Name | ANDERSON<br>Last Name | Case #: | 18-11998 MER |
| Debtor 2: | ANNE-MARIE<br>First Name | <br>Middle Name | ANDERSON<br>Last Name | Chapter: | 13 |

## Local Bankruptcy Form 3015-1.3
## Verification of Confirmable Plan

**Complete bracketed sections.**

### Part 1   Verification of Confirmable Plan

Debtors move the Court for an order (i) confirming the Amended Chapter 13 Plan filed on September 13, 2018, at Docket No. 55, and, if applicable, (ii) valuing the collateral of secured creditors to be paid through the Plan pursuant to 11 U.S.C. § 506. In support thereof, the debtor verifies the following:

The Debtor(s) hereby verifies the following:

a. the docket number for the applicable plan now pending confirmation is Docket No. 55 and the certificate of service filed related to the Plan is Docket No. N/A (no service required per Court's Order of September 26 at Docket No. 60);
b. the Debtor is current having made all payments due under the terms of the Plan as of the date the Debtor files the Verification.
c. there were no objections filed, or any objections to plan confirmation have been withdrawn by the objector in writing or otherwise overruled by the Court, and the Plan may be confirmed without further notice or hearing;
d. the Debtor has paid all amounts required to be paid under domestic support obligations that became payable after the date of the filing of the petition or the Debtor has no domestic support obligations;
e. the debtor has filed all tax returns required under 11 U.S.C. § 1308;
f. all statements in the plan to be confirmed are true and correct and the plan contains sufficient facts to allow confirmation; and
g. The Debtor (or the Court, as applicable) has provided appropriate notice of the plan and any amendments, serving them as required under 11 U.S.C. § 342(e) and (f), Fed. R. Bankr. P. 2002(b), 9014 and 7004, and L.B.R. 3015-1, or as otherwise ordered by the Court.

WHEREFORE, the Debtor requests that the Court enter an order confirming the plan.

### Part 2   Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: September 26, 2018.

By:   /s/   Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com