United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 18-11998-MER
Dennis Dwight Anderson                                                    Chapter 13
Anne-Marie Anderson
         Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: myhaverk             Page 1 of 1            Date Rcvd: Sep 25, 2018
                              Form ID: pdf904            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
db/db          +Dennis Dwight Anderson,    Anne-Marie Anderson,    PO Box 141,    Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rloeffler@co.clear-creek.co.us Sep 26 2018 00:15:28      Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
cr             +E-mail/Text: gpaulus@enbcolorado.com Sep 26 2018 00:15:05      Evergreen National Bank,
                 P. O. Box 2020,   Evergreen, CO 80437-2020
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2018 00:17:26
                 Westlake Financial Services,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman     mail@ch13colorado.com,    agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services co.ecf@bretallen.com,
               bankruptcy@bretallen.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

Debtors.

Case No. 18-11998 MER

Chapter 13

## ORDER

This matter comes before the Court on Debtors' Amended Chapter 13 Plan filed September 13, 2018, and Confirmation Status Report filed with the Court on September 17, 2018. The outstanding objections have been withdrawn and it appears that no further notice is necessary. The Court, being advised in the premises

ORDERS that:

1. Confirmation of Debtors' previous chapter 13 plans is DENIED.

2. The hearing on confirmation currently scheduled for October 1, 2018, at 1:30 p.m. is VACATED.

3. The Debtors shall file a Verification of Confirmable Plan within 14 days of the date of this Order.

4. In the event Debtors fail to timely file the subject documents as ordered herein confirmation of the plan may be DENIED and the case may be dismissed without further notice or hearing.

DATED September 25, 2018

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court