```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                      Case No. 18-11998-MER
Dennis Dwight Anderson                                      Chapter 13
Anne-Marie Anderson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: myhaverk              Page 1 of 1              Date Rcvd: Sep 27, 2018
                              Form ID: 100                Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db/db          +Dennis Dwight Anderson,   Anne-Marie Anderson,    PO Box 141,   Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rloeffler@co.clear-creek.co.us Sep 28 2018 00:23:52     Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
smg             E-mail/Text: cio.bncmail@irs.gov Sep 28 2018 00:23:01     IRS,   600 17th St.,   Stop 5027 DEN,
                 Denver, CO   80202
cr             +E-mail/Text: gpaulus@enbcolorado.com Sep 28 2018 00:23:15     Evergreen National Bank,
                 P. O. Box 2020,   Evergreen, CO 80437-2020
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 28 2018 00:30:12
                 Westlake Financial Services,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Adam   Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman     mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services co.ecf@bretallen.com,
               bankruptcy@bretallen.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

(COB #100 voConfPlan)(12/17)

# IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado**,
HONORABLE Michael E. Romero

In re:

    Dennis Dwight Anderson
    Anne−Marie Anderson

Debtor(s)

Case No.:    18−11998−MER
Chapter:    13

SSN/TID
Nos.    xxx−xx−5860
        xxx−xx−5930

## ORDER CONFIRMING *AMENDED* CHAPTER 13 PLAN

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING:

1. That the plan complies with Chapter 13 and all other applicable provisions of Title 11, United States Code;
2. That any fee, charge, or amount required under Chapter 123 of Title 28, United States Code, or by the plan, to be paid before confirmation has been paid;
3. That the action of the debtor(s) in filing the petition was in good faith;
4. That the plan has been proposed in good faith and not by any means forbidden by law;
5. That the value, as of the effective date of the plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7 of Title 11, United States Code on such date;
6. That the Plan complies with the provisions of 11 U.S.C. § 1325(a)(5) as to holders of secured claims; and
7. That pending motions for valuation of real property collateral and determination of secured status under U.S.C. § 506, if any, have been provided for by separate court order.

**IT IS ORDERED:**

*The Debtor(s)' AMENDED Plan filed on 09/13/2018 at (docket no. 55 ) is confirmed;*

The Debtor(s) must make payments in accordance with the terms of the plan.

Creditors holding liens on property which the plan specifies is to be surrendered by the Debtor(s) are hereby granted relief from the stay imposed by 11 U.S.C. §362 and may enforce their rights in and to said property.

The assumption of executory contracts on the terms stated in the plan is approved. If the plan provides for the rejection of an executory contract or unexpired lease, the party to the rejected executory contract or lease must file a proof of claim within 30 days of the date of the entry of this Order, failing which the claim may be barred.

The Presumptively Reasonable Fee pursuant to 2016−3(a) is APPROVED and payable to the extent provided for in the plan.

Any hearing on confirmation is VACATED.

This order binds those creditors and parties in interest that have been served in accordance with applicable rules.

Dated: 9/27/18

BY THE COURT:

s/ Michael E. Romero  
Chief United States Bankruptcy Judge