| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | DENNIS<br>First Name | DWIGHT<br>Middle Name | ANDERSON<br>Last Name | Case #: 18-11998 MER |
| Debtor 2: | ANNE-MARIE<br>First Name | <br>Middle Name | ANDERSON<br>Last Name | Chapter: 13 |

## Local Bankruptcy Form 2016-3.1
## Chapter 13 Long Form Fee Application

**Complete applicable sections and check applicable boxes.**

### Part 1  Summary

Pursuant to 11 U.S.C. § 330, Applicant, Berken Cloyes PC, attorney for the debtor, requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred for all reasonably necessary and appropriate services rendered up to the date of confirmation as follows:

1. Total fees requested in this application:   $17,730.00
2. Total expenses requested in this application:   + $  219.00
   (Total fees and expenses requested)   = $17,949.00
3. Amount paid to date (exclusive of the filing fee)   − $ 2,900.00
4. Net amount of fees and expenses to be paid through confirmed plan not to exceed amount funded by the plan   = $15,049.00

### Part 2  Fees

Amount of fee Applicant agreed to with debtor for performing services to represent the debtor in this case:

amount disclosed in 2016(b) disclosure   $20,000.00
amount disclosed in *amended* 2016(b) disclosure   $   0.00

(a) This agreed upon fee represents:

☐ a flat fee for all services in the case;

☒ hourly charges based upon time spent; and/or

☐ other fee arrangement based upon: **[specify terms]**.

(b) Applicant's rate for attorney services is $350/hour; the rate for associate attorney services is $300/hour; and the rate for paralegal services is $125/hour.

| Part 3 | **Expenses** |
|---|---|

Amount of Expenses Incurred:

| | | |
|---|---|---|
| Copies: | 861 @ .20/copy | $172.20 |
| Postage: | | $ 61.30 |
| Legal research: | | $ |
| Facsimile: | | $ |
| Other (specify) | | $ |
| Total: | | $232.50 |

| Part 4 | **Applicant's Certifications in Support of Long Form Fee Application** |
|---|---|

Applicant Certifies/Attests that:

☒ I have performed and will continue to perform all reasonably necessary and appropriate services during the pendency of the entire case consistent with L.B.R. 9010-1.

☒ I am requesting a fee for services, which exceeds the presumptively reasonable fee amount referenced in L.B.R. 2016-3 and listed in the applicable Chapter 13 General Procedure Order, as amended from time to time. I acknowledge that any payment of fees in excess of the amount herein requires additional application and approval by the Court.

| Part 5 | **Application Attachments** |
|---|---|

Attached to this Application are:

a. A narrative describing the services rendered in the case and the reasons why the Applicant seeks a fee in excess of the presumptively reasonable fee amount, such as results achieved, difficulties encountered or any other unique aspects of the case and discussing the standards of 11 U.S.C. § 330(a);
b. Detailed time records describing all individual services which include:
   i. the time spent for each service rendered, broken out in tenths of an hour;
   ii. the hourly rate for each service rendered by the Applicant (and/or the hourly rate for Applicant's associates or paralegals);
   iii. the charge for each service rendered; and
   iv. such other and further information as the Applicant believes is necessary to support allowance of the fee pursuant to 11 U.S.C. § 330(a).

| Part 6 | **Signature of Debtor's Attorney** |
|---|---|

Dated: October 2, 2018

By: /s/ Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com

| Fill in this information to identify your case | | | | | |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | | |
| Debtor 1: | DENNIS<br>First Name | DWIGHT<br>Middle Name | ANDERSON<br>Last Name | Case #: | 18-11998 MER |
| Debtor 2: | ANNE-MARIE<br>First Name | <br>Middle Name | ANDERSON<br>Last Name | Chapter: | 13 |

## Local Bankruptcy Form 2016-3.2
## Notice of Chapter 13 Fee Application

### Part 1  Objection Deadline

Objection Deadline: **OCTOBER 23, 2018**

### Part 2  Notice of Chapter 13 Fee Application

NOTICE IS HEREBY GIVEN that the undersigned attorney for the debtor has applied to this Court or is intending to file a Chapter 13 **Long** Form Fee Application requesting fees and expenses as follows:

Requested Fees: $17,730.00
Requested Expenses: $219.00
Previously Approved Fees/Expenses (if applicable): N/A

A copy of the Chapter 13 **Long** Fee Application is attached, or is available on the Court's docket.

Pursuant to L.B.R. 2016-3, if you oppose or object to the application, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

If there is no objection, the Court may allow the fee as requested, order further supplementation or set the Chapter 13 Fee Application for hearing.

### Part 3  Signature of Debtor's Attorney

Dated: October 2, 2018

By:  /s/   Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com