**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON,

Debtors.

Bankruptcy Case No. 18-11998 MER

Chapter 13

**ORDER ALLOWING AND APPROVING FEES AND**
**EXPENSES FOR LONG FORM FEE APPLICATION**

   **Berken Cloyes**, as attorney for the debtor, is allowed a fee for services herein of $17,730.00 and reimbursement of out-of-pocket expenses of $219.00.  Counsel received $2,900.00 prepetition.  The remaining balance, $15,049.00, is payable out of plan payments.

DATED _____

BY THE COURT:

_____

THE HONORABLE MICHAEL E. ROMERO