| Activity Date | Employee | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|
| 04/17/2017 | Stephen Berken | 2nd consult w/client. Prep strategy. | 350.00 | 1 | 350.00 |
| 11/20/2017 | Stephen Berken | Follow up meeting w/clt. | 350.00 | 0.5 | 175.00 |
| 12/11/2017 | Stephen Berken | Meeting with client regarding determination of bankruptcy or settlement preference. Decided upon pursuing settlement. | 350.00 | 1.5 | 525.00 |
| 12/12/2017 | Stephen Berken | Email exchange with Victor re: possible chapter 13. Email to Dennis as to going forward. | 350.00 | 0.5 | 175.00 |
| 01/08/2018 | Stephen Berken | Confer with MP as to client questions. Respond to client email, give tasks. Docket reply. | 350.00 | 0.5 | 175.00 |
| 02/27/2018 | Neil Camera | Meeting with client to review paperwork and documents needed to file. | 125.00 | 1 | 125.00 |
| 03/08/2018 | Neil Camera | Input client data into software. | 125.00 | 2 | 250.00 |
| 03/09/2018 | Stephen Berken | Draft plan, determine which RE taxes are a priority, begin a review of income, need business budget. | 350.00 | 1.6 | 560.00 |
| 03/13/2018 | Stephen Berken | Email re: garnishment, add to schedules. Review Josh's changes to all schedules. | 350.00 | 0.4 | 140.00 |
| 03/20/2018 | Sean Cloyes | Reply to client email re acceptable expenses while in Ch 13. | 350.00 | 0.25 | 87.50 |
| 03/24/2018 | Stephen Berken | work on plan, reconcile nonexempt. Confirm deadline. Email client. | 350.00 | 1.3 | 455.00 |
| 03/29/2018 | Stephen Berken | Email clients for an update. Confer with Sean to assist with filing balance, notice as to deadline to OTC in May, 2018, after checking dockets. Prep 3015 Notice (court not doing it due to filing plan late). | 350.00 | 1.8 | 630.00 |
| 03/29/2018 | Stephen Berken | Telecon with CPA regarding debt owed by company. Respond to emails from Anne Marie. Update schedules. | 350.00 | 1.6 | 560.00 |
| 04/10/2018 | Stephen Berken | Review otc filed by Park County. | 350.00 | 0.25 | 87.50 |
| 04/30/2018 | Stephen Berken | Review otc filed by Clear Creek County. | 350.00 | 0.25 | 87.50 |
| 05/01/2018 | Stephen Berken | Preparation for and attendance at 341 Meeting. | 350.00 | 1 | 350.00 |
| 05/03/2018 | Stephen Berken | Conversation with Dennis re: tax returns, SS card, bank statements. Locate returns, begin review. Review TTEE Notice of continued 341. Calendar deadlines. Review OTC's filed by IRS & TTEE. | 350.00 | 1.2 | 420.00 |
| 05/04/2018 | Neil Camera | Email to client with info on updated 341 date and request for status of 2017 taxes. | 125.00 | 0.0833333 | 10.42 |
| 05/07/2018 | Stephen Berken | Review final version of 2017 returns. Email accountant. Discuss POC filed. Review four months of bank statements to go to trustee. Email client. Missing two months. | 350.00 | 1.2 | 420.00 |
| 05/10/2018 | Neil Camera | Draft of Confirmation Status Report. | 125.00 | 0.25 | 31.25 |
| 05/11/2018 | Stephen Berken | Research correct interest rate for real property tax arrears, Park County versus Clear Creek. Look for case law as to trustee's fees. Call Anne Marie to clarify Conserv name, referred to in trustee's OTC. | 350.00 | 0.8 | 280.00 |
| 05/14/2018 | Stephen Berken | Review for objections to confirmation, begin drafting status report. Review docket regarding proofs of claim filed by various creditors, vis-à-vis chapter 13 plan. Contact accountant regarding Colorado Department of revenue returns for 2017. | 350.00 | 2.3 | 805.00 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/17/2018 | Neil Camera | Call from Mike at US Court re: Tax Returns. Redacted 2017 returns and sent to Mike, Sal, and cc'd staff. Return call from Mike received directing us to send signed copies to Insolvency within 10 days. | 125.00 | 0.5 | 62.50 |
| 05/22/2018 | Neil Camera | Call to Dennis requesting signed 2017 taxes to be forwarded to IRS Insolvency. Email to Charles Wickstrom requesting same. | 125.00 | 0.2 | 25.00 |
| 05/29/2018 | Neil Camera | Received and scanned signed 2017 taxes. Sent to IRS Insolvency. | 125.00 | 0.3333333 | 41.67 |
| 06/06/2018 | Stephen Berken | Review OTC, letter from counsel for Evergreen. Three calls to cousnel, one email, offer os settlement. Check POC from IRS, its updated. Emails to cleint as to status. | 350.00 | 0.9 | 315.00 |
| 06/07/2018 | Stephen Berken | Confer with Sean as to amended plan. Email J. Aab for correct payment amount to Evergreen. Telecon with Dennis, explain plan. Got authority to file it. | 350.00 | 0.7 | 245.00 |
| 06/07/2018 | Sean Cloyes | Review docket. Review poc's and objections. Prep Amended Plan. Email to clients to review. Prep Notice. Phone call to supposed priority creditor Guardian Tax Co. Told them to expect an objection. | 350.00 | 2.5 | 875.00 |
| 06/08/2018 | Stephen Berken | Prep change of address for clts. | 350.00 | 0.25 | 87.50 |
| 06/25/2018 | Stephen Berken | Review OTC's filed by Clear Creek County, Park County & TTEE. | 350.00 | 0.4 | 140.00 |
| 07/02/2018 | Stephen Berken | status report. Email debtors to help assemble all docs, new and old, again. Email Aab again to get stipulation. Again. | 350.00 | 1.1 | 385.00 |
| 07/09/2018 | Stephen Berken | explaining same. Send email the clients regarding missing bank statements. Review Minute Order re CSR. Calendar deadlines. | 350.00 | 1.25 | 437.50 |
| 07/10/2018 | Stephen Berken | Follow with Cruseturner, what remains. Review forebearance agreement. Send it and other request to Dennis. docket to file. | 350.00 | 1.4 | 490.00 |
| 07/13/2018 | Stephen Berken | Follow up email with JC as to Wells Fargo statemetns, what other concerns? | 350.00 | 0.2 | 70.00 |
| 07/13/2018 | Sean Cloyes | answers. | 350.00 | 0.8 | 280.00 |
| 07/13/2018 | Stephen Berken | issue? | 350.00 | 0.4 | 140.00 |
| 07/16/2018 | Stephen Berken | Email with attaachments from Chuck re: First Bank. Organize and send to JC for review. | 350.00 | 0.4 | 140.00 |
| 07/19/2018 | Sean Cloyes | Review Cruseturner long list of questions. Confer with CPA. Draft reply. | 350.00 | 2.3 | 805.00 |
| 07/21/2018 | Sean Cloyes | Review prior email attaching Wells Fargo statemetns. Bounced, sending it again. | 350.00 | 0.8 | 280.00 |
| 07/21/2018 | Stephen Berken | Review summary and responses from CPA, summarize for trustee. review compilation of income per trustee's request. Review and respond to all OTCs. Email to CPA as to a summary of adjusted gross income YTD. Begin amendment to plan. Email to Sean to assist with CMI. | 350.00 | 2.3 | 805.00 |
| 07/23/2018 | Stephen Berken | Review JC email, missing bank statements. Call CPA, Get statements, send to trustee. Need recent wage statements. Prep Mtn for Extension to file Amended Plan & proposed Order. | 350.00 | 1 | 350.00 |
| 07/25/2018 | Stephen Berken | Review Order granting Mtn for Extension to file Amended Plan. Calendar deadlines. | 350.00 | 0.25 | 87.50 |
| 08/03/2018 | Stephen Berken | Cruseturner. | 350.00 | 0.8 | 280.00 |
| 08/06/2018 | Stephen Berken | Review objections, Crusetruner's email about concerns. Research Section 507(a) as to property taxes being prioirty. Amend Schedule A/B and C regarding property being surrendered, remove equity. Prep Amended Plan and Notice. Call client to discuss family circumstances, post petition surgery, consent to file plan. | 350.00 | 2.5 | 875.00 |
| 08/09/2018 | Stephen Berken | Review emails from Aab re: Evergreen mortgage, proposed plan. Email to cleint as to amended plan. | 350.00 | 0.4 | 140.00 |
| 08/10/2018 | Stephen Berken | email to client regarding amended plan. Review email from client regarding residing in Minnesota. Send summary to trustee. | 350.00 | 0.3 | 105.00 |
| 09/04/2018 | Stephen Berken | Review OTC from Evergreen. Respond to Cruseturner email. Email opposing counsel as to desired language. Review MFRS on Ford F350 - calendar deadlines. | 350.00 | 0.7 | 245.00 |
| 09/10/2018 | Stephen Berken | Email exchange with Aab re: Evergreen as to EXACTLY what it wants? | 350.00 | 0.4 | 140.00 |

| Date | Attorney | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/2018 | Stephen Berken | Emails to Aab and Beuchler to settle OTCs.  Email Dennis as to car payemtns, MRS pending. | 350.00 | 0.4 | 140.00 |
| 09/10/2018 | Stephen Berken | Email and telecon with Beuchler's office as to latest OTC.  Ask again for precise numbers.  Review prior OTC from that office.  Confer with Sean, payments going up a bit. | 350.00 | 0.6 | 210.00 |
| 09/11/2018 | Sean Cloyes | Emails to oc for Evergreen & Park County, email to Ch13 TTEE, request they look over the plan & give us feedback. | 350.00 | 1.5 | 525.00 |
| 09/11/2018 | Sean Cloyes | Review objections.  Prep Amended Plan.  Email to TTEE, Park County oc, and Evergreen oc for review. | 350.00 | 1 | 350.00 |
| 09/12/2018 | Stephen Berken | Review motion for relief from stay. Docket deadlines for hearing, list of witnesses and exhibits. Call client. Need confirmation as to proof of payment. Discuss effort to contact lender. Finalize draft of response, file it. | 350.00 | 1.3 | 455.00 |
| 09/12/2018 | Stephen Berken | Review email from trustee regarding Evergreen agreeing to treatment and plan. Send email to J. Aab asking to get involved.  Called, left VM. | 350.00 | 0.3 | 105.00 |
| 09/17/2018 | Sean Cloyes | Review withdrawals of objections by Park County & Evergreen.  Email TTEE - we're ok w/plan being approved w/out sending it out on notice.  Prep Confirmation Status Report. | 350.00 | 0.4 | 140.00 |
| 09/24/2018 | Stephen Berken | Email from Dennis as to status.  Review withdrawal of two OTCs.  Status report filed, need to mod plan. | 350.00 | 0.4 | 140.00 |
| 09/26/2018 | Sean Cloyes | Review Order re Amended Plan - no further notice needed.  Prep Verification of Confirmable Plan. | 350.00 | 0.4 | 140.00 |
| 09/26/2018 | Stephen Berken | Review docket as to MRS filed by car creditor.  Motion withdrawn.  Update calendar. | 350.00 | 0.2 | 70.00 |
| 09/27/2018 | Sean Cloyes | Per clt's request, review Schedule F.  Confirm creditor listed.  Reply to clt email re same. | 350.00 | 0.4 | 140.00 |
| 09/27/2018 | Stephen Berken | Reply to email from Dennis as to truck, MRS withdrawn.  Inform of confirmation order. | 350.00 | 0.2 | 70.00 |
| 10/02/2018 | Sean Cloyes | Prep Fee Application. | 350.00 | 2 | 700.00 |
| | | | | 53.4666667 | $ 17,730.84 |