UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORAD

| | |
|---|---|
| In re:<br>DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br>Debtors. | Bankruptcy Case No.: 17-17388 EEB<br>Chapter 13 |

## NARRATIVE

Debtors' counsel requests fees above the no-look fee. Debtors' fourth plan was confirmed by the Court. Debtors' case was filed due to a significant amount of secured property taxes. Debtors' plan also pays a small amount of priority taxes. In addition, a tremendous amount of time was spent on pre-petition planning, as Debtor husband is a self-employed log home builder. There were a significant amount of secured claims, several of which involved Debtors' surrendering various properties through the plan. Negotiations were also had with the holder of a third deed of trust on a property Debtors wished to keep.

There were approximately 49.08 attorney hours and 4.38 staff hours expended in this case (in addition to several telephone calls and emails which were not billed). Counsel humbly submits that the fees requested are justified.

Dated: October 2, 2018

By: /s/ Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes PC
1159 Delaware St
Denver, CO 80204
303.623.4357
stephenberkenlaw@gmail.com