## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| In re: | |
|---|---|
| DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON | Chapter 13<br>Case No.: 18-11998 MER |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2018, a true and correct copy of the 1) Chapter 13 Fee Application & Notice, 2) Detailed time record, 3) Narrative and 4) proposed order was served by prepaid first- class mail or via the Court's CM/ECF System on the following:

Dennis Dwight Anderson &
Anne-Marie Anderson
PO Box 141
Dumont, CO 80436

Kenneth J. Buechler
999 18th St.
Ste. 1230S
Denver, CO 80202

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

Adam M. Goodman
Ch. 13 Trustee
PO Box 1169
Denver, CO 80201

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert Loeffler
P.O. Box 2000
Geoergetown, CO 80444

US Trustee
Byron G. Rogers Fed. Bldg.
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Attached Matrix

By: /s/ Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes, PC
1159 Delaware Street
Denver, CO 80204
303-623-4357
stephenberkenlaw@gmail.com