| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-11998-MER<br>District of Colorado<br>Denver<br>Tue Oct  2 19:24:21 MDT 2018 | Evergreen National Bank<br>P. O. Box 2020<br>Evergreen, CO 80437-2020 | Westlake Financial Services<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | Aerocare<br>3325 Bartlett Boulevard<br>Orlando, FL 32811-6428 | Agency Credit Control<br>2014 S Pontiac Way<br>Denver, CO 80224-2412 |
| (p)ALCHEMY WORLDWIDE LLC<br>PO BOX 16699<br>ENCINO CA 91416-6699 | Allied Collection Services<br>8550 Balboa Boulevard<br>Suite 232<br>Northridge, CA 91325-5806 | Alpine Credit, Inc<br>12191 West 64th Avenue<br>Suite 210<br>Arvada, CO 80004-4030 |
| American Accounts & Advisors<br>7460 80th Street South<br>Cottage Grove, MN 55016-3007 | American Credit Bureau<br>1200 N Federal Hwy Ste 200<br>Boca Raton, FL 33432-2813 | American Express<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| American Family Care<br>3700 Cahaba Beach Road<br>Birmingham, AL 35242-5225 | Amsher Collection Services<br>4524 Southlake Pkwy Ste<br>Hoover, AL 35244-3271 | Apex ER Physicians<br>11600 W 2nd Place<br>Lakewood, CO 80228-1527 |
| Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | BC Services Inc<br>550 Disc Dr<br>Longmont, CO 80503-9343 | Bank of America<br>1800 Tapo Canyon Ca6 914 01 91<br>Simi Valley, CA 93063 |
| Bank of America<br>450 American Street<br>Simi Valley, CA 93065-6285 | Bank of the West<br>13505 California Street<br>Omaha, NE 68154-5247 | Bank of the West<br>180 Montgomery St, 25th Floor<br>San Francisco, CA 94104-4206 |
| Bank of the West<br>2527 Camino Ramon<br>San Ramon, CA 94583-4213 | Bank of the West<br>Default Management - Recovery Department<br>P.O. Box 5172<br>San Ramon, CA 94583-5172 | Barclays Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 |
| Barclays Bank Delaware<br>Po Box 26182<br>Wilmington, DE 19899-6182 | Berken Cloyes<br>1159 Delaware Street<br>Denver, CO 80204-3607 | Buildblock Building Systems LLC<br>101 West Hefner Road<br>Suite 102<br>Oklahoma City, OK 73114-6631 |
| CBNA<br>P.O. Box 6003<br>Hagerstown, MD 21747 | CENTRACARE HEALTH<br>1200 6TH AVE N<br>ST CLOUD, MN 56303-2736 | CR BUR USA<br>P .O. Box 942<br>Fresno, CA 93714-0942 |

| | | |
|---|---|---|
| Caliber Home Loans, Inc.<br>P.O. Box 24610<br>Oklahoma City, OK 73124-0610 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Carepoint P.C.<br>5600 South Quebec Street<br>Suite 312A<br>Greenwood Village, CO 80111-2208 |
| (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Central Credit Service<br>550 N Regency Square Boulevard<br>Jacksonville, FL 32225 | Century LInk<br>PO Box 91155<br>Seattle, WA 98111-9255 |
| (p)CHAPMAN FINANCIAL SERVICES<br>PO BOX 7100<br>COEUR D ALENE ID 83816-1940 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | (p)CHILDREN S HOSPITAL COLORADO<br>13123 EAST 16TH AVENUE<br>B545<br>AURORA CO 80045-7106 |
| Clear Creek County Treasurer<br>PO Box 2000<br>Georgetown, CO 80444-2000 | Colorado Department of Revenue<br>1375 Sherman St.<br>Room 504<br>Denver, CO 80261-2200 | Colorado Department of Revenue<br>1375 Sherman St., Room 504<br>Attn: Bankruptcy Unit<br>Denver, CO 80261-2200 |
| Colorado Department of Revenue<br>Collections Section - Room 101<br>P.O. Box 17087<br>Denver, CO 80217-0087 | Colorado Dept. of Labor and Employment<br>633 17th St.<br>Suite 201<br>Denver, CO 80202-3624 | Colorado Imaging<br>14062 Denver West Parkway<br>Suite 180<br>Golden, CO 80401-3170 |
| Colorado Imaging<br>490 West 26th Avenue<br>Suite 220A<br>Denver, CO 80211 | Colorado Laboratory Services<br>300 Union Boulevard, Suite 510<br>Denver, CO 80228-1540 | Columbia Sanitary<br>4265 Kendrick Street<br>Golden, CO 80403-7200 |
| Concord Mortgage<br>6560 North Scottsdale Road<br>Suite G10<br>Scottsdale, AZ 85253-4412 | Continental Service Group, Inc.<br>200 Crosskeys Office Park<br>Fairport, NY 14450-3510 | Cr Bur Usa<br>757 L Street<br>Fresno, CA 93721-2904 |
| Credit Service Co.<br>Po Box 1120<br>Colorado Springs, CO 80901-1120 | Danny J. Shaw<br>1417 Ponce de Leon Drive<br>Fort Lauderdale, FL 33316-1366 | Denver County District Court<br>RE: Case No. 2017 CV 30013<br>1437 Bannock Street<br>Denver, CO 80202-5390 |
| Department of Labor and Employmnet<br>PO Box 8789<br>Denver, CO 80201-8789 | Dept Of Education / Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dish Network<br>9601 South Meridian Boulevard<br>Englewood, CO 80112-5905 | Ditech<br>PO Box 6172<br>Rapid City, SD 57709-6172 |

| | | |
|---|---|---|
| Diversified Consultants<br>P.O. Box 551268<br>Jacksonville, FL 32255-1268 | (p)USACS OF COLORADO INC<br>PO BOX 18350<br>BELFAST ME 04915-4078 | Emergency Service Physicians, P.C.<br>P.O. Box 808<br>Grand Rapids, MI 49518-0808 |
| Enhanced Recovery Co.<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Evergreen Pediatrics<br>30960 Stagecoach Boulevard<br>Evergreen, CO 80439-7902 | Farmers and Merchants Bank<br>P.O. Box 1010<br>Stuttgart, AR 72160-1016 |
| (p)FRONTIER COMMUNICATIONS<br>BANKRUPTCY DEPT<br>19 JOHN STREET<br>MIDDLETOWN NY 10940-4918 | Garys Crane Service Inc.<br>1440 Stockyard Road<br>Pueblo, CO 81001-4536 | Great River Federal Credit Union<br>1532 South Germain<br>St Cloud, MN 56302 |
| Greenberg & Sada, PC<br>770 W. Hampden Ave #227<br>Englewood, CO 80110-2152 | Guardian Tax Co, LLC<br>c/o Matthew J. Roth<br>1600 Stout Street, Suite 1100<br>Denver, CO 80202-3160 | HUD/FHA<br>1670 Broadway<br>Denver, CO 80202-3690 |
| Independent Propane<br>67302 US Hwy 285<br>Pine, CO 80470 | Internal Revenue Service<br>1999 Broadway M/S 5012<br>Denver, CO 80202-3025 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jefferson County Board of County Commissione<br>100 Jefferson County Parkway,<br>Suite 5550<br>Golden, CO 80419-0001 | Jefferson County Public Library<br>10200 W. 20th Ave.<br>Lakewood, CO 80215-1402 | Jefferson County Treasurer<br>100 Jefferson County Parkway<br>Suite 2520<br>Golden, CO 80419-2520 |
| Jeremiah Johnson Log Homes<br>1501 County Road 308<br>Dumont, CO 80436 | LCA Collections<br>P.O. Box 2240<br>Burlington, NC 27216-2240 | Laboratory Corp. of America<br>4500 East 9th Avenue<br>Suite 430<br>Denver, CO 80220-3931 |
| MRS BPO<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Machol & Johannes, LLC<br>700 17th Street<br>Denver, CO 80202-3558 | Mark Jeske<br>7203 West 68th Avenue<br>Arvada, CO 80003-3927 |
| Medicredit Inc.<br>P.O. Box 1629<br>Maryland Heights, MO 63043-0629 | Montessori School of Evergreen<br>6979 County Highway 73<br>Evergreen, CO 80439 | Morgan & Associates, P.C.<br>2601 NW Expressway, Suite 205E<br>Oklahoma City, OK 73112-7265 |
| Mountain States Adjustment<br>123 West 1st Street<br>Suite 430<br>Casper, WY 82601-7502 | Mountain States Adjustment<br>770 W Hampden Ave 227<br>Englewood, CO 80110-2152 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |

| | | |
|---|---|---|
| N.A.R., INC.<br>1600 WEST 2200 SOUTH<br>SUITE 410<br>WEST VALLEY CITY, UT 84119-7240 | Nelnet<br>3015 S Parker Rd #400<br>Aurora, CO 80014-2904 | North American Recovery, Inc.<br>1600 West 2200 Street<br>Suite 410<br>West Valley City, UT 84119-7240 |
| Northland Group<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 | Park County Treasurer<br>P.O. Box 638<br>Fairplay, CO 80440-0638 | Pinnacle Credit Services, LLC its successors assigns as assignee of Cellco Partnership d/b/a Verizon Wireless<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Affiliates<br>P.O. Box 21529<br>Denver, CO 80221-0529 | Professional Finance Company<br>Po Box 1728<br>Greeley, CO 80632 |
| RMB Services<br>6464 14th Avenue<br>Lakewood, CO 80214-2064 | Radiology Imaging Associates<br>10700 East Geddes Avenue<br>Suite 200<br>Englewood, CO 80112-3861 | Receivable Recovery<br>1600 S Franklin Road<br>Indianapolis, IN 46239-1196 |
| Receivables Performance<br>20816 44th Avenue West<br>Lynnwood, WA 98036-7744 | Recovery Management Services<br>240 Emery Street<br>Bethlehem, PA 18015-1980 | Revenue Enterprises LLC<br>3131 South Vaughn Way<br>Suite 42<br>Aurora, CO 80014-3511 |
| SCL Health System - Lutheran Medical Center<br>P.O. Box 912587<br>Denver, CO 80291-2587 | Saint Anthony's Hospital<br>11600 West 2nd Place<br>Lakewood, CO 80228-1527 | Sheffield Financial<br>6010 Golding Center Drive<br>Winston-Salem, NC 27103-9815 |
| Sound Hospitalists of Centuria<br>1123 Pacific Ave.<br>Tacoma, WA 98402-4303 | Stellar Recovery Inc.<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901-3413 | Still Foot Ankle Care Services<br>3555 North Lutheran Parkway<br>Suite 150<br>Wheat Ridge, CO 80033-6036 |
| Teller County Treasurer<br>P.O. Box 367<br>Cripple Creek, CO 80813-0367 | The Advantage Group<br>500 East 84th Avenue<br>Denver, CO 80229-5338 | Touchstone Imaging<br>14062 Denver West Parkway<br>Suite 180<br>Golden, CO 80401-3170 |
| U.S. Dept. of Treasury, Fiscal Service - SBA<br>DMS CON<br>P.O. Box 979111<br>Saint Louis, MO 63197-9000 | US Attorney<br>1225 17th St.<br>Suite 700<br>Denver, CO 80202-5598 | US Attorney - District Counsel<br>1244 Speer Blvd<br>Suite 500<br>Denver, CO 80204-3518 |
| US Atty. Gen., DOJ / Tax Division<br>PO Box 683<br>Washington, DC 20044-0683 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Unique National Collection<br>119 East Maple Street<br>Jeffersonville, IN 47130-3439 |

| | | |
|---|---|---|
| United Resource Systems<br>10075 West Colfax Avenue<br>Denver, CO 80215-3907 | University Physicians Inc.<br>13199 East Montview Boulevard<br>Aurora, CO 80045-7202 | Verizon Wireless<br>P.O. Box 26055<br>Minneapolis, MN 55426-0055 |
| Veterans Administration<br>1055 Clermont ST.<br>Denver, CO 80220-3873 | Wakefield & Associates<br>3091 S Jamaica Ct Ste 20<br>Aurora, CO 80014-2657 | Wells Fargo Home Mortgage<br>7495 New Horizon Way<br>Frederick, MD 21703-8388 |
| Western Control Services<br>P.O. Box 1352<br>Englewood, CO 80150-1352 | Westlake Financial Services<br>4751 Wilshire Boulevard, Suite 100<br>Los Angeles, CA 90010-3847 | Westlake Financial Services<br>P.O. Box 54807<br>Los Angeles, CA 90054-0807 |
| Adam M Goodman<br>Chapter 13 Trustee<br>P.O. Box 1169<br>Denver, CO 80201-1169 | Anne-Marie Anderson<br>PO Box 141<br>Dumont, CO 80436-0141 | Dennis Dwight Anderson<br>PO Box 141<br>Dumont, CO 80436-0141 |
| Stephen E. Berken<br>1159 Delaware St<br>Denver, CO 80204-3607 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alchemy Worldwide, LLC<br>15250 Ventura Boulevard, Suite 300<br>Sherman Oaks, CA 91403 | Capital One Bank (USA), N.A.<br>P.O. Box 85520<br>Richmond, VA 23285 | Cavalry Portfolio Services<br>4050 East Cotton Center Boulevard<br>Phoenix, AZ 85040 |
| Chapman Financial Services<br>P.O. Box 14693<br>Spokane, WA 99214 | Childrens Hospital Colorado<br>13123 East 16th Avenue<br>Aurora, CO 80045 | DirecTV<br>PO Box 6414<br>Carol Stream, IL 60197-6414 |
| Discover Financial Services LLC<br>P.O. Box 15316<br>Wilmington, DE 19850 | Emergency Physicians at Porter<br>P.O. Box 5006<br>Denver, CO 80217-5006 | Frontier Communication<br>19 John St<br>Middletown, NY 10940 |
| Portfolio Recovery Associates<br>120 Corporate Blvd, Ste 1<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Clear Creek County, Colorado

(u)IRS

(d)Bank of the West
180 Montgomery Street
25th Floor
San Francisco, CA 94104-4206


(d)Evergreen National Bank
P.O. Box 2020
Evergreen, CO 80437-2020

(d)Evergreen National Bank
P.O. Box 2020
Evergreen, CO 80437-2020

(d)Jefferson County Treasurer
100 Jefferson County Pkwy
Suite 2520
Golden, CO 80419-0001


End of Label Matrix
Mailable recipients    132
Bypassed recipients      6
Total                  138