# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

DENNIS DWIGHT ANDERSON  
ANNE-MARIE ANDERSON

Chapter 13  
Case No.: 18-11998 MER

DEBTORS

## CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On October 2, 2018, Dennis and Anne-Marie Anderson, Debtors, filed an application pursuant to L.B.R. 9013-1 entitled Chapter 13 Long Form Fee Application. Movants hereby certify that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on October 2, 2018.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on October 2, 2018.

3. The docket numbers for each of the following relevant documents are:
   a. the motion and all documents attached thereto and served therewith, (Docket No. 65);
   b. the notice, (Docket No. 65);
   c. the certificate of service of the motion and the notice, (Docket No. 65);
   d. the proposed order, (Docket No. 65); and

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court.

WHEREFORE, Movants pray that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Respectfully submitted October 24, 2018.

By:     */s/ Stephen E. Berken*  
Stephen E. Berken #14926  
Berken Cloyes, PC  
1159 Delaware Street  
Denver, CO  80204  
(303) 623-4357  
stephenberkenlaw@gmail.com