United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-11998-MER
Dennis Dwight Anderson                                              Chapter 13
Anne-Marie Anderson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: myhaverk           Page 1 of 1            Date Rcvd: Oct 26, 2018
                              Form ID: pdf904          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/db          +Dennis Dwight Anderson,   Anne-Marie Anderson,    PO Box 141,    Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rloeffler@co.clear-creek.co.us Oct 27 2018 00:15:43     Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
cr             +E-mail/Text: gpaulus@enbcolorado.com Oct 27 2018 00:15:22     Evergreen National Bank,
                 P. O. Box 2020,   Evergreen, CO 80437-2020
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 27 2018 00:29:07
                 Westlake Financial Services,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com,   agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services co.ecf@bretallen.com,
               bankruptcy@bretallen.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

    Debtor.

Case No. 18-11998 MER

Chapter 13

## NOTICE OF PRELIMINARY HEARING

    PLEASE TAKE NOTICE that the following matter has been set for a preliminary hearing before the Honorable Michael E. Romero to be held on a trailing docket **on Monday, November 19, 2018, at 1:30 p.m.** in Courtroom C, U.S. Custom House, 721 19th Street, Denver, Colorado.  Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes.  If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

    Parties wishing to appear by telephone shall call 1-888-684-8852 at the scheduled time of the hearing.  The access code for the conference call is 9288499.  Please stay on the line until the court operator takes the roll call and the hearing begins.

    The matter set is: Chapter 13 Fee Application filed by Stephen Berken

    NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED October 26, 2018        BY ORDER OF THE COURT:

                                          KENNETH S. GARDNER, CLERK

                                          By: Deborah L. Beatty, Deputy Clerk
                                              United States Bankruptcy Court
                                              U.S. Custom House
                                              721 19th Street
                                              Denver, Colorado 80202-2508