**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**Minutes of Proceeding**

| November 19, 2018 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>    Debtors. | Case No. 18-11998 MER<br><br>Chapter 13 |

Appearances:

| Trustee | Chapter 13 Trustee | Counsel | Jennifer Cruseturner |
|---|---|---|---|
| Debtor | | Counsel | Stephen Berken |
| Creditor | | Counsel | |

Proceedings:

Chapter 13 Fee Application filed by Stephen Berken

Orders:

The fee application will be approved by separate order.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
    Deputy Clerk