(COB #249voAllowFee)(03/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Dennis Dwight Anderson
    Anne−Marie Anderson

Debtor(s)

Case No.:    18−11998−MER
Chapter:    13

SSN/TID
Nos.    xxx−xx−5860
        xxx−xx−5930

## ORDER ALLOWING AND APPROVING FEES

    Berken Cloyes PC, counsel for the debtor(s), is allowed a fee for services herein of $ 17,730.00 and reimbursement of out−of−pocket expenses of $ 219.00. Counsel received $ 2,900.00 prepetition. The remaining balance, $ 15,049.00, is payable out of plan payments.

Dated:  11/21/18

BY THE COURT:
s/ Michael E. Romero
Chief United States Bankruptcy Judge