```
                              United States Bankruptcy Court
                                    District of Colorado
In re:                                                              Case No. 18-11998-MER
Dennis Dwight Anderson                                              Chapter 13
Anne-Marie Anderson
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: myhaverk             Page 1 of 1             Date Rcvd: Nov 19, 2018
                              Form ID: pdf904            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db/db         +Dennis Dwight Anderson,    Anne-Marie Anderson,    PO Box 141,    Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: rloeffler@co.clear-creek.co.us Nov 20 2018 01:10:33     Robert W. Loeffler,
                PO Box 2000,   Georgetown, CO 80444-2000
cr            +E-mail/Text: gpaulus@enbcolorado.com Nov 20 2018 01:09:28     Evergreen National Bank,
                P. O. Box 2020,    Evergreen, CO 80437-2020
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 20 2018 01:05:31
                Westlake Financial Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                       Signature:   /s/Joseph Speetjens  

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com,    agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services co.ecf@bretallen.com,
               bankruptcy@bretallen.com
              Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,
               sharon@bandglawoffice.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| November 19, 2018 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>DENNIS DWIGHT ANDERSON<br>ANNE-MARIE ANDERSON<br><br>    Debtors. | Case No. 18-11998 MER<br><br>Chapter 13 |

Appearances:

| Trustee | Chapter 13 Trustee | Counsel | Jennifer Cruseturner |
|---|---|---|---|
| Debtor |  | Counsel | Stephen Berken |
| Creditor |  | Counsel |  |

Proceedings:

Chapter 13 Fee Application filed by Stephen Berken

Orders:

The fee application will be approved by separate order.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By:_____
      Deputy Clerk