United States Bankruptcy Court
District of Colorado

In re:  
Dennis Dwight Anderson  
Anne-Marie Anderson  
    Debtors

Case No. 18-11998-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: myhaverk     Page 1 of 1     Date Rcvd: Nov 21, 2018  
                      Form ID: 249      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.  
db/db       +Dennis Dwight Anderson,    Anne-Marie Anderson,    PO Box 141,    Dumont, CO 80436-0141

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty       +E-mail/Text: rloeffler@co.clear-creek.co.us Nov 22 2018 00:40:49      Robert W. Loeffler,  
          PO Box 2000,    Georgetown, CO 80444-2000  
smg        E-mail/Text: cio.bncmail@irs.gov Nov 22 2018 00:40:10     IRS,    600 17th St.,    Stop 5027 DEN,  
          Denver, CO   80202  
cr        +E-mail/Text: gpaulus@enbcolorado.com Nov 22 2018 00:40:21      Evergreen National Bank,  
          P. O. Box 2020,    Evergreen, CO 80437-2020  
cr        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 22 2018 00:41:19  
          Westlake Financial Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901  
                                                                                                           TOTAL: 4

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:  
       Adam   Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com  
       Adam M Goodman     mail@ch13colorado.com,    agoodman13@ecf.epiqsystems.com  
       Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com  
       J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,  
       Meghan.Jones@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov  
       James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com  
       Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services co.ecf@bretallen.com,  
       bankruptcy@bretallen.com  
       Kenneth J. Buechler    on behalf of Creditor    Clear Creek County, Colorado ken@bandglawoffice.com,  
       sharon@bandglawoffice.com  
       Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,  
       calley@ecf.courtdrive.com;anthony@berkencloyes.com  
       Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,  
       calley@ecf.courtdrive.com;anthony@berkencloyes.com  
       US Trustee     USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                   TOTAL: 10

(COB #249voAllowFee)(03/11)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Michael E. Romero

In re:

    Dennis Dwight Anderson
    Anne−Marie Anderson

Debtor(s)

| | |
|---|---|
| Case No.: | 18−11998−MER |
| Chapter: | 13 |

SSN/TID
Nos.   xxx−xx−5860
        xxx−xx−5930

## ORDER ALLOWING AND APPROVING FEES

    Berken Cloyes PC, counsel for the debtor(s), is allowed a fee for services herein of $ 17,730.00 and reimbursement of out−of−pocket expenses of $ 219.00.   Counsel received $ 2,900.00 prepetition. The remaining balance, $ 15,049.00, is payable out of plan payments.

Dated:  11/21/18

BY THE COURT:
s/ Michael E. Romero
Chief United States Bankruptcy Judge