# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS DWIGHT ANDERSON, ) | Case No. 18-11998 MER |
| ANNE-MARIE ANDERSON, ) | Chapter 13 |
| Debtors. ) | |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

    PLEASE TAKE NOTICE, that effective March 1, 2019, the law firm of Buechler & Garber, LLC has change its firm name and email address as set forth below:

BUECHLER LAW OFFICE, L.L.C.
999 18th Street, Suite 1230 S
Denver, CO 80202

Kenneth J. Buechler's Email Address is changed as follows:  ken@kjblawoffice.com

The telephone number and fax numbers will remain the same.

DATED this 4th day of March, 2019    Respectfully submitted,
    BUECHLER LAW OFFICE, L.L.C.

    */s/ Kenneth J. Buechler*
    _____
    Kenneth J. Buechler, #30906
    999 18th Street, Suite 1230 S
    Denver, Colorado 80202
    720-381-0045 / 720-381-0382 FAX
    ken@kjblawoffice.com

## CERTIFICATE OF SERVICE

      I certify that on March 4, 2019, I served a complete copy of **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via U.S. Mail**:

Ann-Marie Anderson
Dennis Dwight Anderson
PO Box 141
Dumont, CO 80436

**Via CM/ECF**:

| | |
|---|---|
| James L. Aab | Stepeh E. Berken |
| Joshua Michael DeVard | Adam M. Goodman<br>Chapter 13 Trustee |
| J. Benedict Garcia | Robert W. Loeffler |
| US Trustee | |

                                          */s/ Sharon E. Fox*
                                          For Buechler & Garber, LLC