**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:

DENNIS DWIGHT ANDERSON
ANNE-MARIE ANDERSON

Debtors.

Chapter 13
Case No.: 18-11998 MER

NOTICE OF CHANGE OF ADDRESS

COMES NOW Debtors Dennis and Anne-Marie Anderson, through their undersigned counsel, and hereby inform the Court of their change of mailing address as follows:

Dennis and Anne-Marie Anderson
1501 County Road 308
Dumont, CO 80436

Respectfully submitted this 14th day of August, 2019.

/s/ Stephen E. Berken
Stephen E. Berken #14926
Berken Cloyes PC
1159 Delaware Street
Denver, CO 80204
303-623-4357
stephenberkenlaw@gmail.com

CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2019, I served by the CM/ECF system or via pre-paid first-class mail, a copy of the foregoing Change of Address on the following:

Dennis and Anne-Marie Anderson
1501 County Road 308
Dumont, CO 80436

Adam M. Goodman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201-1169

Kenneth J. Buechler
999 18th St. Ste. 1230S
Denver, CO 80202

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert Loeffler
P.O. Box 2000
Geoergetown, CO 80444

By: /s/ Sean Cloyes