UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON } | CASE: 18-11998 MER |
| } | |
| ANNE-MARIE ANDERSON } | |
| } | |
| DEBTORS | |

### Chapter 13 Trustee's Objection to Proof of Claim of
### BANK OF THE WEST, Claim #9

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Objection to the Proof of Claim of BANK OF THE WEST ("Creditor") and shows the Court as follows:

1.  Debtors filed the instant case under Chapter 13 on March 16, 2018.

2.  Creditor filed its secured proof of claim in the amount of $101,926.72 on April 18, 2018 [Claim #9] claiming an interest in the Debtor's real property. Debtor's confirmed Chapter 13 Plan provides for the surrender of said asset, however, creditor has failed to file an amended claim for a deficiency, if any.

3.  Under 11 U.S.C. § 502(a), a filed claim is deemed allowed unless a party in interest objects. Trustee objects to the claim as BANK OF THE WEST has failed to establish whether it has any remaining debt after being permitted to liquidate its collateral.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order sustaining the Trustee's objection and disallowing the claim.

Dated: August 30, 2019                    Respectfully submitted,

                                                               /s/ Adam M. Goodman
                                                               Adam M. Goodman
                                                               Standing Chapter 13 Trustee
                                                               1888 Sherman Street, Suite 750
                                                               Denver, Colorado 80203
                                                               (303) 830-1971(p); (303) 830-1973(f)
                                                               agoodman@ch13colorado.com