# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE: 18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

## ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY BANK OF THE WEST, CLAIM #9, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by BANK OF THE WEST, Claim #9* on August 30, 2019, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #9 filed by BANK OF THE WEST is SUSTAINED and the claim is DISALLOWED.

BY THE COURT:

Dated:

_____
United States Bankruptcy Judge