**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: } | | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON } | | CASE:  18-11998 MER |
| } | | |
| ANNE-MARIE ANDERSON } | | |
| } | | |
| DEBTORS | | |

---

**NOTICE PURSUANT TO L.B.R. 9013-1 OF CHAPTER 13 TRUSTEE'S OBJECTION TO PROOF OF CLAIM**

---

# OBJECTION DEADLINE: October 4, 2019

  **NOTICE IS HEREBY GIVEN** that the Chapter 13 Trustee has filed an Objection to the Proof of Claim of BANK OF THE WEST with the Bankruptcy Court and requests the following relief:  Order Disallowing the BANK OF THE WEST's Proof of Claim #9.

  If you oppose the Objection or object to the requested relief, your response and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

  In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

 Dated:  August 30, 2019

                                        BY:/s/ Adam M. Goodman
                                         Adam M. Goodman
                                         Standing Chapter 13 Trustee
                                        P.O. Box 1169
                                        Denver, CO  80201
                                        tel 303 830-1971
                                        fax 303 830 1973
                                        agoodman@ch13colorado.com