**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:  }  | CHAPTER 13 |
| **DENNIS DWIGHT ANDERSON**  } | CASE:  18-11998 MER |
| } | |
| **ANNE-MARIE ANDERSON**  } | |
| } | |
| DEBTORS | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 30, 2019, I served a complete copy of the Chapter 13 Trustee's Objection to Proof of Claim of BANK OF THE WEST, and 9013 Notice on all parties against whom relief is sought and those otherwise entitled to service in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules at the following addresses:

By certified mail to:

| | | |
|---|---|---|
| Bank of the West<br>Nandita Bakhshi, CEO<br>180 Montgomery St.<br>San Francisco  94104<br>(receipt<br>#70181130000040503566) | DENNIS DWIGHT and<br>ANNE-MARIE<br>ANDERSON<br>1501 COUNTY ROAD 308<br>DUMONT, CO 80436 | BERKEN CLOYES, PC<br>1159 DELAWARE STREET<br>DENVER, CO 80204 |
| | BANK OF THE WEST<br>2527 CAMINO RAMON<br>SAN RAMON, CA 94583 | |

Dated:  August 30, 2019

/s/   ad
Chapter 13/Staff Member
PO Box 1169
Denver, CO 80201-1169
(303)830-1971