UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON } | CASE:  18-11998 MER |
| } | |
| ANNE-MARIE ANDERSON } | |
| } | |
| DEBTORS | |

### Chapter 13 Trustee's Objection to Proof of Claim of GUARDIAN TAX CO, LLC, Claim #11

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Objection to the Proof of Claim of GUARDIAN TAX CO, LLC ("Creditor") and shows the Court as follows:

1.   Debtors filed the instant case under Chapter 13 on March 16, 2018.

2.   Creditor filed its secured proof of claim in the amount of $4230.17 on May 3, 2018 [Claim #11] claiming an interest in the Debtor's real property.  Debtor's confirmed Chapter 13 Plan provides for the surrender of said asset, however, creditor has failed to file an amended claim for a deficiency, if any.

3.   Under 11 U.S.C. § 502(a), a filed claim is deemed allowed unless a party in interest objects.  Trustee objects to the claim as GUARDIAN TAX CO, LLC has failed to establish whether it has any remaining debt after being permitted to liquidate its collateral.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order sustaining the Trustee's objection and disallowing the claim.

Dated: September 3, 2019

Respectfully submitted,

 /s/ Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
1888 Sherman Street, Suite 750
Denver, Colorado 80203
(303) 830-1971(p); (303) 830-1973(f)
agoodman@ch13colorado.com