## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON } | CASE: 18-11998 MER |
| } | |
| ANNE-MARIE ANDERSON } | |
| } | |
| DEBTORS | |

### CERTIFICATE OF SERVICE

The undersigned certifies that on September 3, 2019, I served a complete copy of the Chapter 13 Trustee's Objection to Proof of Claim of GUARDIAN TAX CO, LLC, and 9013 Notice on all parties against whom relief is sought and those otherwise entitled to service in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules at the following addresses:

DENNIS DWIGHT and
ANNE-MARIE
ANDERSON
1501 COUNTY ROAD 308
DUMONT, CO 80436

BERKEN CLOYES, PC
1159 DELAWARE STREET
DENVER, CO 80204

GUARDIAN TAX CO, LLC
C/O MATTHEW J. ROTH
1600 STOUT STREET,
SUITE 1100
DENVER, CO 80202

Dated: September 3, 2019

/s/ ad
Chapter 13/Staff Member
PO Box 1169
Denver, CO 80201-1169
(303)830-1971