UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE: 18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

**Chapter 13 Trustee's Objection to Proof of Claim of JEFFERSON COUNTY TREASURER, Claim #2**

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Objection to the Proof of Claim of JEFFERSON COUNTY TREASURER ("Creditor") and shows the Court as follows:

1.  Debtors filed the instant case under Chapter 13 on March 16, 2018.

2.  Creditor filed its secured proof of claim in the amount of $7992.98 on March 26, 2018 [Claim #2] claiming an interest in the Debtor's real property. Debtor's confirmed Chapter 13 Plan provides for the surrender of said asset, however, creditor has failed to file an amended claim for a deficiency, if any.

3.  Under 11 U.S.C. § 502(a), a filed claim is deemed allowed unless a party in interest objects. Trustee objects to the claim as JEFFERSON COUNTY TREASURER has failed to establish whether it has any remaining debt after being permitted to liquidate its collateral.

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order sustaining the Trustee's objection and disallowing the claim.

Dated: September 3, 2019                Respectfully submitted,

                                          /s/ Adam M. Goodman
                                         Adam M. Goodman
                                         Standing Chapter 13 Trustee
                                         1888 Sherman Street, Suite 750
                                         Denver, Colorado 80203
                                         (303) 830-1971(p); (303) 830-1973(f)
                                         agoodman@ch13colorado.com