UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE: 18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

CERTIFICATE OF SERVICE

   The undersigned certifies that on September 3, 2019, I served a complete copy of the Chapter 13 Trustee's Objection to Proof of Claim of JEFFERSON COUNTY TREASURER, and 9013 Notice on all parties against whom relief is sought and those otherwise entitled to service in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules at the following addresses:

JEFFERSON COUNTY
TREASURER
100 JEFFERSON
COUNTY PKWY
GOLDEN, CO 80419

DENNIS DWIGHT and
ANNE-MARIE
ANDERSON
1501 COUNTY ROAD 308
DUMONT, CO 80436

BERKEN CLOYES, PC
1159 DELAWARE
STREET
DENVER, CO 80204

GEORGE STERN
CLERK AND RECORDER
JEFFERSON COUNTY
100 JEFFERSON
COUNTY PKWY
GOLDEN, CO  80419

Dated:  September 3, 2019

         /s/   ad
        Chapter 13/Staff Member
        PO Box 1169
        Denver, CO 80201-1169
        (303)830-1971