UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DENNIS DWIGHT ANDERSON, and. | ) | Bankruptcy No. 18-11998 MER |
| ANNE-MARIE ANDERSON, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |

### NOTICE OF CHANGE OF ADDRESS

James L. Aab, counsel for Evergreen National Bank, hereby gives Notice that he has relocated his office. Effectively immediately counsel's new address is:

    3900 S. Wadsworth Boulevard, Suite 432
    Lakewood, CO  80235

Counsel's telephone number and email have not changed.  Counsel's new facsimile number is: (303) 697-6440.

Dated:   September 5, 2019            */s/ James L. Aab*
                                                              James L. Aab, #5177
                                                              3900 S. Wadsworth Boulevard, Suite 432
                                                              Lakewood, CO  80235
                                                              Telephone: 303-756-7550
                                                              Fax: 303-697-6440
                                                             Email: jlaab@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing and attached **NOTICE OF CHANGE OF ADDRESS** was mailed this 6th day of September, 2019, by placing the same in a postage prepaid envelope and depositing it into the United States mail to:

Evergreen National Bank
Attn: David Brewick,
P.O. Box 2020
Evergreen, Colorado 80437

Stephen Berken, Esq.
1159 Delaware Street
Denver, CO 80204

Adam M. Goodman
Chapter 13 Trustee
P. O. Box 1169
Denver, CO 80201

Kenneth J. Buechler, Esq.
Buechler & Garber, LLC
999 Eighteenth Street, suite 1230-S
Denver, CO 80202

Richard W. Toussaint, Esq.
Toussaint & Coaty, P.C.
32065 Castle Court
Centerpoint I, Suite 150
Evergreen, Colorado 80439

And to any other counsel of record by CM/ECF.

/s/ Brenda Ishida