UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
Dennis Dwight Anderson  
Anne-Marie Anderson,  
Debtor

CASE NO: 18-11998 MER  
CHAPTER 13

CHAPTER 13 TRUSTEE'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER

On September 3, 2019, the Standing Chapter 13 Trustee, Adam M. Goodman, filed an Objection to Proof of Claim #11 of Guardian Tax Co LLC, pursuant to Local Bankruptcy Rule 9013-1. Movant hereby certifies that the following is true and correct:

1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion on September 3, 2019.

2. Mailing or other service of the notice was timely made on all interested parties pursuant to L.B.R. 9013-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on September 3, 2019.

3. The docket numbers for each of the following relevant documents are:
   a. the objection and all documents attached thereto and served therewith, (Docket No. 80);
   b. the notice, (Docket No. 81);
   c. the certificate of service of the motion (Docket No. 82);
   d. the proposed order, (Docket No. 80-1 attachment);

4. No objections to or requests for hearing on the motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved by Docket No. N/A.

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which is submitted herewith, granting the requested relief.

Dated: March 9, 2020

                                                                                   s/Adam M. Goodman  
                                                                                   Adam M. Goodman  
                                                                                   Standing Chapter 13 Trustee  
                                                                                  P.O. Box 1169  
                                                                                  Denver, CO 80201-1169  
                                                                                  303-830-1971  
                                                                                  FAX 303-830-1973  
                                                                                  agoodman@ch13colorado.com