**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE: 18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY GUARDIAN TAX CO, LLC, CLAIM #11, AND DISALLOWING CLAIM**

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by GUARDIAN TAX CO, LLC, Claim #11* on March 9, 2020, with Notice and an Opportunity for hearing.

There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #11 filed by GUARDIAN TAX CO, LLC is SUSTAINED and the claim is DISALLOWED.

Dated:

BY THE COURT:

_____
United States Bankruptcy Judge