UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>Dennis Dwight Anderson<br>Anne-Marie Anderson,<br>Debtor | CASE NO: 18-11998  MER<br>CHAPTER 13 |

CHAPTER 13 TRUSTEE'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER

On September 3, 2019, the Standing Chapter 13 Trustee, Adam M. Goodman, filed an Objection to Proof of Claim #9 of Bank of the West, pursuant to Local Bankruptcy Rule 9013-1.  Movant hereby certifies that the following is true and correct:

1. Service of the motion, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion on September 3, 2019.

2. Mailing or other service of the notice was timely made on all interested parties pursuant to L.B.R. 9013-1, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on September 3, 2019.

3. The docket numbers for each of the following relevant documents are:
   a. the objection and all documents attached thereto and served therewith, (Docket No. 83);
   b. the notice, (Docket No. 84);
   c. the certificate of service of the motion (Docket No. 85);
   d. the proposed order, (Docket No. 83-1 attachment);

4. No objections to or requests for hearing on the motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved by Docket No. N/A.

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which is submitted herewith, granting the requested relief.

Dated:  March 9, 2020

s/Adam M. Goodman
Adam M. Goodman
Standing Chapter 13 Trustee
P.O. Box 1169
Denver, CO 80201-1169
303-830-1971
FAX 303-830-1973
agoodman@ch13colorado.com
