# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE:  18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

## ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY JEFFERSON COUNTY TREASURER, CLAIM #2, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by JEFFERSON COUNTY TREASURER, Claim #2* on March 9, 2020, with Notice and an Opportunity for hearing.  There was no opposition made by the creditor.  Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #2 filed by JEFFERSON COUNTY TREASURER is SUSTAINED and the claim is DISALLOWED.

Dated:

BY THE COURT:

_____
United States Bankruptcy Judge