# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON } | CASE: 18-11998 MER |
| } | |
| ANNE-MARIE ANDERSON } | |
| } | |
| DEBTORS | |

## ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY GUARDIAN TAX CO, LLC, CLAIM #11, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by GUARDIAN TAX CO, LLC, Claim #11* on March 9, 2020, with Notice and an Opportunity for hearing.

There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #11 filed by GUARDIAN TAX CO, LLC is SUSTAINED and the claim is DISALLOWED.

Dated: March 11, 2020

BY THE COURT:

_____
United States Bankruptcy Judge