# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | CASE: 18-11998 MER |
| ANNE-MARIE ANDERSON | |
| DEBTORS | |

## ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY BANK OF THE WEST, CLAIM #9, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by BANK OF THE WEST, Claim #9* on March 9, 2020, with Notice and an Opportunity for hearing.

There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #9 filed by BANK OF THE WEST is SUSTAINED and the claim is DISALLOWED.

Dated:   March 11, 2020

BY THE COURT:

United States Bankruptcy Judge