UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>DENNIS DWIGHT ANDERSON<br><br>ANNE-MARIE ANDERSON<br><br>DEBTORS | CHAPTER 13<br>CASE:  18-11998 MER |

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY JEFFERSON COUNTY TREASURER, CLAIM #2, AND DISALLOWING CLAIM**

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by JEFFERSON COUNTY TREASURER, Claim #2* on March 9, 2020, with Notice and an Opportunity for hearing.  There was no opposition made by the creditor.  Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #2 filed by JEFFERSON COUNTY TREASURER is SUSTAINED and the claim is DISALLOWED.

Dated:   March 11, 2020

BY THE COURT:

_____
United States Bankruptcy Judge