United States Bankruptcy Court
District of Colorado

In re:  
Dennis Dwight Anderson  
Anne-Marie Anderson  
    Debtors

Case No. 18-11998-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1     Date Rcvd: Mar 11, 2020  
                           Form ID: pdf904     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db/db           Dennis Dwight Anderson,   Anne-Marie Anderson,   1501 County Road 308,   Dumont, CO  80436
cr             +Evergreen National Bank,   3900 S. Wadsworth Boulevard,   Suite 432,   Lakewood, CO 80235-2205
17928293       +Guardian Tax Co, LLC,   c/o Matthew J. Roth,   1600 Stout Street, Suite 1100,
                 Denver, CO 80202-3160
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: rloeffler@clearcreekcounty.us Mar 12 2020 01:28:17     Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 01:38:06
                 Westlake Financial Services,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 2
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
```
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               leah.butler3@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services
               co.ecf@creditor-rights.com, josh@creditor-rights.com
              Kelsey Jamie Buechler    on behalf of Creditor    Clear Creek County, Colorado
               jamie@kjblawoffice.com, Sharon@kjblawoffice.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE:  18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE
PROOF OF CLAIM FILED BY GUARDIAN TAX CO, LLC, CLAIM #11, AND
DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by GUARDIAN TAX CO, LLC, Claim #11* on March 9, 2020, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #11 filed by GUARDIAN TAX CO, LLC is SUSTAINED and the claim is DISALLOWED.

Dated: March 11, 2020

BY THE COURT:

_____
United States Bankruptcy Judge