```
                           United States Bankruptcy Court
                                District of Colorado
In re:                                                      Case No. 18-11998-MER
Dennis Dwight Anderson                                      Chapter 13
Anne-Marie Anderson
        Debtors                 CERTIFICATE OF NOTICE
District/off: 1082-1        User: admin              Page 1 of 1        Date Rcvd: Mar 11, 2020
                            Form ID: pdf904         Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db/db          Dennis Dwight Anderson,    Anne-Marie Anderson,    1501 County Road 308,    Dumont, CO  80436
cr            +Evergreen National Bank,    3900 S. Wadsworth Boulevard,    Suite 432,    Lakewood, CO 80235-2205
17928243       Bank of the West,    Default Management - Recovery Department,     P.O. Box 5172,
                San Ramon, CA 94583-5172
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: rloeffler@clearcreekcounty.us Mar 12 2020 01:28:17     Robert W. Loeffler,
                PO Box 2000,    Georgetown, CO 80444-2000
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 01:37:31
                Westlake Financial Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
17928242      +E-mail/Text: bknotices@bankofthewest.com Mar 12 2020 01:28:02     Bank of the West,
                13505 California Street,    Omaha, NE 68154-5247
17928240      +E-mail/Text: bknotices@bankofthewest.com Mar 12 2020 01:28:02     Bank of the West,
                2527 Camino Ramon,    San Ramon, CA 94583-4213
17928241      +E-mail/Text: bknotices@bankofthewest.com Mar 12 2020 01:28:02     Bank of the West,
                180 Montgomery St, 25th Floor,    San Francisco, CA 94104-4206
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
```
              Adam   Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               leah.butler3@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services
               co.ecf@creditor-rights.com,   josh@creditor-rights.com
              Kelsey Jamie Buechler    on behalf of Creditor    Clear Creek County, Colorado
               jamie@kjblawoffice.com,   Sharon@kjblawoffice.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 13 |
| DENNIS DWIGHT ANDERSON | } | CASE:  18-11998 MER |
| | } | |
| ANNE-MARIE ANDERSON | } | |
| | } | |
| DEBTORS | | |

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY BANK OF THE WEST, CLAIM #9, AND DISALLOWING CLAIM**

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by BANK OF THE WEST, Claim #9* on March 9, 2020, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #9 filed by BANK OF THE WEST is SUSTAINED and the claim is DISALLOWED.

Dated:   March 11, 2020

BY THE COURT:

United States Bankruptcy Judge