```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                    Case No. 18-11998-MER
Dennis Dwight Anderson                                    Chapter 13
Anne-Marie Anderson
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: admin              Page 1 of 1           Date Rcvd: Mar 11, 2020
                              Form ID: pdf904          Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db/db          Dennis Dwight Anderson,   Anne-Marie Anderson,   1501 County Road 308,   Dumont, CO   80436
cr            +Evergreen National Bank,   3900 S. Wadsworth Boulevard,   Suite 432,   Lakewood, CO 80235-2205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: rloeffler@clearcreekcounty.us Mar 12 2020 01:28:17      Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 01:38:06
                 Westlake Financial Services,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Adam   Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com, agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor    IRS J.B.Garcia@usdoj.gov,
               leah.butler3@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services
               co.ecf@creditor-rights.com, josh@creditor-rights.com
              Kelsey Jamie Buechler    on behalf of Creditor    Clear Creek County, Colorado
               jamie@kjblawoffice.com, Sharon@kjblawoffice.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

IN RE: } CHAPTER 13
DENNIS DWIGHT ANDERSON } CASE: 18-11998 MER
}
ANNE-MARIE ANDERSON }
}
DEBTORS

ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE
PROOF OF CLAIM FILED BY JEFFERSON COUNTY TREASURER,
CLAIM #2, AND DISALLOWING CLAIM

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by JEFFERSON COUNTY TREASURER, Claim #2* on March 9, 2020, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #2 filed by JEFFERSON COUNTY TREASURER is SUSTAINED and the claim is DISALLOWED.

Dated: March 11, 2020

BY THE COURT:

_____
United States Bankruptcy Judge