UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
DENNIS DWIGHT ANDERSON

ANNE-MARIE ANDERSON

Debtors

CASE NO:  18-11998 MER  
CHAPTER 13

## CHAPTER 13 TRUSTEE'S OBJECTION TO PROOF OF CLAIM #16 OF CENTRACARE HEALTH SYSTEMS

COMES NOW, Adam M. Goodman, Standing Chapter 13 Trustee, and files this Objection to the Proof of Claim of CENTRACARE HEALTH SYSTEMS ("Creditor") and shows the Court as follows:

1. Debtors filed the instant case under Chapter 13 on March 16, 2018.  The creditor bar date for filing proofs of claim was May 25, 2018.

2. The Creditor filed its unsecured proof of claim #16 in the amount of $87.75 on June 26, 2018.

3. The proof of claim was filed untimely and is subject to objection on that basis pursuant to 11 U.S.C. § 502(b)(9) and Fed. R. Bankr. P. 3002(c).

WHEREFORE, the Standing Chapter 13 Trustee respectfully requests that this Honorable Court sustain the objection and disallow the claim.

Dated: March 20, 2020

Respectfully submitted,

/s/ Adam M. Goodman  
Adam M. Goodman  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, Colorado 80201  
(303) 830-1971 phone  
(303) 830-1973 facsimile  
agoodman@ch13colorado.com