UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
DENNIS DWIGHT ANDERSON

ANNE-MARIE ANDERSON

Debtors

CASE NO: 18-11998 MER  
CHAPTER 13

## NOTICE PURSUANT TO L.B.R. 9013-1.1 OF CHAPTER 13 TRUSTEE'S OBJECTION TO PROOF OF CLAIM

## OBJECTION DEADLINE: April 20, 2020

**NOTICE IS HEREBY GIVEN** that the Chapter 13 Trustee, Adam M. Goodman (the "Movant"), has filed an Objection to the CENTRACARE HEALTH SYSTEMS's Proof of Claim with the Bankruptcy Court and requests the following relief: Order Disallowing the CENTRACARE HEALTH SYSTEMS's Proof of Claim #16.

If you oppose the Objection or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: March 20, 2020

BY:/s/ Adam M. Goodman  
Adam M. Goodman  
Standing Chapter 13 Trustee  
P.O. Box 1169  
Denver, CO  80201  
tel 303 830-1971  
fax 303 830 1973  
agoodman@ch13colorado.com