## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br>DENNIS DWIGHT ANDERSON<br><br>ANNE-MARIE ANDERSON<br><br>Debtors | CASE NO:  18-11998 MER<br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on March 20, 2020, I served a complete copy of the Chapter 13 Trustee's Objection to CENTRACARE HEALTH SYSTEMS's Proof of Claim and 9013 Notice on all parties against whom relief is sought and those otherwise entitled to service at the following addresses:

| | | |
|---|---|---|
| CENTRA CARE HEALTH SYSTEMS<br>1200 6TH AVENUE NORTH<br>ST CLOUD, MN 56303-2735 | DENNIS DWIGHT and ANNE-MARIE ANDERSON<br>1501 COUNTY ROAD 308<br>DUMONT, CO 80436 | BERKEN CLOYES, PC<br>1159 DELAWARE STREET<br>DENVER, CO 80204 |

Dated:  March 20, 2020

                                                 /s/Arkady S.
                                                 Chapter 13/Staff Member
                                                 PO Box 1169
                                                 Denver, CO 80201-1169
                                                 (303)830-1971