| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
|---|---|---|
| Debtor 1: DENNIS DWIGHT ANDERSON <br> *First Name    Middle Name    Last Name* | Case #: | 18-11998 MER |
| Debtor 2: ANNE-MARIE ANDERSON <br> *First Name    Middle Name    Last Name* | Chapter: | 13 |

## Local Bankruptcy Form 9013-1.3
## Movant's Certificate of Non-Contested Matter and Request for Entry of Order

### Part 1   Certificate

On March 20, 2020, the Standing Chapter 13 Trustee (the "Movant"), filed a motion pursuant to L.B.R. 2002-1 or 9013-1 entitled, Objection to Proof of Claim #16 (the "Motion") at docket no. **97**.  Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on March 20, 2020.
    a. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on March 20, 2020.
2. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no., **97**;
    b. the Notice, docket no., **98**;
    c. the Certificate of Service of the Motion and the Notice, docket no., **98**;
    d. the Proposed Order, docket no., **97**.
3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court by the date designated in the Notice, or all objections have been resolved by Court order, docket no., **[#]**.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

### Part 2   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: May 07, 2020

By: s/Adam M. Goodman
    Signature

Adam M. Goodman
Standing Chapter 13 Trustee
PO Box 1169
Denver, CO 80201-1169
Telephone: 303-830-1971
Fax: 303-830-1973
agoodman@ch13colorado.com