UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE NO: 18-11998 MER |
| DENNIS DWIGHT ANDERSON | CHAPTER 13 |
| ANNE-MARIE ANDERSON | |
| Debtors | |

### ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY CENTRACARE HEALTH SYSTEMS, CLAIM #16

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by CENTRACARE HEALTH SYSTEMS, Claim #16,* on March 20, 2020, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Trustee alleged that the proof of claim was a late filed Proof of Claim and subject to disallowance under 11 U.S.C. § 502(a)(9) and Fed. R. Bankr. P. 3002(c). Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #16 filed by CENTRACARE HEALTH SYSTEMS is SUSTAINED and the claim is DISALLOWED.

The Clerk of Court is directed to serve notice of this Order on Debtors, Debtors' Counsel, Chapter 13 Trustee, and CENTRACARE HEALTH SYSTEMS.

Dated: May 8, 2020

BY THE COURT:

United States Bankruptcy Judge