United States Bankruptcy Court
District of Colorado

In re:  
Dennis Dwight Anderson  
Anne-Marie Anderson  
    Debtors

Case No. 18-11998-MER  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1     Date Rcvd: May 08, 2020  
                          Form ID: pdf904     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2020.
```
db/db          Dennis Dwight Anderson,   Anne-Marie Anderson,   1501 County Road 308,   Dumont, CO  80436
cr            +Evergreen National Bank,   3900 S. Wadsworth Boulevard,   Suite 432,   Lakewood, CO 80235-2205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: rloeffler@clearcreekcounty.us May 09 2020 00:55:43      Robert W. Loeffler,
                 PO Box 2000,   Georgetown, CO 80444-2000
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2020 00:59:47
                 Westlake Financial Services,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:
```
              Adam  Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              Adam M Goodman    mail@ch13colorado.com,  agoodman13@ecf.epiqsystems.com
              Chapter 13 Trustee - Goodman    on behalf of Trustee Adam M Goodman mail@ch13colorado.com
              J. Benedict Garcia    on behalf of Creditor   IRS J.B.Garcia@usdoj.gov,
               leah.butler3@usdoj.gov;usaco.ecfcivil@usdoj.gov;caseview.ecf@usdoj.gov;joann.stark@usdoj.gov
              James L. Aab    on behalf of Creditor    Evergreen National Bank JLAAB@AOL.com
              Joshua Michael DeVard    on behalf of Creditor    Westlake Financial Services joshua@devardlaw.com
              Kelsey Jamie Buechler    on behalf of Creditor    Clear Creek County, Colorado
               jamie@kjblawoffice.com,  Sharon@kjblawoffice.com
              Stephen E. Berken    on behalf of Debtor Anne-Marie  Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              Stephen E. Berken    on behalf of Debtor Dennis Dwight Anderson berkenecf@gmail.com,
               calley@ecf.courtdrive.com;anthony@berkencloyes.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
DENNIS DWIGHT ANDERSON

ANNE-MARIE ANDERSON

Debtors

CASE NO:  18-11998 MER  
CHAPTER 13

---

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO THE PROOF OF CLAIM FILED BY CENTRACARE HEALTH SYSTEMS, CLAIM #16**

---

Chapter 13 Trustee filed an *Objection to the Proof of Claim filed by CENTRACARE HEALTH SYSTEMS, Claim #16,* on March 20, 2020, with Notice and an Opportunity for hearing. There was no opposition made by the creditor. Trustee alleged that the proof of claim was a late filed Proof of Claim and subject to disallowance under 11 U.S.C. § 502(a)(9) and Fed. R. Bankr. P. 3002(c). Accordingly, it is

ORDERED that Trustee's Objection to the Proof of Claim #16 filed by CENTRACARE HEALTH SYSTEMS is SUSTAINED and the claim is DISALLOWED.

The Clerk of Court is directed to serve notice of this Order on Debtors, Debtors' Counsel, Chapter 13 Trustee, and CENTRACARE HEALTH SYSTEMS.

Dated:   May 8, 2020

BY THE COURT:

United States Bankruptcy Judge