Add to Skype
You'll need Skype CreditFree via Skype

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE: (Debtors' names)
Dennis Anderson
AnnMarie Anderson

CHAPTER 13
CASE NO: 1811998

NOTICE OF CHANGE OF ADDRESS FOR **DEBTOR**

| Name of person or persons whose address is changing (Please print LEGIBLY or type): |
|---|
| Dennis Anderson <br> AnneMarie Anderson |

OLD ADDRESS (Street, Rural Route, P.O. Box, City, State, & ZIP):

1501 Co Rd 308 Dumont Col 80436
PO Box 141 Dumont

(Physical Address)

NEW ADDRESS (Street, Rural Route, P.O. Box, City, State, & ZIP) – Please print LEGIBLY or type:

PO Box 141 Dumont Col 80436

(Mailing Address)

This change applies to (check the line which applies):
___ Debtor only
___ Co-debtor only
✓ Both debtors

Signature of person submitting change of address: [signature]

Date: 9-14-21

**INSTRUCTIONS:**
Fill out and mail or deliver one form to the address below:

U.S. BANKRUPTCY COURT, U.S. CUSTOMS HOUSE, 721 19TH STREET, DENVER, CO 80202-2508
PHONE 720-904-7300

PLEASE ALSO MAIL OR DELIVER A COPY TO:
CHAPTER 13 TRUSTEE, 1888 SHERMAN STREET, #750, DENVER, CO 80203-1169; PHONE 303-830-1971

You must also notify your attorney of any change in your address.