Certificate Number: 17082-CO-DE-037128545

Bankruptcy Case Number: 18-11998



17082-CO-DE-037128545

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2023, at 5:04 o'clock PM MST, ANN MARIE ANDERSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: January 23, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director