**UNITED STATES BANKRUTPCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| DENNIS DWIGHT ANDERSON | ) | Case No. 18-11998 MER |
| ANNE-MARIE ANDERSON | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE**
**PURSUANT TO 11 U.S.C. § 1328**

I, Dennis Dwight Anderson, certify that:

**1. Plan Payments:**

[ x ]  I have completed all payments and obligations required by my Chapter 13 Plan.

**2. Domestic Support Obligations:**

[ x ]  I have no domestic support obligations.

[ ]  During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

[ ]  I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

**3. Valuation of Collateral Pursuant to 11 U.S.C. § 506**

[ ]  **I previously filed a** *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* **(the "Motion") (docket no. ___) as to the real property described below.  The Motion was granted on _____ (docket no. __).**

**4. Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).**

[ x ]  I have not been convicted of a felony (as defined in section 3156 of title 18).  See 11 U.S.C. § 522(q)(1)(A).

[ x ]  There are no pending proceedings in which I may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

**5.     Personal Financial Management Course**

**[ x ]**     I have completed an instructional course in personal financial management and the certification of completion has been filed.

Dated: 2/9/2023                                                                  By: /s/ Sean Cloyes
                                                                                                Sean Cloyes #33381
                                                                                                Berken Cloyes PC
                                                                                                1159 Delaware St
                                                                                                Denver, CO 80204
                                                                                                303.623.4357
                                                                                                sean@berkencloyes.com

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 2/9/2023                                                                  By: /s/ Dennis Dwight Anderson
                                                                                                Signature of debtor

**UNITED STATES BANKRUTPCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| DENNIS DWIGHT ANDERSON | ) | Case No. 18-11998 MER |
| ANNE-MARIE ANDERSON | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE**
**PURSUANT TO 11 U.S.C. § 1328**

I, Anne-Marie Anderson, certify that:

**1.** **Plan Payments:**

[ x ]   I have completed all payments and obligations required by my Chapter 13 Plan.

**2.** **Domestic Support Obligations:**

[ x ]   I have no domestic support obligations.

[ ]   During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

[ ]   I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

**3.** **Valuation of Collateral Pursuant to 11 U.S.C. § 506**

[ ]   **I previously filed a** *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* **(the "Motion") (docket no. ___) as to the real property described below.  The Motion was granted on _____ (docket no. __).**

**4.** **Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).**

[ x ]   I have not been convicted of a felony (as defined in section 3156 of title 18).  See 11 U.S.C. § 522(q)(1)(A).

[ x ]   There are no pending proceedings in which I may be found guilty of a felony of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

5. **Personal Financial Management Course**

[ x ] I have completed an instructional course in personal financial management and the certification of completion has been filed.

Dated: 2/9/2023                                By: /s/ Sean Cloyes
                                               Sean Cloyes #33381
                                               Berken Cloyes PC
                                               1159 Delaware St
                                               Denver, CO 80204
                                               303.623.4357
                                               sean@berkencloyes.com

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 2/9/2023                                By: /s/ Anne-Marie Anderson
                                               Signature of debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtor's Certification to Obtain Discharge was served by placing the same in the United States Mail, first class postage pre-paid, on February 9, 2023 to the following:

Adam M. Goodman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201-1169

Dennis & Anne-Marie Anderson
PO Box 141
Dumont, CO 80436

Evergreen National Bank
PO Box 2020
Evergreen, CO 80437

Bank of the West
2527 Camino Ramon
San Ramon, CA 94583

Colorado Department of Revenue
1375 Sherman St, Rm 504
Denver CO 80261-0004

Internal Revenue Service
PO Box 7346
Philadelphia, PA 191010-7346

Park County Treasurer
PO Box 638
Fairplay, CO 80440

Jefferson County Treasurer
100 Jefferson County Pkwy 2520
Golden, CO 80419

Clear Creek County Treasurer
PO Box 2000
Georgetown, CO 80444

Guardian Tax Co, LLC
c/o Matthew J Roth
1600 Stout St Ste 1100
Denver, CO 80202

James L. Aab
5950 S. Willow Dr.
Ste. 304
Greenwood Village, CO 80111

Kenneth J. Buechler
999 18th St.
Ste., 1230 S
Denver, CO 80202

J. Benedict Garcia
1801 California St.
Ste. 1600
Denver, CO 80202

Robert W. Loeffler
PO Box 2000
Georgetown, CO 80444

  /s/  Sean Cloyes