UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:                                                                                      CHAPTER 13

DENNIS DWIGHT ANDERSON                                    CASE NO: 18-11998 MER
ANNE-MARIE WRIGHT

DEBTOR(S)

## TRUSTEE'S STATEMENT REGARDING COMPLETION OF CHAPTER 13 PLAN

Comes Now, Adam M. Goodman, Chapter 13 Standing Trustee, who does respectfully state the following:

Debtor(s) filed a Chapter 13 Bankruptcy petition on March 16, 2018.  The confirmed plan established a plan term of 60 months, with the first plan payment due on April 16, 2018.

The Trustee received the final payment on February 2, 2023 and the Trustee posted the final payment to the case on February 3, 2023.

WHEREFORE, based on the foregoing, the Chapter 13 Standing Trustee does not oppose discharge, and respectfully requests this Honorable Court review this Statement and the record in this case, and issue an Order regarding the entry of a Chapter 13 Discharge in this case, pursuant to 11 U.S.C. § 1328(a).

Dated: March 23, 2023                                            /s/Adam M. Goodman
                                                                              Adam M. Goodman
                                                                              Chapter 13 Trustee
                                                                              1888 Sherman Street, Suite 750
                                                                              Denver, CO  80203
                                                                              303-830-1971
                                                                              FAX: 303-830-1973
                                                                              agoodman@ch13colorado.com