United States Bankruptcy Court
District of Colorado

In re:  Case No. 18-11998-MER
Dennis Dwight Anderson  Chapter 13
Anne-Marie Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 6
Date Rcvd: Mar 24, 2023      Form ID: 3180W      Total Noticed: 123

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Dennis Dwight Anderson, Anne-Marie Anderson, PO Box 141, Dumont, CO 80436-0141 |
| cr | + | Evergreen National Bank, 3900 S. Wadsworth Boulevard, Suite 432, Lakewood, CO 80235-2205 |
| 17928228 | ++ | ALCHEMY WORLDWIDE LLC, PO BOX 16699, ENCINO CA 91416-6699 address filed with court:, Alchemy Worldwide, LLC, 15250 Ventura Boulevard, Suite 300, Sherman Oaks, CA 91403 |
| 17928226 | + | Aerocare, 3325 Bartlett Boulevard, Orlando, FL 32811-6428 |
| 17928227 | + | Agency Credit Control, 2014 S Pontiac Way, Denver, CO 80224-2412 |
| 17928230 | + | Alpine Credit, Inc, 12191 West 64th Avenue, Suite 210, Arvada, CO 80004-4030 |
| 17928236 | + | Apex ER Physicians, 11600 W 2nd Place, Lakewood, CO 80228-1527 |
| 17928243 | | Bank of the West, Default Management - Recovery Department, P.0. Box 5172, San Ramon, CA 94583-5172 |
| 17928247 | + | Berken Cloyes, 1159 Delaware Street, Denver, CO 80204-3607 |
| 17928248 | + | Buildblock Building Systems LLC, 101 West Hefner Road, Suite 102, Oklahoma City, OK 73114-6631 |
| 17928259 | ++ | CHILDREN S HOSPITAL COLORADO, 13123 EAST 16TH AVENUE, B545, AURORA CO 80045-7106 address filed with court:, Childrens Hospital Colorado, 13123 East 16th Avenue, Aurora, CO 80045 |
| 17928253 | + | Carepoint P.C., 5600 South Quebec Street, Suite 312A, Greenwood Village, CO 80111-2208 |
| 17928255 | | Central Credit Service, 550 N Regency Square Boulevard, Jacksonville, FL 32225 |
| 17928257 | + | Chapman Financial Services, P.O. Box 14693, Spokane, WA 99214-0693 |
| 17928260 | + | Clear Creek County Treasurer, PO Box 2000, Georgetown, CO 80444-2000 |
| 17928264 | | Colorado Dept. of Labor and Employment, 633 17th St., Suite 201, Denver, CO 80202-3624 |
| 17928265 | + | Colorado Imaging, 14062 Denver West Parkway, Suite 180, Golden, CO 80401-3187 |
| 17928266 | | Colorado Imaging, 490 West 26th Avenue, Suite 220A, Denver, CO 80211 |
| 17928267 | + | Colorado Laboratory Services, 300 Union Boulevard, Suite 510, Denver, CO 80228-1540 |
| 17928269 | + | Concord Mortgage, 6560 North Scottsdale Road, Suite G10, Scottsdale, AZ 85253-4412 |
| 17928274 | + | Denver County District Court, RE: Case No. 2017 CV 30013, 1437 Bannock Street, Denver, CO 80202-5385 |
| 17928275 | | Department of Labor and Employmnet, PO Box 8789, Denver, CO 80201-8789 |
| 17928276 | + | Dept Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 17928280 | | Ditech, PO Box 6172, Rapid City, SD 57709 |
| 17928288 | + | Farmers and Merchants Bank, P.O. Box 1010, Stuttgart, AR 72160-1016 |
| 17928290 | + | Garys Crane Service Inc., 1440 Stockyard Road, Pueblo, CO 81001-4536 |
| 17928291 | | Great River Federal Credit Union, 1532 South Germain, St Cloud, MN 56302 |
| 17928292 | + | Greenberg & Sada, PC, 770 W. Hampden Ave #227, Englewood, CO 80110-2152 |
| 17928293 | + | Guardian Tax Co, LLC, c/o Matthew J. Roth, 1600 Stout Street, Suite 1100, Denver, CO 80202-3160 |
| 17928294 | + | HUD/FHA, 1670 Broadway, Denver, CO 80202-3690 |
| 17928295 | | Independent Propane, 67302 US Hwy 285, Pine, CO 80470 |
| 17928298 | + | Jefferson County Board of County Commissioner, 100 Jefferson County Parkway,, Suite 5550, Golden, CO 80419-0001 |
| 17928299 | + | Jefferson County Public Library, 10200 W. 20th Ave., Lakewood, CO 80215-1402 |
| 17928302 | | Jeremiah Johnson Log Homes, 1501 County Road 308, Dumont, CO 80436 |
| 17928304 | + | Laboratory Corp. of America, 4500 East 9th Avenue, Suite 430, Denver, CO 80220-3931 |
| 17928307 | + | Mark Jeske, 7203 West 68th Avenue, Arvada, CO 80003-3927 |
| 17928309 | | Montessori School of Evergreen, 6979 County Highway 73, Evergreen, CO 80439 |
| 17928310 | + | Morgan & Associates, P.C., 2601 NW Expressway, Suite 205E, Oklahoma City, OK 73112-7265 |
| 17928311 | + | Mountain States Adjusment, 123 West 1st Street, Suite 430, Casper, WY 82601-7502 |

Case:18-11998-MER Doc#:109 Filed:03/26/23 Entered:03/26/23 22:13:23 Page2 of 8

| District/off: 1082-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 3180W | Total Noticed: 123 |

| | | |
|---|---|---|
| 17995614 | + | Mountain States Adjustment, 770 W Hampden Ave 227, Englewood, CO 80110-2152 |
| 17928318 | + | Professional Affiliates, P.O. Box 21529, Denver, CO 80221-0529 |
| 17928319 | | Professional Finance Company, Po Box 1728, Greeley, CO 80632 |
| 17928320 | + | RMB Services, 6464 14th Avenue, Lakewood, CO 80214-2064 |
| 17928322 | + | Receivable Recovery, 1600 S Franklin Road, Indianapolis, IN 46239-1196 |
| 17928326 | | SCL Health System - Lutheran Medical Center, P.O. Box 912587, Denver, CO 80291-2587 |
| 17928327 | + | Saint Anthony's Hospital, 11600 West 2nd Place, Lakewood, CO 80228-1527 |
| 17928329 | | Sound Hospitalists of Centuria, 1123 Pacific Ave., Tacoma, WA 98402-4303 |
| 17928330 | + | Stellar Recovery Inc., 1327 Highway 2 W, Suite 100, Kalispell, MT 59901-3531 |
| 17928331 | + | Still Foot Ankle Care Services, 3555 North Lutheran Parkway, Suite 150, Wheat Ridge, CO 80033-6036 |
| 17928332 | + | Teller County Treasurer, P.O. Box 367, Cripple Creek, CO 80813-0367 |
| 17928333 | + | The Advantage Group, 500 East 84th Avenue, Denver, CO 80229-5309 |
| 17928334 | + | Touchstone Imaging, 14062 Denver West Parkway, Suite 180, Golden, CO 80401-3187 |
| 17928335 | | U.S. Dept. of Treasury, Fiscal Service - SBA, DMS CON, P.O. Box 979111, Saint Louis, MO 63197-9000 |
| 17928337 | + | US Attorney - District Counsel, 1244 Speer Blvd, Suite 500, Denver, CO 80204-3518 |
| 17928282 | ++ | USACS OF COLORADO INC, PO BOX 18350, BELFAST ME 04915-4078 address filed with court:, Emergency Physicians at Porter, P.O. Box 5006, Denver, CO 80217-5006 |
| 17928340 | + | United Resource Systems, 10075 West Colfax Avenue, Denver, CO 80215-3907 |
| 17928343 | | Veterans Administration, 1055 Clermont ST., Denver, CO 80220-3808 |
| 17928346 | | Western Control Services, P.O. Box 1352, Englewood, CO 80150-1352 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: plichtman@clearcreekcounty.us | Mar 24 2023 22:22:00 | Robert W. Loeffler, PO Box 2000, Georgetown, CO 80444-2000 |
| smg | | EDI: IRS.COM | Mar 25 2023 02:18:00 | IRS, 600 17th St., Stop 5027 DEN, Denver, CO 80202 |
| cr | + | EDI: AISACG.COM | Mar 25 2023 02:17:00 | Westlake Financial Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17928234 | | Email/Text: kowens@americanfamilycare.com | Mar 24 2023 22:22:00 | American Family Care, 3700 Cahaba Beach Road, Birmingham, AL 35242 |
| 17928230 | + | Email/Text: scottallely@allegiantcollects.com | Mar 24 2023 22:22:00 | Alpine Credit, Inc, 12191 West 64th Avenue, Suite 210, Arvada, CO 80004-4030 |
| 17928231 | + | Email/Text: pfahey@amaccts.com | Mar 24 2023 22:22:00 | American Accounts & Advisors, 7460 80th Street South, Cottage Grove, MN 55016-3007 |
| 17928232 | + | Email/Text: bankruptcy@acbhq.com | Mar 24 2023 22:22:00 | American Credit Bureau, 1200 N Federal Hwy Ste 200, Boca Raton, FL 33432-2813 |
| 17928233 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2023 22:34:04 | American Express, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 17928235 | + | EDI: AMSHER.COM | Mar 25 2023 02:18:00 | Amsher Collection Services, 4524 Southlake Pkwy Ste, Hoover, AL 35244-3270 |
| 18010295 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 22:34:01 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17928237 | + | EDI: BCSERVICES.COM | Mar 25 2023 02:18:00 | BC Services Inc, 550 Disc Dr, Longmont, CO 80503-9343 |
| 17928238 | + | EDI: BANKAMER.COM | Mar 25 2023 02:18:00 | Bank of America, 450 American Street, Simi Valley, CA 93065-6285 |
| 17928239 | | EDI: BANKAMER.COM | Mar 25 2023 02:18:00 | Bank of America, 1800 Tapo Canyon Ca6 914 01 91, Simi Valley, CA 93063 |
| 17928242 | + | Email/Text: bknotices@bankofthewest.com | Mar 24 2023 22:22:39 | Bank of the West, 13505 California Street, Omaha, NE 68154-5247 |

Case:18-11998-MER   Doc#:109   Filed:03/26/23   Entered:03/26/23 22:13:23   Page3 of 8

| District/off: 1082-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 3180W | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| 17928241 | + | Email/Text: bknotices@bankofthewest.com | Mar 24 2023 22:22:39 | Bank of the West, 180 Montgomery St, 25th Floor, San Francisco, CA 94104-4206 |
| 17928240 | + | Email/Text: bknotices@bankofthewest.com | Mar 24 2023 22:22:46 | Bank of the West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 17928245 | + | EDI: TSYS2 | Mar 25 2023 02:18:00 | Barclays Bank Delaware, Po Box 26182, Wilmington, DE 19899-6182 |
| 17928246 | + | EDI: TSYS2 | Mar 25 2023 02:18:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 17928252 | | EDI: CAPITALONE.COM | Mar 25 2023 02:18:00 | Capital One Bank (USA), N.A., P.O. Box 85520, Richmond, VA 23285 |
| 17928254 | | Email/Text: bankruptcy@cavps.com | Mar 24 2023 22:22:00 | Cavalry Portfolio Services, 4050 East Cotton Center Boulevard, Phoenix, AZ 85040 |
| 17928249 | | EDI: CITICORP.COM | Mar 25 2023 02:18:00 | CBNA, P.O. Box 6003, Hagerstown, MD 21747 |
| 18048922 | + | Email/Text: bknotification@centracare.com | Mar 24 2023 22:22:00 | CENTRACARE HEALTH, 1200 6TH AVE N, ST CLOUD, MN 56303-2736 |
| 17928270 | | Email/Text: BKY@conserve-arm.com | Mar 24 2023 22:22:00 | Continental Service Group, Inc., 200 Crosskeys Office Park, Fairport, NY 14450 |
| 17928250 | | Email/Text: BKY@creditorsbureau.com | Mar 24 2023 22:22:00 | CR BUR USA, P .O. Box 942, Fresno, CA 93721 |
| 17928271 | | Email/Text: BKY@creditorsbureau.com | Mar 24 2023 22:22:00 | Cr Bur Usa, 757 L Street, Fresno, CA 93721 |
| 17928251 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 24 2023 22:22:00 | Caliber Home Loans, Inc., P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 17928256 | + | Email/Text: bmg.bankruptcy@centurylink.com | Mar 24 2023 22:22:00 | Century LInk, PO Box 91155, Seattle, WA 98111-9255 |
| 17928262 | + | EDI: CODEPREV.COM | Mar 25 2023 02:18:00 | Colorado Department of Revenue, 1375 Sherman St., Room 504, Attn: Bankruptcy Unit, Denver, CO 80261-2200 |
| 17928261 | + | EDI: CODEPREV.COM | Mar 25 2023 02:18:00 | Colorado Department of Revenue, 1375 Sherman St., Room 504, Denver, CO 80261-2200 |
| 17928263 | | EDI: CODEPREV.COM | Mar 25 2023 02:18:00 | Colorado Department of Revenue, Collections Section - Room 101, P.O. Box 17087, Denver, CO 80217-0087 |
| 17928272 | + | Email/Text: cscbk@creditservicecompany.com | Mar 24 2023 22:22:00 | Credit Service Co., Po Box 1120, Colorado Springs, CO 80901-1120 |
| 17928277 | | EDI: DIRECTV.COM | Mar 25 2023 02:18:00 | DirecTV, PO Box 6414, Carol Stream, IL 60197-6414 |
| 17928278 | | EDI: DISCOVER.COM | Mar 25 2023 02:18:00 | Discover Financial Services LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 17928276 | + | EDI: MAXMSAIDV | Mar 25 2023 02:18:00 | Dept Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 17928279 | + | EDI: DISH | Mar 25 2023 02:18:00 | Dish Network, 9601 South Meridian Boulevard, Englewood, CO 80112-5905 |
| 17928281 | + | EDI: DCI.COM | Mar 25 2023 02:18:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 17928284 | + | Email/Text: bknotice@ercbpo.com | Mar 24 2023 22:22:00 | Enhanced Recovery Co., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 17928285 | + | Email/Text: gpaulus@enbcolorado.com | Mar 24 2023 22:22:00 | Evergreen National Bank, P.O. Box 2020, Evergreen, CO 80437-2020 |
| 17928287 | + | Email/Text: dareverpeds@gmail.com | Mar 24 2023 22:22:00 | Evergreen Pediatrics, 30960 Stagecoach Boulevard, Evergreen, CO 80439-7895 |
| 17928289 | | Email/Text: bankruptcynotification@ftr.com | | |

| District/off: 1082-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 3180W | Total Noticed: 123 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 24 2023 22:22:00 | Frontier Communication, 19 John St, Middletown, NY 10940 |
| 17928258 | EDI: JPMORGANCHASE | Mar 25 2023 02:18:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 17928300 | Email/Text: dvillano@jeffco.us | Mar 24 2023 22:22:46 | Jefferson County Treasurer, 100 Jefferson County Parkway, Suite 2520, Golden, CO 80419-2520 |
| 17928303 | Email/Text: govtaudits@labcorp.com | Mar 24 2023 22:22:00 | LCA Collections, P.O. Box 2240, Burlington, NC 27216 |
| 17928305 | ^ MEBN | Mar 24 2023 22:17:06 | MRS BPO, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 17928306 | ^ MEBN | Mar 24 2023 22:17:05 | Machol & Johannes, LLC, 700 17th Street, Denver, CO 80202-3558 |
| 17928308 | + EDI: PARALONMEDCREDT | Mar 25 2023 02:20:00 | Medicredit Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 17928312 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2023 22:22:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 17949230 | + Email/Text: bkclerk@north-american-recovery.com | Mar 24 2023 22:22:00 | N.A.R., INC., 1600 WEST 2200 SOUTH, SUITE 410, WEST VALLEY CITY, UT 84119-7240 |
| 17928313 | + Email/Text: electronicbkydocs@nelnet.net | Mar 24 2023 22:22:00 | Nelnet, 3015 S Parker Rd #400, Aurora, CO 80014-2904 |
| 17928314 | + Email/Text: bkclerk@north-american-recovery.com | Mar 24 2023 22:22:00 | North American Recovery, Inc., 1600 West 2200 Street, Suite 410, West Valley City, UT 84119-7240 |
| 17928315 | + Email/Text: ngisupport@radiusgs.com | Mar 24 2023 22:22:00 | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 17928317 | EDI: PRA.COM | Mar 25 2023 02:18:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 17928316 | + Email/Text: kwilson@parkco.us | Mar 24 2023 22:22:00 | Park County Treasurer, P.O. Box 638, Fairplay, CO 80440-0638 |
| 18010299 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 22:34:06 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17928323 | + Email/Text: Supportservices@receivablesperformance.com | Mar 24 2023 22:22:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 17928324 | ^ MEBN | Mar 24 2023 22:16:51 | Recovery Management Services, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 17928325 | + Email/Text: bankruptcy@revenueenterprises.com | Mar 24 2023 22:22:00 | Revenue Enterprises LLC, 3131 South Vaughn Way, Suite 42, Aurora, CO 80014-3511 |
| 17928328 | + Email/Text: bankruptcy@bbandt.com | Mar 24 2023 22:22:00 | Sheffield Financial, 6010 Golding Center Drive, Winston-Salem, NC 27103-9815 |
| 17928338 | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | Mar 24 2023 22:22:00 | US Atty. Gen., DOJ / Tax Division, PO Box 683, Washington, DC 20044 |
| 17928336 | Email/Text: USACO.ECFBankruptcy@usdoj.gov | Mar 24 2023 22:22:00 | US Attorney, 1225 17th St., Suite 700, Denver, CO 80202-5598 |
| 17928339 | + Email/Text: ebn@unique-mgmt.com | Mar 24 2023 22:22:00 | Unique National Collection, 119 East Maple Street, Jeffersonville, IN 47130-3439 |
| 17928341 | Email/Text: psd@upicolo.org | Mar 24 2023 22:22:00 | University Physicians Inc., 13199 East Montview Boulevard, Aurora, CO 80045-7202 |
| 17928342 | + EDI: VERIZONCOMB.COM | Mar 25 2023 02:18:00 | Verizon Wireless, P.O. Box 26055, Minneapolis, MN 55426-0055 |
| 17928344 | + Email/Text: bankruptcyreports@wakeassoc.com | | |

| District/off: 1082-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: 3180W | Total Noticed: 123 |

| | | | Mar 24 2023 22:22:00 | Wakefield & Associates, 3091 S Jamaica Ct Ste 20, Aurora, CO 80014-2639 |
|---|---|---|---|---|
| 17928345 | + | EDI: WFFC.COM | Mar 25 2023 02:18:00 | Wells Fargo Home Mortgage, 7495 New Horizon Way, Frederick, MD 21703-8388 |
| 17928347 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 24 2023 22:22:00 | Westlake Financial Services, 4751 Wilshire Boulevard, Suite 100, Los Angeles, CA 90010-3847 |
| 17928348 | | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 24 2023 22:22:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17928244 | *+ | Bank of the West, 180 Montgomery Street, 25th Floor, San Francisco, CA 94104-4206 |
| 17928286 | * | Evergreen National Bank, P.O. Box 2020, Evergreen, CO 80437-2020 |
| 17928297 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17928296 | * | Internal Revenue Service, 1999 Broadway M/S 5012, Denver, CO 80202-3025 |
| 17928301 | *+ | Jefferson County Treasurer, 100 Jefferson County Pkwy, Suite 2520, Golden, CO 80419-0001 |
| 17928229 | ##+ | Allied Collection Services, 8550 Balboa Boulevard, Suite 232, Northridge, CA 91325-5806 |
| 17928268 | ##+ | Columbia Sanitary, 4265 Kendrick Street, Golden, CO 80403-7200 |
| 17928273 | ## | Danny J. Shaw, 1417 Ponce de Leon Drive, Fort Lauderdale, FL 33316-1366 |
| 17928283 | ##+ | Emergency Service Physicians, P.C., P.O. Box 808, Grand Rapids, MI 49518-0808 |
| 17928321 | ##+ | Radiology Imaging Associates, 10700 East Geddes Avenue, Suite 200, Englewood, CO 80112-3861 |

TOTAL: 0 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023                     Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Goodman | on behalf of Trustee Adam M Goodman mail@ch13colorado.com |
| Adam M Goodman | mail@ch13colorado.com agoodman13@ecf.epiqsystems.com |
| Chapter 13 Trustee - Goodman | on behalf of Trustee Adam M Goodman mail@ch13colorado.com |
| J. Benedict Garcia | on behalf of Creditor IRS J.B.Garcia@usdoj.gov megan.ingebrigtsen@usdoj.gov;usaco.ecfcivil@usdoj.gov |
| James L. Aab | on behalf of Creditor Evergreen National Bank jlaab@aol.com |

District/off: 1082-1      User: admin      Page 6 of 6

Date Rcvd: Mar 24, 2023      Form ID: 3180W      Total Noticed: 123

Joshua Michael DeVard
     on behalf of Creditor Westlake Financial Services joshua@devardlaw.com

Kelsey Jamie Buechler
     on behalf of Creditor Clear Creek County  Colorado jamie@kjblawoffice.com, Sharon@kjblawoffice.com

Stephen E. Berken
     on behalf of Debtor Dennis Dwight Anderson stephenberkenlaw@gmail.com
     sean@berkencloyes.com;stephenberkenlaw@ecf.courtdrive.com

Stephen E. Berken
     on behalf of Debtor Anne-Marie Anderson stephenberkenlaw@gmail.com
     sean@berkencloyes.com;stephenberkenlaw@ecf.courtdrive.com

US Trustee
     USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dennis Dwight Anderson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5860<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Anne–Marie Anderson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5930<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Colorado | | |
| Case number:   18–11998–MER | | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Dennis Dwight Anderson                              Anne–Marie Anderson

                                                       **By the court:** Michael E. Romero
   3/24/23                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**